# United States District Court

**MIDDLE DISTRICT OF ALABAMA**

Bonita J. Owensby,

v.

J. F. Ingram State Technical College, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: ~~CV-06-~~

2:06CV796 - W KS W

TO: Mr. James Wilson
J. F. Ingram State Technical College
5375 Ingram Road
Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

Pro Se
Bonita J. Owensby
397 McKeithen Place
Millbrook, Alabama 36054

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 9/7/06

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the summons and complaint was made by me[1] | DATE: |
|---|---|
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                          Signature of Server

                                        _____
                                        Address of Server

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA

Bonita J. Owensby,

v.

J. F. Ingram State Technical College, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV-06-

2:06CV796-WKW

TO: Mr. J. Douglas Chambers
c/o J. F. Ingram State Technical College
5375 Ingram Road
Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

Pro Se
Bonita J. Owensby
397 McKeithen Place
Millbrook, Alabama 36054

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE 9/7/06

## RETURN OF SERVICE

| | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*Specify*): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                                          Signature of Server

                                                              _____
                                                              Address of Server

---

[1] As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.