**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Wilson
J.F. Ingram State Technical College
5375 Ingram Rd.
Deatsville, AL 36022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Coleman McBeth
☐ Agent
☐ Addressee

B. Received by (Printed Name): Coleman McKethan
C. Date of Delivery: 9/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

P.O. Box 220 350
2:06 CV 796 WKW

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 1103 6315

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Douglas Chambers
J.F. Ingram State Technical College
5375 Ingram Road
Deatsville, AL 36022
2:06 CV 796 WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Coleman McKethan
☐ Agent
☐ Addressee

B. Received by (Printed Name): Coleman McKethan
C. Date of Delivery: 9/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

P.O. Box 220 350

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 1103 6308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540