IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONITA J. OWENSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-796-WKW |
| | ) | |
| J. F. INGRAM STATE TECHNICAL | ) | |
| COLLEGE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Honorable Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 10th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE