IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  1:06cv796-WKW |
| | ) |
| J.F. INGRAM STATE | ) |
| TECHNICAL COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on October 24, 2006, at 9:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The plaintiff is advised that if she fails to appear as required by this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.

Done this 10th day of October, 2006.

            /s/Charles S. Coody
            CHARLES S. COODY
            CHIEF UNITED STATES MAGISTRATE JUDGE