IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 20  A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BONITA J. OWENSBY | } | |
| Plaintiff, | } | |
| v. | } | CIVIL ACTION NO. 2:06cv796-WKW |
| J. F. INGRAM STATE TECHNICAL COLLEGE, et al., | } | |
| Defendants | } | |

## MOTION FOR CONTINUANCE

COME NOW Plaintiff, Bonita J. Owensby hereby requests a "Motion for Continuance" for the status and scheduling conference on October 24, 2006, at 9:30 a.m.

Due to unanticipated circumstances with my former attorney, I need additional time to retain another attorney.

This continuance is not sought to intentionally cause a delay in proceedings, but solely for the reason described above. I pray that the Court grant the Motion for Continuance.

Respectfully Submitted

*Bonita J. Owensby*
Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following persons by placing the same in the United States Mail, first class postage prepaid and properly addressed, and via fax on this the 20th day of October, 2006.

_____

Gidiere, Hinton, Herndon & Christman
P. O. Box 4190
Montgomery, AL 36103
(334) 834-9950
(334) 834-1054 – Fax