IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
|    Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv796-WKW |
| J.F. INGRAM STATE TECHNICAL COLLEGE, | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for a continuance (doc. # 10) filed on October 20, 2006. Upon consideration of the motion, and for good cause, it is

ORDERED as follows:

1. The motion for a continuance (doc. # 10) be and is hereby GRANTED.

2. The plaintiff shall be allowed until November 22, 2006, to retain counsel to represent her. Retained counsel shall file a notice of appearance on or before November 22, 2006. The plaintiff is advised that no further extensions of time shall be granted and that if she is unable to secure representation, she will have to proceed *pro se* in this matter.

3. This matter be and is hereby set for a status and scheduling conference on November 28, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The plaintiff is advised that if she fails to appear as required by this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims set forth in the

complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.

   Done this 23rd day of October, 2006.


                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE