IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV 2:06 CV796-WKW |
| ) | |
| J. F. INGRAM STATE TECHNICAL ) | |
| COLLEGE; J. DOUGLAS ) | |
| CHAMBERS INDIVIDUALLY AND ) | |
| IN HIS OFFICIAL CAPACITY AS ) | |
| PRESIDENT OF J.F. INGRAM ) | |
| STATE TECHNICAL COLLEGE; ) | |
| AND JAMES WILSON, ) | |
| INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY AS DEAN ) | |
| OF STUDENTS AND SUPPORT ) | |
| SERVICES AT J.F. INGRAM ) | |
| STATE TECHNICAL COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now Matthew Y. Beam and gives notice to the Court of his appearance as counsel of record for J. F. Ingram State Technical College, J. Douglas Chambers individually and in his official capacity as President of J. F. Ingram State Technical College and James Wilson, individually and in his official capacity as Dean of Students and Support Services at J. F. Ingram State Technical College in the above styled case and hereby requests the Clerk and the other

parties to add his name to the certificate of service and to serve him with any and all pleadings, notices, orders or other items relative to this matter.

*/s/ Matthew Y. Beam*
Matthew Y. Beam (BEA065)
Attorney for J. F. Ingram State Technical College, J. Douglas Chambers, individually and in his official capacity as President of J. F. Ingram State Technical College and James Wilson, individually and in his official capacity as Dean of Students and Support Services at J.F. Ingram State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
 & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 19th day of October, 2006:

*/s/ Matthew J. Beam*
Of Counsel

Bonita J. Owensby
397 McKeithen Place
Millbrook, Alabama 36054
334-290-3642