IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BONITA J. OWENSBY )
 )
    Plaintiff, ) CASE NO.: 1:06cv796-WKW
 )
J.F. INGRAM TECHNICAL COLLEGE, et al. )
 )
    Defendants. )

### NOTICE OF APPEARANCE

Comes Now the undersigned and gives notice that he is representing Plaintiff Bonita J. Owensby in the above style action.

Respectfully submitted this the 16th day of November, 2006.

                                                    JIM L. DEBARDELABEN (DEB003)

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 16th day of November, 2006:

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

                                                    OF COUNSEL