IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv796-WKW |
| ) | |
| J.F. INGRAM STATE ) | |
| TECHNICAL COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for November 28, 2006, at 9:00 a.m. be and is CANCELLED.

Done this 17th day of November, 2006.


       /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE