IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONITA J. OWENSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-796-WKW |
| | ) | |
| J. F. INGRAM STATE TECHNICAL | ) | |
| COLLEGE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

It is hereby ORDERED that the order entered referring this case to Magistrate Judge

Charles S. Coody (Doc. #7) dated October 10, 2006 is hereby VACATED.

Done this the 17th day of November, 2006.


                              /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE