IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV 2:06 CV796-WKW |
| | ) |
| J. F. INGRAM STATE TECHNICAL COLLEGE; J. DOUGLAS CHAMBERS INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF J.F. INGRAM STATE TECHNICAL COLLEGE; AND JAMES WILSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEAN OF STUDENTS AND SUPPORT SERVICES AT J.F. INGRAM STATE TECHNICAL COLLEGE, | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on December 6, 2006, at 3:00 P.M. by telephone and was attended by:

   Matthew Y. Beam of Gidiere, Hinton, Herndon & Christman
   Counsel for Defendants J.F. Ingram State Technical College, et al.

   Jim DeBardelaben counsel for Plaintiff Bonita Owensby.

2. Initial Disclosures. The parties will exchange no later than 21days after the Scheduling Order has been entered the information required by Federal Rules of Civil Procedure 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

All discovery commenced in time to be completed by November 12, 2007.

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 15 depositions by plaintiffs and 15 by each defendant.

Each deposition limited to maximum of 8 hours for parties and 7 hours for non-party witnesses, unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by September 11, 2007.

From defendants by November 11, 2007.

Supplementation under Rule 26(3) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing, but no later than thirty days prior to the close of discovery.

4. Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference on November 12, 2007.

Plaintiff should be allowed until June 1, 2007 to join additional parties and until July 1, 2007 to amend the pleadings.

Defendants should be allowed until June 1, 2007 to join additional parties and until July 1, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by September 11, 2007.

Settlement cannot be evaluated prior to March 1, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From plaintiff by 45 days prior to trial – October 26, 2007.

From defendants 45 days prior to trial – October 26, 2007.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by December 10, 2007 and at this time is expected to take approximately 3 days.

Dated: December 7, 2006

Respectfully submitted,

/s/_____
Matthew Y. Beam (BEA065)
Attorney for J. F. Ingram State
Technical College, J. Douglas
Chambers, individually and in
his official capacity as President
of J. F. Ingram State Technical
College and James Wilson,
individually and in his official
capacity as Dean of Students and
Support Services at J.F. Ingram
State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
 & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

/s/_____
Jim L. DeBardelaben (DEB009)
Attorney for Bonita J. Owensby

3

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL  36107