IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV 2:06 CV796-WKW |
| | ) |
| J. F. INGRAM STATE TECHNICAL COLLEGE; J. DOUGLAS CHAMBERS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF J.F. INGRAM STATE TECHNICAL COLLEGE; AND JAMES WILSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEAN OF STUDENTS AND SUPPORT SERVICES AT J.F. INGRAM STATE TECHNICAL COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

Comes now the defendants, J.F. Ingram State Technical College (hereinafter "Ingram"); J. Douglas Chambers, individually and in his official capacity as President of J.F. Ingram State Technical College (hereinafter "Chambers"); and James Wilson, individually and in his official capacity as Dean of Students and Support Services at J.F. Ingram State Technical College (hereinafter "Wilson"), and file this notice of service of the following discovery:

Defendants Ingram, Chambers and Wilson's Interrogatories to Plaintiff.

Said document was served on all counsel of record this 28th day of December, 2006.

/s/_____
Matthew Y. Beam (BEA065)
Attorney for J. F. Ingram State
Technical College, J. Douglas
Chambers, individually and in
his official capacity as President
of J. F. Ingram State Technical
College and James Wilson,
individually and in his official
capacity as Dean of Students and
Support Services at J.F. Ingram
State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
   & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following.

/s/_____
Of Counsel

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL  36107