IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV 2:06 CV796-WKW |
| | ) |
| J. F. INGRAM STATE TECHNICAL COLLEGE; J. DOUGLAS CHAMBERS INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF J.F. INGRAM STATE TECHNICAL COLLEGE; AND JAMES WILSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEAN OF STUDENTS AND SUPPORT SERVICES AT J.F. INGRAM STATE TECHNICAL COLLEGE, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Come now the defendants J.F. Ingram State Technical College, J. Douglas Chambers, and James Wilson, and hereby request an additional 30 days to file dispositive motions. In support of this motion, the defendants state as follows:

1.   The deposition of the plaintiff was originally scheduled for June 21, 2007. At plaintiff's counsel's request, the deposition was rescheduled for June 14, 2007.

2.   At plaintiff's counsel's request, the deposition of the plaintiff was again rescheduled for June 28, 2007.

3.   Again, at plaintiff's counsel's request, the deposition was rescheduled for June 29, 2007.

4. During the week of June 25, 2007, it was reported to defense counsel that the plaintiff recently had surgery and was on pain medication. It was further reported that plaintiff would likely be on pain medication at the time of her deposition scheduled for June 29, 2007. As a result, the deposition was rescheduled for July 26, 2007.

5. The plaintiff's surgery and recovery schedule has resulted in requests by her counsel to reschedule her deposition four times.

6. The plaintiff's surgery and recovery schedule were extraordinary and unforeseeable circumstances that have made rescheduling her deposition numerous times necessary and beyond the control of counsel for defendants.

7. The present deadline for dispositive motions, July 31, 2007, is only three days after the deposition of the plaintiff.

8. Defense counsel needs at least thirty days to obtain a copy of the deposition transcript and prepare a Motion for Summary Judgment.

9. Counsel for these defendants has discussed this request for additional time with plaintiff's counsel, and there is no objection to the same.

WHEREFORE, ABOVE PREMISES CONSIDERED, defendants respectfully request an additional thirty days to file dispositive motions.

Respectfully Submitted,

/s/Matthew Y. Beam
Matthew Y. Beam (BEA065)
Andrew W. Christman (CHR024)
Attorney for J. F. Ingram State

             Technical College, J. Douglas Chambers, individually and in his official capacity as President of J. F. Ingram State Technical College and James Wilson, individually and in his official capacity as Dean of Students and Support Services at J.F. Ingram State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
  & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 20th day of July, 2007:

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL 36107

             /s/Matthew Y. Beam
             Of Counsel