IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONITA J. OWENSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-796-WKW |
| | ) | |
| J. F. INGRAM STATE TECHNICAL | ) | |
| COLLEGE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 20, 2007, the defendants in this case filed a Motion for Extension of Time (Doc. # 21) in order to complete a deposition of the plaintiff before the discovery deadline. The defendants represent that the plaintiff's surgery and recovery schedule has resulted in four unforeseen requests by her counsel to reschedule her deposition. It is hereby ORDERED that the motion (Doc. # 21) is GRANTED. The discovery deadline is EXTENDED from July 31, 2007 to August 30, 2007.

DONE this 26th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE