IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BONITA J. OWENSBY** | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:06cv796-WKW |
| | ) |
| **J.F. INGRAM TECHNICAL COLLEGE, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE**

Counsel for the parties in the above-styled case have complied with the Court's Order to schedule a conference wherein settlement discussion occurred. On or about August 21, 2007, the parties attempted to settle the case, however, where unable to agree to an amount in terms of settlement. Settlement discussions are ongoing, and in the event that the parties are able to settle this case, the Court will be promptly notified.

Respectfully submitted this the 24th day of August, 2007.

/s/Jim L. DeBardelaben(DEB003)
Attorney for Plaintiff

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 24th day of August, 2007.

Andrew W. Christman, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

    /s/ Jim L. DeBardelaben