IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:06cv796-WKW |
| J.F. INGRAM TECHNICAL COLLEGE, et al. | ) |
| | ) |
| Defendants. | ) |

### OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Bonita J. Owensby, by and through her counsel of record, and opposes the Motion For Summary Judgment filed by J.F. Ingram State Technical College, J. Douglas Chambers, and James Wilson. Defendants are not entitled to summary judgment as there are genuine issues of material facts in this case as shown by the accompanying Opposition Brief.

Respectfully submitted this the 27th day of September, 2007.

_____
Jim L. DeBardelaben (DEB003)

OF COUNSEL:
Jim L. DeBardelaben
Attorneys At Law
Post Office Box 152
1505 Madison Avenue (36107)
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document via U. S. Mail, postage prepaid, upon the following on this the 27th day of September, 2007:

Andrew W. Christman, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

 

/s/ _____
OF COUNSEL