IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>J.F. INGRAM STATE TECHNICAL )<br>COLLEGE, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:06-cv-0796-WKW |

## **ORDER**

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing December 10, 2007, to the Montgomery civil trial term commencing on **March 24, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from October 29, 2007, to **February 20, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 18) are EXTENDED from October 31, 2007, to **March 3, 2008**.

DONE this 24th day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE