IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BONITA J. OWENSBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-796-WKW |
| ) | |
| **J. F. INGRAM STATE TECHNICAL** ) | |
| **COLLEGE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

It is ORDERED that the pretrial in this matter is CONTINUED from February 20, 2008, to **Friday, February 29, 2008, at 10:00 a.m.**

DONE this 15th day of February, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE