# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **BONITA J. OWENSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CV 2:06 CV796-WKW** |
| | ) | |
| **J. F. INGRAM STATE TECHNICAL** | ) | |
| **COLLEGE; J. DOUGLAS** | ) | |
| **CHAMBERS INDIVIDUALLY AND** | ) | |
| **IN HIS OFFICIAL CAPACITY AS** | ) | |
| **PRESIDENT OF J.F. INGRAM** | ) | |
| **STATE TECHNICAL COLLEGE;** | ) | |
| **AND JAMES WILSON,** | ) | |
| **INDIVIDUALLY AND IN HIS** | ) | |
| **OFFICIAL CAPACITY AS DEAN** | ) | |
| **OF STUDENTS AND SUPPORT** | ) | |
| **SERVICES AT J.F. INGRAM** | ) | |
| **STATE TECHNICAL COLLEGE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO TAX COSTS AND AWARD ATTORNEY'S FEES

Come now the defendants J.F. Ingram State Technical College, J. Douglas Chambers, and James Wilson, and hereby request this Honorable Court to tax costs and award attorneys fees pursuant to Fed R. Civ. P. 54. In support of this motion, these defendants offer as follows:

1.      On February 26, 2008, this Court entered a final judgment granting these Defendants' Motion for Summary Judgment on all claims.

2.      According to Federal Rules of Civil Procedure 54(d) "Costs other than attorney's fees should be allowed to the prevailing party." A bill of costs is attached hereto as "Exhibit A" in accordance with Local Rule 54.

1

3.      Rule 54(d)(2)(A) further provides:  "A claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages."  Under Fed R. Civ. P. 54(d)(2)(B), the motion must be made no later than 14 days after the entry of judgment, it must specify the rule or statute under which the fee entitled is made, and it must state the amount sought or a fair estimate of it.

3.      Section 1988 governs the award of attorney's fees for cases brought pursuant to Section 1983; "the Court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs."  42 U.S.C. §1988(b).

4.      Additionally, Title VII entitles the prevailing party to a reasonable attorney's fee:

(k) Attorney's fee; liability of Commission and United States for costs

In any action or proceeding under this subchapter the court, in its discretion, may allow the prevailing party, other than the Commission or the United States, a reasonable attorney's fee (including expert fees) as part of the costs, and the Commission and the United States shall be liable for costs the same as a private person.

42 U.S.C.A. § 2000e-5

4.      The analysis for the collection of attorney's fees under Title VII and §1988 is identical.  Mathews v. City of Dothan, 2008 WL 450433, *1, n.4 (M.D. Ala. Feb. 15, 2008) (citing Hughes v. Rowe, 449 U.S. 5, 14 (1980)).

5.      The Plaintiff in this case brought claims against these Defendants under Title VII and Section 1983.

6.     The Supreme Court has found that both prevailing Plaintiffs and Defendants may collect attorney's fees under §1988 but has imposed a more stringent standard on Defendants seeking to recover fees.  Id. (citing Christianberg Garment Company v. EEOC, 434 U.S. 412, 416, 421 (1978)).

7.     According to the United States Supreme Court, a prevailing Defendant can recover attorney fees if the Court determines that "[the plaintiff's] claim was frivolous, unreasonable, or groundless, or that the plaintiff continued to litigate after it clearly became so."  Id.

9.     The Eleventh Circuit emphasized the following factors when making a determination of frivolity:  "1) whether the Plaintiff established a prima facia case; 2) whether the Defendant offered to settle; and 3) whether the trial court dismissed the case prior to trial or held a full blown trial on the merits."  Id. (quoting Sullivan v. School Board of Pinellas County, 773 F.2d 1182, 1189 (1985)).  The Eleventh Circuit has also emphasized that it is important that a District Court not award attorney's fees only because the Plaintiff did not prevail; his or her actions must be found to have been unreasonable or without foundation.  Sullivan, 773 F.2d at 1188 (quoting Christianberg, 434 U.S. at 421-22).

10.     "A court is likely to find 'frivolity' when the court has 'decided in the defendant's favor on a Motion for Summary Judgment or a Fed. R. Civ. P. 41(b) Motion for Involuntary Dismissal.  In these cases, the plaintiffs did not introduce any evidence to support their claims."  Id. at 1189.

11.     In Mathews v. City of Dothan, 2008 WL 450433, *1, n.4 (M.D. Ala. Feb. 15, 2008), this Court applied the above three factors set out by the Eleventh Circuit and

awarded attorneys fees to the prevailing party defendant.  This Court noted that (1) the plaintiff had failed to establish a prima facie case, (2) the defendant never offered to settle, and (3) the plaintiff's claims were dismissed prior to trial at the summary judgment stage.  Id. at *2.  As a result, this Court concluded that the plaintiff had brought a frivolous claim against the defendant.

12.    An application of the same factors to the present case reveals the following: (1) this Court determined that Owensby failed to establish a prima facia case (See Feb. 26, 2008 Order); (2) there was never any offer to settle this case by the Defendants; and (3) this Court granted Defendants' Motion for Summary Judgment and dismissed Owensby's claims prior to trial.  Therefore, it is clear that Owensby brought frivolous claims against the Defendants who were the prevailing parties under §1988 and Title VII.

13.    Under Section 1988, Title VII, and the controlling cases interpreting those statutes, these Defendants are entitled to attorney's fees and costs as prevailing parties.

14.    Defendants have paid legal fees amounting to $61,201.14 in defending the plaintiff's claims.  Attached as "Exhibit B" are the invoices related to the legal fees in this matter.  It should be noted that many of the time entries are purposefully vague.  The person responsible for processing the attorney's fees payments on behalf of the school officials at Ingram State Technical College, Monica Greene (Dean of Fiscal Affairs), was also a plaintiff in a similar lawsuit filed in this court at the same time as the present case (Monica Greene and Julie Givens v. Chambers, et al, CV 2:06 CV852-1D).  In lieu of revealing defense strategy and work product, the undersigned law firm was instructed to simplify the time entry descriptions.

WHEREFORE, ABOVE PREMISES CONSIDERED, defendants respectfully request this Honorable Court to tax costs against the plaintiff in accordance with the attached bill of costs in the amount of $2,179.43 and award attorneys fees in the amount of $61,201.14.

Respectfully Submitted,

/s/Matthew Y. Beam
Matthew Y. Beam (BEA065)
Attorney for J. F. Ingram State
Technical College, J. Douglas
Chambers, individually and in
his official capacity as President
of J. F. Ingram State Technical
College and James Wilson,
individually and in his official
capacity as Dean of Students and
Support Services at J.F. Ingram
State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
  & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile:  (334) 834-1054

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 7th day of March, 2008:

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL  36107

/s/Matthew Y. Beam
Of Counsel

℞AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle    District of    Alabama

Bonita J. Owensby

V.

J. F. Ingram State Technical College, et al

## BILL OF COSTS

Case Number:  2:06-cv-0796-WKW

Judgment having been entered in the above entitled action on   2/26/2008   against   Bonita Owensby   .
the Clerk is requested to tax the following as costs:                              Date

| | |
|---|---|
| Fees of the Clerk | $_____ |
| Fees for service of summons and subpoena | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,599 43 |
| Fees and disbursements for printing | 580 00 |
| Fees for witnesses (itemize on page two) | 0 00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | _____ |
| TOTAL | $  2,179 43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or

☐    Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney:    /s/ Matthew Y. Beam

Name of Attorney:    Matthew Y. Beam

For:    J. F. Ingram State Technical College, et al                    Date:    2/28/2008
Name of Claiming Party

Costs are taxed in the amount of  _____  and included in the judgment

_____        By: _____        _____
Clerk of Court                                    Deputy Clerk                              Date

*"Exhibit A"*

AO 133     (Rev  8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME . CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | TOTAL | $0 00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec  1924  Verification of bill of costs "
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts. that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed "

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree "

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law  Costs may be taxed by the clerk on one day's notice  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court "

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period "

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs "

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman
Gidiere, Hinton, Herdon
  & Christman
60 Commerce Street
Suite 904
Montgomery, AL 36104

July 20, 2007

**Invoice#** 00031121

**Balance:**    $676.62

**Re:** Julie Givens vs. Douglas Chambers
    MONTGOMERY, AL/ Douglas Chambers/ 2:06-CV-852-ID
    *on* 06/27/07  *Billed* 07/20/07
    *by* Cindy Weldon

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 272 pages | 557.60 |
| Exhibits/B & W/Color: | 93.52 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 10.50 |

Deponent:
Douglas Chambers
Read & Sign: c/o Andrew Christman

$676.62 \div 3 = \boxed{225.54}$

**P l e a s e   R e m i t   - - ->   Total Due:   $676.62**

*All Invoices are due within 30 days of receipt*

*4D 15*

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman
Gidiere, Hinton, Herdon
  & Christman
60 Commerce Street
Suite 904
Montgomery, AL 36104

July 20, 2007

**Invoice#** 00031123

**Balance:**     $972.75

**Re:** Julie Givens vs. Douglas Chambers
     MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
     *on* 06/25/07  *Billed* 07/20/07
     *by* Cindy Weldon

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 460 pages | 943.00 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 14.75 |

Deponent:
James E. Wilson- 180 pgs/R&S  6/25/07 — *369.00 + 5 + 4.91 = 378.91 ÷ 3 = (126.30)*
Malcolm Montgomery- 59 pgs/R&S  6/26/07- *120.95 + 5 + 4.91*
Dr. James Merck- 221 pgs/R&S  6/26/07 - *453.05 + 5 + 4.91*

Read & Sign: c/o Andrew Christman

**P l e a s e   R e m i t  - - - >   Total Due:    $972.75**

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman                          July 31, 2007
Gidiere, Hinton, Herdon
  & Christman                              **Invoice#** 00027707
60 Commerce Street
Suite 904                                  **Balance:**      $92.50
Montgomery, AL 36104

**Re:** Julie Givens vs. Douglas Chambers 5881
    MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
    *on* 06/25/07  *Billed* 07/31/07
    *by* Cindy Weldon

## Invoicing Information

Charge Description                                              Amount
Exhibits/B&W: 230 pages                                          80.50
Exhibits/Color: 8 pages                                         12.00
Depo Disk: n/c
Postage: n/c

James Wilson - 47 B&W exhibit pages; No color - 16.45 ÷ 3 = 5.48
Malcolm Montgomery - 8 Color pages; No B&W - 12.00
James Merck - 183 B&W exhibit pages; No color 64.05


*** ORIGINAL EXHIBITS RETURNED TO
    JIM DEBARDELABEN


        P l e a s e   R e m i t   - - - >   **Total Due:**     $92.50


        *All Invoices are due within 30 days of receipt*

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

2100 Third Avenue North, Suite 960
Birmingham, AL 35203

Phone: (205) 251-4200
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11056467 | 08/10/2007 | 1101-54326 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/26/2007 | NOAKCI | |

| CASE CAPTION |
|---|
| In Re: Owensby/Ingram |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Matt Beam
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, 904 Regions Tower
Montgomery, AL 36104

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Bonita J. Owensby                 296 Pages @      3.05/Page      902.80
        EXHIBITS                      252 Pages @       .35/Page       88.20
        ATTENDANCE                                                    100.00
        TotalTranscript                                               40.00
        Exhibit Tabs              50.00      @        .20             10.00
        Word Index                25.00      @       3.05             76.25
        Processing Fee                                                15.00
        Delivery Local Regular                                         9.86


                                       TOTAL  DUE  >>>>            1,242.11
```

Merrill Legal Solutions has relocated to
Concord Center,
2100 Third Avenue North, Suite 960
Birmingham, AL 35203
Our telephone numbers remain the same!

RECEIVED
AUG 1 4 2007
GHH&C

TAX ID NO. : 20-2665382

(334) 834-9950    Fax (334) 834-1054

*Please detach bottom portion and return with payment.*

Matt Beam
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, 904 Regions Tower
Montgomery, AL 36104

```
Invoice No.:  11056467
Date       :  08/10/2007
TOTAL DUE  :   1,242.11


Job No.    :  1101-54326
Case No.   :
In Re:  Owensby/Ingram
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 3-7-2008 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby _____ v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P. O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159 115

Name of Attorney: Jack B Hinton Jr. _____ Social Security # _____

Mailing Address: P. O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
        (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:  $ 55349.64

Total Amount of Previously Paid Services:    $ 55349.64

Authorized Maximum Amount:                   $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

  1.  Attorney - Time In Court
        Total Hours _____ @ $ ____ per hour         $ 0

  2.  Attorney - Time Out of Court
        Total Hours 45.9 @ $ 125 per hour           $ 5737.50

  3.  Non-Attorney Services Total                    $ 90.00

  4.  Court Reporter Services Total                  $ 0

  5.  Expenses Total                                 $ 24.00

  TOTAL AMOUNT DUE FOR CURRENT SERVICES             $ 5851.50

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

    Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

                                            _____
                                            Signature of Affiant

Sworn to and subscribed
before me this 7th
day of March 2008
_____          Erin E. Gross
    Notary Public             Notary Public
                             AL State at Large
                        My Comm. Expires October 23, 2010
My commission expires: _____

REVIEW: _____          APPROVAL: _____
    Managing Attorney                    Department Head

"Exhibit B"

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

October 26, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama 36104

Dear Mr. Hinton:

> RE:  *Bonita J. Owensby v. J. F. Ingram Technical College, et al.*
> U.S. District Court – Middle District, Northern Division
> Case No. CV-2:06CV796-WKW

This letter serves to amend our letter of October 5, 2006, regarding the above-referenced matter. Rates for you and partners and associates will be $125 per hour and rates for paralegals will be $60 per hour.

Again, I want to thank you for agreeing to represent the State of Alabama in this matter. Please feel free to contact me should you have any questions.

Very truly yours,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:    Ms. Joan Davis, Esq., Postsecondary Education
       Keith Miller, Chief Deputy Attorney General

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

October 5, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama 36104

Dear Mr. Hinton:

> RE:   *Bonita J. Owensby v. J. F. Ingram*
> *Technical College, et al.*
> U.S. District Court – Middle
> District, Northern Division
> Case No. CV-2:06CV796-WKW

I was pleased to learn that you have agreed to represent the State of Alabama and J. F. Ingram Technical College in the above-referenced matter. Thank you for agreeing to perform this representation at the rate of $125 per hour.

I appreciate your service in this matter. Our people are fortunate that an attorney of your reputation and ability will be working on their behalf. Please feel free to contact me should you have any questions.

Sincerely,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:   Ms. Joan Davis, Esq., Postsecondary Education
      Keith Miller, Chief Deputy Attorney General



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

**TROY KING**
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL  36130
(334) 242-7300
WWW AGO STATE AL US

October 3, 2006

Jack B. (Jay) Hinton, Esquire
Gidiere, Hinton, & Herndon
Suite 904
60 Commerce Street
Montgomery, AL  36104

  Re: Legal Services Contract for Jack Buster Hinton, Esquire
    In the matter of *Bonita J. Owensby v J. F. Ingram State Technical College.*
    *et al* ; In the United States District Court for the Middle District of
    Alabama, Northern Division; CV-2:06CV796-WKW.

Dear Mr. Hinton:

  Pursuant to ALA. CODE § 36-15-5.1, (1975 as amended), and based on your
experience and expertise, I hereby appoint you a Deputy Attorney General to represent
J. F. Ingram State Technical College in the above-described legal matter. The fees and
compensation paid to you for your services and authorized expenses in this
representation will be agreed upon by you and the Alabama Department of
Postsecondary Education.  Enclosed is a policy statement revised by this office on
January 21, 1997, which you are to follow, that includes a standard invoice to use in
billing for your services. Also enclosed is the State of Alabama Disclosure Statement,
which must be filled out and submitted to the **Department of Postsecondary Education**
within 10 days of your appointment. This letter and the policy statement of January 21,
1997, which is incorporated herein by reference, constitute your contract to perform the
required legal services which you accept by undertaking such representation. To avoid
delays in payment, please ensure that a copy of this letter is included with each invoice
you submit.

  This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama
Code and is effective for 60 days from the date hereof during which time this contract
will be submitted to the Legislative Contract Review Committee. Once the Committee
has reviewed this contract or at the end of 60 days from the date hereof, whichever first
occurs, this contract will automatically be extended to the term necessary for you to
complete your representation in this matter.

Jack B. (Jay) Hinton, Esquire
October 3, 2006
Page Two


Please understand that while my appointment of you as a Deputy Attorney General is personal, you may utilize the services of another attorney in your firm if you need to do so. No settlement of a dispute should be entered into by you until the terms and conditions of any proposed settlement have been fully communicated to this office and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is available to answer any questions you may have in relation to this appointment and the payment of bills. Thank you.

Sincerely,

Troy King
Attorney General


KSM:jaf

Enclosure

cc:    Joan Davis, Esquire, Managing Attorney
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

March 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2008 | REE | Review of Amended Scheduling Order and all deadlines related thereto | 0.30 | 18.00 |
| 2/4/2008 | MYB | Review and analysis of documents | 2.50 | 312.50 |
| 2/6/2008 | AWC | Discuss issues for trial and summary judgment argument with co counsel | 0.80 | 100.00 |
| 2/13/2008 | REE | Telephone conversation with Jim DeBardelaben's office re Proposed Pretrial Order | 0.20 | 12.00 |
| 2/15/2008 | MYB | Review and analysis of Court Order | 0.30 | 37.50 |
| | MYB | Review and analysis of various documents in order to prepare for hearing | 2.50 | 312.50 |
| | MYB | Review and analysis of various documents in order to prepare for trial | 1.80 | 225.00 |
| 2/18/2008 | MYB | Review and analysis of documents in order to prepare for court hearing | 0.70 | 87.50 |

Joan Davis                                                                                              Page   2

|            |     |                                                                         | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------|-------|--------|
| 2/18/2008  | MYB | Review and analysis of Court Order re scheduling                        | 0.30  | 37.50  |
|            | MYB | Review and analysis of documents                                        | 0.80  | 100.00 |
|            | AWC | Conference with co counsel re trial and summary judgment                | 0.60  | 75.00  |
| 2/20/2008  | MYB | Plan & Prepare for trial                                                | 1.40  | 175.00 |
| 2/21/2008  | MYB | Prepare for trial                                                       | 2.40  | 300.00 |
|            | MYB | Review and analysis of documents                                        | 1.80  | 225.00 |
| 2/22/2008  | MYB | Plan & Prepare for trial                                                | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents                                        | 1.70  | 212.50 |
|            | MYB | Review and analysis of documents in order to prepare for trial          | 2.10  | 262.50 |
| 2/24/2008  | MYB | Review and analysis of documents in preparation for trial               | 2.50  | 312.50 |
| 2/25/2008  | MYB | Review and analysis of documents in preparation for trial               | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents in order to prepare for hearing        | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents in preparation for hearing             | 2.80  | 350.00 |
|            | MYB | Review and analysis of documents in preparation for hearing             | 1.80  | 225.00 |
| 2/26/2008  | MYB | Review and analysis of documents in preparation for trial               | 2.80  | 350.00 |
|            | MYB | Draft documents in order to prepare for trial                           | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents                                        | 1.50  | 187.50 |
|            | MYB | Review and analysis of Order                                            | 0.50  | 62.50  |
| 2/27/2008  | MYB | Review and analysis of documents re cost recovery                       | 2.30  | 287.50 |
| 2/28/2008  | REE | Draft and finalize Bill of Costs to Plaintiff Bonita Owensby            | 0.40  | 24.00  |
|            | MYB | Draft post−trial motion                                                 | 1.40  | 175.00 |
|            | AWC | Review and analyze order re costs and fees                              | 0.60  | 75.00  |
| 2/29/2008  | REE | Draft letter to Dr. Chambers and Dean Wilson re Opinion and Final Judgment | 0.20 | 12.00 |
|            | REE | Draft Affidavit for Matthew Y. Beam re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |
|            | REE | Draft Affidavit for Andrew W. Christman re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |

Joan Davis                                                                     Page   3

|                                                  | Hours | Amount     |
| ------------------------------------------------ | ----- | ---------- |
| For professional services rendered               | 47.40 | $5,827.50  |

Additional charges:

|              |                   | Qty |       |
| ------------ | ----------------- | --- | ----- |
| 2/29/2008    | Copies in February | 240 | 24.00 |

|                            |       |
| -------------------------- | ----- |
| Total costs                | $24.00 |
| Total amount of this bill  | $5,851.50 |

### Timekeeper Summary

| Name                 | Hours | Rate   | Amount     |
| -------------------- | ----- | ------ | ---------- |
| Andrew W Christman   | 2.00  | 125.00 | $250.00    |
| Russell E. Elebash   | 1.50  | 60.00  | $90.00     |
| Matthew Y. Beam      | 43.90 | 125.00 | $5,487.50  |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

                    GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _2-07-08_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:  $ _54923.84_

Total Amount of Previously Paid Services:  $ _54923.84_

Authorized Maximum Amount:  $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney – Time In Court
   Total Hours _____ @ $ _____ per hour        $ _0_

2. Attorney – Time Out of Court
   Total Hours _3.4_ @ $ _125_ per hour        $ _425.00_

3. Non-Attorney Services Total              $ _0_

4. Court Reporter Services Total            $ _0_

5. Expenses Total                          $ _0.80_

   **TOTAL AMOUNT DUE FOR CURRENT SERVICES    $ _425.80_**

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said county and state, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _____
day of _____

_____
Notary Public
AL State at Large
My Commission Expires June 28, 2010

REVIEW: _____        APPROVAL: _____
        Managing Attorney                        Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

February 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                 5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | AWC | Review and analyze status of case re trial preparation | 0.40 | 50.00 |
| 1/8/2008 | MYB | Review and analysis of documents re: court orders | 0.50 | 62.50 |
| 1/24/2008 | MYB | Review and analysis of documents re: trial preparation | 0.40 | 50.00 |
| 1/31/2008 | AWC | Review and analyze issues re trial | 1.00 | 125.00 |
|  | MYB | Review and analysis of recent case law | 0.70 | 87.50 |
|  | AWC | Continue work on trial preparation | 0.40 | 50.00 |
|  |  | For professional services rendered | 3.40 | $425.00 |

Joan Davis

Page   2

Additional charges:

| | | Qty | Amount |
|---|---|---|---|
| 12/28/2007 | Copies in December | 1 | 0.10 |
| 1/30/2008 | Copies in January | 7 | 0.70 |
| | Total costs | | $0.80 |
| | Total amount of this bill | | $425.80 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Matthew Y. Beam | 1.60 | 125.00 | $200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _11-7-2007_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere, Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159 115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
        (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:  $ _49552.54_

Total Amount of Previously Paid Services:   $ _49552.54_

Authorized Maximum Amount:          $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1.  Attorney - Time In Court
    Total Hours _____ @ $ _____ per hour      $ _0_

2.  Attorney - Time Out of Court
    Total Hours _41.5_ @ $_125_ per hour       $ _5187.50_

3.  Non-Attorney Services Total              $ _102.00_

4.  Court Reporter Services Total            $ _0_

5.  Expenses Total                           $ _81.80_

    TOTAL AMOUNT DUE FOR CURRENT SERVICES    $ _5371.30_

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me, deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _____
day of _Nov 2007_ .

_Sherri C. Horton_
Notary Public

Sherri C. Horton
Notary Public
Al State at Large

My commission expires: _____
My Comm. Expires June 28, 2010

REVIEW: _____        APPROVAL: _____
        Managing Attorney                          Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

November 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/1/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
|  | MYB | Review and analysis of documents | 1.90 | 237.50 |
|  | MYB | Review and analysis of documents | 1.60 | 200.00 |
| 10/2/2007 | MYB | Review and analysis of documents | 1.50 | 187.50 |
|  | MYB | Review and analysis of documents | 1.40 | 175.00 |
|  | MYB | Review and analysis of documents | 1.30 | 162.50 |
| 10/3/2007 | MYB | Review and analysis of documents | 2.30 | 287.50 |
|  | MYB | Review and analysis of documents | 2.70 | 337.50 |
| 10/4/2007 | AWC | Review and analyze issues re reply brief | 1.10 | 137.50 |
| 10/8/2007 | MYB | Review and analysis of documents | 2.50 | 312.50 |
|  | MYB | Review and analysis of documents | 1.80 | 225.00 |
|  | MYB | Review and analysis of documents | 1.30 | 162.50 |
| 10/9/2007 | MYB | Review and analysis of documents | 2.50 | 312.50 |
|  | MYB | Review and analysis of documents | 2.10 | 262.50 |

Joan Davis                                                                    Page   2

|            |     |                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 10/10/2007 | MYB | Telephone calls                                                 | 0.50  | 62.50  |
|            | MYB | Review and analysis of documents                                | 2.20  | 275.00 |
| 10/11/2007 | STP | Review summary judgment brief, judge's order, and prepare table of contents per judge's instructions | 0.50 | 30.00 |
|            | REE | Compile Table of Authority re Brief                             | 1.00  | 60.00  |
|            | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama re Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 0.20 | 12.00 |
|            | MYB | Review and analysis of documents                                | 3.30  | 412.50 |
|            | MYB | Telephone calls                                                 | 0.60  | 75.00  |
|            | MYB | Review and analysis of documents                                | 1.70  | 212.50 |
| 10/16/2007 | AWC | Review and analyze order re final pretrial conference           | 0.30  | 37.50  |
|            | AWC | Review and analyze issues re pretrial and trial                 | 0.70  | 87.50  |
| 10/22/2007 | MYB | Review and analysis of documents                                | 1.50  | 187.50 |
| 10/23/2007 | MYB | Review and analysis of documents                                | 1.30  | 162.50 |
| 10/24/2007 | MYB | Review and analysis of documents                                | 0.80  | 100.00 |
|            | MYB | Telephone calls                                                 | 0.30  | 37.50  |
| 10/25/2007 | MYB | Review and analysis of documents                                | 1.20  | 150.00 |
|            | MYB | Review and analysis of documents                                | 1.30  | 162.50 |

For professional services rendered                                 43.20   $5,289.50

Additional charges:

|            |                    | Qty |       |
|------------|--------------------|-----|-------|
| 10/31/2007 | Copies in October  | 818 | 81.80 |

Total costs                                                                   $81.80

Total amount of this bill                                                   $5,371.30

### Timekeeper Summary

| Name                 | Hours | Rate   | Amount   |
|----------------------|-------|--------|----------|
| Andrew W Christman   | 2.10  | 125.00 | $262.50  |
| Russell E. Elebash   | 1.20  | 60.00  | $72.00   |
| Shana T. Proctor     | 0.50  | 60.00  | $30.00   |

Joan Davis                                                                    Page   3

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 39.40 | 125.00 | $4,925.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _10-04-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere, Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _48945.54_

Total Amount of Previously Paid Services: $ _48945.54_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1.  Attorney - Time In Court
    Total Hours _____ @ $ _____ per hour          $ _0_

2.  Attorney - Time Out of Court
    Total Hours _4.6_ @ $_125_ per hour          $ _575.00_

3.  Non-Attorney Services Total                   $ _6.00_

4.  Court Reporter Services Total                 $ _0_

5.  Expenses Total                                $ _26.00_

    TOTAL AMOUNT DUE FOR CURRENT SERVICES         $ _607.00_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _5th_
day of _October 2007_

_Erin E. Gross_
Notary Public

Erin E. Gross
Notary Public
At State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____         APPROVAL: _____
        Managing Attorney                    Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

October 04, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/4/2007 | MYB | Review and analysis of documents | 0.50 | 62.50 |
|  | MYB | Plan & Prepare for telephone call | 0.30 | 37.50 |
|  | MYB | Telephone call to Attorney General's office | 0.20 | 25.00 |
| 9/5/2007 | MYB | Draft and revise correspondence | 0.90 | 112.50 |
| 9/7/2007 | REE | Letter to Joan Davis re Motion for Summary Judgment Brief | 0.10 | 6.00 |
|  | MYB | Review and analysis of court order | 0.20 | 25.00 |
|  | MYB | Draft and send correspondence | 0.10 | 12.50 |
| 9/10/2007 | MYB | Review and analysis of documents | 0.60 | 75.00 |
| 9/28/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
|  |  | For professional services rendered | 4.70 | $581.00 |

Joan Davis                                                                                      Page  2

Additional charges:

|            |                      | Qty | Amount |
|------------|----------------------|-----|--------|
| 9/28/2007  | Copies in September  | 260 | 26.00  |

|                          |         |
|--------------------------|---------|
| Total costs              | $26.00  |
| Total amount of this bill| $607.00 |

Timekeeper Summary

| Name              | Hours | Rate   | Amount   |
|-------------------|-------|--------|----------|
| Russell E. Elebash| 0.10  | 60.00  | $6.00    |
| Matthew Y. Beam   | 4.60  | 125.00 | $575.00  |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _9-7-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security #

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _30,321.88_

Total Amount of Previously Paid Services: $ _25,239.38_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours ____ @ $ ____ per hour          $ _0_

2. Attorney – Time Out of Court
   Total Hours _145.9_ @ $ _125_ per hour      $ _18,237.50_

3. Non-Attorney Services Total                 $ _192.00_

4. Court Reporter Services Total               $ _0_

5. Expenses Total                              $ _194.16_

TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ _18,623.66_

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith been against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _September_ _2007_

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

_Erin Ge Gross_
Notary Public

My commission expires: _____

REVIEW: _____        APPROVAL: _____
Managing Attorney                      Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

September 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re deposition exhibits for Dean Wilson, Dr. Merk and Dean Montgomery | 0.10 | 6.00 |
| | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/7/2007 | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/16/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| | AWC | Review and analyze depositions re summary judgment | 1.10 | 137.50 |
| 8/17/2007 | MYB | Review and analysis of documents | 3.70 | 462.50 |

Joan Davis                                                                Page   2

|            |     |                                              | Hours | Amount |
|------------|-----|----------------------------------------------|-------|--------|
| 8/17/2007  | MYB | Review and analysis of documents             | 3.50  | 437.50 |
|            | AWC | Conference with clients                      | 0.50  | 62.50  |
| 8/20/2007  | MYB | Review and analysis of documents             | 3.20  | 400.00 |
|            | MYB | Review and analysis of documents             | 4.50  | 562.50 |
| 8/21/2007  | AWC | Review and analyze issues re summary judgment | 2.80  | 350.00 |
|            | AWC | Review and analyze summary judgment arguments | 1.10  | 137.50 |
|            | MYB | Telephone calls                              | 0.30  | 37.50  |
|            | MYB | Draft letter                                 | 0.20  | 25.00  |
|            | MYB | Review and analysis of documents             | 3.10  | 387.50 |
|            | MYB | Review and analysis of documents             | 0.80  | 100.00 |
|            | MYB | Telephone calls                              | 0.80  | 100.00 |
|            | MYB | Telephone calls                              | 0.50  | 62.50  |
|            | MYB | Draft correspondence                         | 0.40  | 50.00  |
|            | MYB | Review and analysis of court documents       | 0.30  | 37.50  |
|            | MYB | Review and analysis of documents             | 3.20  | 400.00 |
|            | MYB | Review and analysis of documents             | 0.30  | 37.50  |
| 8/22/2007  | AWC | Telephone call with clients                  | 0.50  | 62.50  |
|            | MYB | Revise letter                                | 0.20  | 25.00  |
|            | MYB | Telephone calls                              | 0.70  | 87.50  |
|            | MYB | Review and analysis of documents             | 4.00  | 500.00 |
|            | MYB | Review and analysis of documents             | 3.40  | 425.00 |
|            | MYB | Review and analysis of documents             | 4.10  | 512.50 |
|            | MYB | Telephone calls                              | 0.50  | 62.50  |
|            | AWC | Continue work on motion for summary judgment | 1.90  | 237.50 |
| 8/23/2007  | MYB | Telephone calls                              | 1.50  | 187.50 |
|            | MYB | Review and analysis of documents             | 1.70  | 212.50 |
|            | MYB | Review and analysis of documents             | 3.40  | 425.00 |
|            | MYB | Review and analysis of documents             | 0.60  | 75.00  |
|            | AWC | Continue work on motion for summary judgment | 3.90  | 487.50 |
|            | REE | Draft and revise affidavit for Dr. Chambers  | 0.60  | 36.00  |
|            | REE | Telephone calls to Dr. Chambers and Dean Wilson re affidavits | 0.20  | 12.00  |
| 8/24/2007  | REE | Continued revisions to affidavit of Dr. Chambers | 0.60  | 36.00  |
|            | MYB | Review and analysis of documents             | 2.30  | 287.50 |
|            | MYB | Review and analysis of documents             | 2.40  | 300.00 |
|            | MYB | Telephone calls and reciept and review of emails | 0.40  | 50.00  |

Joan Davis                                                                Page   3

|            |     |                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------|-------|--------|
| 8/24/2007  | MYB | Review and analysis of documents                     | 0.40  | 50.00  |
|            | MYB | Review and analysis of documents                     | 3.00  | 375.00 |
|            | AWC | Continue work on narrative statement of facts re motion for summary judgment | 2.80 | 350.00 |
|            | AWC | Review and analyze testimony re motion for summary judgment  argument | 2.50 | 312.50 |
| 8/26/2007  | AWC | Review and analyze evidence re summary judgment arguments | 4.90 | 612.50 |
|            | MYB | Review and analysis of documents                     | 0.70  | 87.50  |
| 8/27/2007  | REE | Telephone conversation with Julie Wood at Ingram re affidavits of Dr. Chambers and Dean Wilson | 0.10 | 6.00 |
|            | AWC | Continue work on arguments re motion for summary judgment | 4.70 | 587.50 |
|            | AWC | Draft argument re motion for summary judgment         | 2.50  | 312.50 |
|            | AWC | Review and analyze current federal law               | 3.60  | 450.00 |
|            | MYB | Review and analysis of documents                     | 4.00  | 500.00 |
|            | MYB | Review and analysis of documents                     | 2.00  | 250.00 |
|            | MYB | Telephone calls and emails                           | 0.60  | 75.00  |
| 8/28/2007  | REE | Telephone calls to Dr. Merk re information for Matt Beam | 0.10 | 6.00 |
|            | AWC | Draft argument re motion for summary judgment         | 2.10  | 262.50 |
|            | AWC | Revise affidavit of Chambers re motion for summary judgment | 0.90 | 112.50 |
|            | MYB | Telephone calls and emails                           | 0.90  | 112.50 |
|            | MYB | Review and analysis of documents                     | 4.00  | 500.00 |
|            | MYB | Review and analysis of documents                     | 1.40  | 175.00 |
| 8/29/2007  | REE | Telephone conversation with Ingram State Technical College re notary | 0.10 | 6.00 |
|            | AWC | Meeting with client                                  | 0.80  | 100.00 |
|            | AWC | Continue work on motion for summary judgment brief and narrative statement of facts | 14.30 | 1,787.50 |
|            | MYB | Review and analysis of documents                     | 4.00  | 500.00 |
|            | MYB | Review and analysis of documents                     | 5.20  | 650.00 |
|            | MYB | Review and analysis of documents                     | 1.50  | 187.50 |
| 8/30/2007  | AWC | Revise and supplement brief                          | 4.00  | 500.00 |
|            | AWC | Revise and supplement argument                       | 4.00  | 500.00 |
|            | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama defendant's Motion for Summary Judgment | 0.50 | 30.00 |

Joan Davis                                                                    Page   4

|            |     |                                                           | Hours | Amount    |
|------------|-----|-----------------------------------------------------------|-------|-----------|
| 8/30/2007  | MYB | Telephone calls                                           | 0.40  | 50.00     |
|            | MYB | Review and analysis of documents                          | 4.00  | 500.00    |
|            | MYB | Review and analysis of documents                          | 3.30  | 412.50    |
| 8/31/2007  | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama voluminous exhibits to Motion for Summary Judgment | 0.70  | 42.00     |

For professional services rendered                          149.10 $18,429.50

Additional charges:

|            |                                              | Qty  |        |
|------------|----------------------------------------------|------|--------|
| 8/28/2007  | Long Distance Telephone Calls in August      | 1.1  | 0.06   |
| 8/31/2007  | Copies in August                             | 1941 | 194.10 |

Total costs                                                        $194.16

Total amount of this bill                                          $18,623.66

### Timekeeper Summary

| Name                 | Hours | Rate   | Amount      |
|----------------------|-------|--------|-------------|
| Andrew W Christman   | 58.90 | 125.00 | $7,362.50   |
| Russell E. Elebash   | 3.20  | 60.00  | $192.00     |
| Matthew Y. Beam      | 87.00 | 125.00 | $10,875.00  |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _Aug. 7, 2007_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton, Jr._ Social Security # _____

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _25239.88_

Total Amount of Previously Paid Services: $ _20924.30_

Authorized Maximum Amount: $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours _____ @ $ _____ per hour          $ _0_

2. Attorney - Time Out of Court
   Total Hours _39.6_ @ $ _125_ per hour         $ _4950.00_

3. Non-Attorney Services Total                    $ _78.00_

4. Court Reporter Services Total                  $ _0_

5. Expenses Total                                 $ _54.50_

   **TOTAL AMOUNT DUE FOR CURRENT SERVICES**     $ _5082.50_

STATE OF ALABAMA
**Montgomery** COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _August 2007_

_Erin E. Gross_
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____        APPROVAL: _____
        Managing Attorney                      Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

August 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                      5830

Professional Services

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/5/2007 | REE | Prepare, file and serve Re–Notice of Deposition of Bonita Owensby | 0.20 | 12.00 |
| | REE | Telephone conversation with Merrill Legal Solutions re deposition of Bonita Owensby | 0.10 | 6.00 |
| | REE | Letter to Dr. Chambers and Dean Wilson re deposition of Bonita Owensby | 0.10 | 6.00 |
| | MYB | Draft, revise and execute notice | 0.30 | 37.50 |
| 7/19/2007 | REE | Reconstruction of deposition dates for Bonita Owensby | 0.10 | 6.00 |
| | REE | Draft of Motion for Extension of Time | 0.20 | 12.00 |
| | MYB | Review and analysis of Court Orders | 0.30 | 37.50 |
| | MYB | Draft motion | 0.20 | 25.00 |
| 7/20/2007 | AWC | Revise and supplement motion for extension of time | 0.30 | 37.50 |

Joan Davis                                                                                          Page   2

|            |     |                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
| 7/20/2007  | REE | Review and analyze Motion for Extension of Time to prepare for electronic transmission to the United States District Court for the Middle District of Alabama | 0.20  | 12.00  |
|            | MYB | Review and analysis of documents                                                | 1.20  | 150.00 |
| 7/23/2007  | MYB | Review and analysis of documents                                                | 1.70  | 212.50 |
|            | MYB | Telephone calls                                                                 | 0.30  | 37.50  |
|            | MYB | Review and analysis of documents                                                | 1.40  | 175.00 |
| 7/24/2007  | JBH | Analysis of dispositive motion deadline extension and options re same           | 0.30  | 37.50  |
|            | AWC | Review and analyze documents and materials re plaintiff's deposition            | 1.50  | 187.50 |
|            | MYB | Review and analysis of documents                                                | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents                                                | 2.20  | 275.00 |
|            | MYB | Review and analysis of documents                                                | 2.50  | 312.50 |
| 7/25/2007  | REE | Letter to Ed George transmitting deposition transcripts of Dr. Chambers, Dean Wilson, Dr. Merk, Dean Montgomery, Julie Givens, Monica Greene and Barbara Hendrix | 0.10  | 6.00   |
|            | REE | Telephone call from Merrill Legal Solutions re deposition of Bonita Owensby      | 0.10  | 6.00   |
|            | MYB | Telephone calls                                                                 | 0.80  | 100.00 |
|            | MYB | Review and analysis of documents                                                | 3.10  | 387.50 |
|            | MYB | Review and analysis of documents                                                | 4.20  | 525.00 |
|            | MYB | Review and analysis of documents                                                | 2.40  | 300.00 |
| 7/26/2007  | REE | Telephone calls to and from Jim DeBardelaben's office re exhibits to depositions of Dr. Merk, Dean Wilson and Dean Montgomery | 0.20  | 12.00  |
|            | AWC | Conferences with client; analysis of deposition progress                        | 2.90  | 362.50 |
|            | MYB | Review and analysis of documents                                                | 1.50  | 187.50 |
|            | MYB | Deposition of plaintiff                                                          | 3.10  | 387.50 |
|            | MYB | Deposition of plaintiff                                                          | 5.00  | 625.00 |
| 7/27/2007  | AWC | Review and analyze deposition testimony of Owensby                              | 0.90  | 112.50 |
|            | MYB | Review and analysis of documents                                                | 0.40  | 50.00  |
|            | MYB | Review and analysis of Court Order                                              | 0.20  | 25.00  |
| 7/30/2007  | MYB | Telephone call                                                                   | 0.40  | 50.00  |

|                                          | Hours | Amount    |
|------------------------------------------|-------|-----------|
| For professional services rendered       | 40.90 | $5,028.00 |

Joan Davis

Additional charges:

|  | | Qty | Amount |
|---|---|---|---|
| 7/31/2007 | Copies in July | 545 | 54.50 |

| | Total costs | | $54.50 |
|---|---|---|---|
| | Total amount of this bill | | $5,082.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 5.60 | 125.00 | $700.00 |
| Jack B. Hinton, Jr. | 0.30 | 125.00 | $37.50 |
| Russell E. Elebash | 1.30 | 60.00 | $78.00 |
| Matthew Y. Beam | 33.70 | 125.00 | $4,212.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 07-09-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B. Hinton, Jr. Social Security #_____

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 20924.30

Total Amount of Previously Paid Services: $ 20924.30

Authorized Maximum Amount: $_____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1.  Attorney - Time In Court
    Total Hours_____ @ $____ per hour          $ 0

2.  Attorney - Time Out of Court
    Total Hours 33.6 @ $125 per hour            $ 4200.00

3.  Non-Attorney Services Total                 $ 84.00

4.  Court Reporter Services Total               $ 0

5.  Expenses Total                              $ 31.08

TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ 4315.08

---

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 11th
day of July, 2007

_____
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

---

REVIEW: _____        APPROVAL: _____
    Managing Attorney                       Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

July 09, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX ID NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                 5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/6/2007 | MYB | Review and analysis of documents | 1.20 | 150.00 |
| 6/9/2007 | MYB | Review and analysis of documents | 2.70 | 337.50 |
| 6/11/2007 | REE | Telephone calls to and from Jim DeBardelaben re deposition of Bonita Owensby | 0.20 | 12.00 |
|  | REE | Prepare, file and serve Re-Notice of Deposition of Bonita Owensby | 0.20 | 12.00 |
|  | REE | Letter to Dr. Chambers, Dean Wilson, Dean Montgomery and Dr. Merk re deposition of Bonita Owensby | 0.20 | 12.00 |
|  | MYB | Telephone calls | 0.40 | 50.00 |
|  | MYB | Review and analysis of documents | 1.20 | 150.00 |
|  | MYB | Review and analysis of documents | 0.50 | 62.50 |
| 6/12/2007 | MYB | Telephone calls | 0.30 | 37.50 |

Joan Davis                                                                            Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/13/2007 | REE | Telephone conversation with Jim DeBardelaben's office re deposition of Bonita Owensby | 0.10 | 6.00 |
|  | REE | Execute and serve Notice of Deposition for Bonita Owensby | 0.20 | 12.00 |
|  | MYB | Telephone calls | 0.20 | 25.00 |
|  | MYB | Review and analysis of documents | 0.50 | 62.50 |
| 6/14/2007 | MYB | Review and analysis of outstanding discovery issues | 0.60 | 75.00 |
|  | MYB | Review and analysis of documents | 2.30 | 287.50 |
|  | MYB | Review and analysis of outstanding discovery issues | 0.70 | 87.50 |
| 6/15/2007 | REE | Telephone calls to Dr. Merk re meeting at College with Mr. Christman and Mr. Beam | 0.10 | 6.00 |
|  | MYB | Plan & Prepare for meeting | 0.30 | 37.50 |
|  | MYB | Appearance at meetings | 2.40 | 300.00 |
|  | MYB | Draft report letter | 0.40 | 50.00 |
|  | MYB | Review and analysis of documents | 0.30 | 37.50 |
| 6/18/2007 | MYB | Revise letter | 0.20 | 25.00 |
|  | MYB | Plan & Prepare for discovery | 0.50 | 62.50 |
| 6/19/2007 | MYB | Telephone call | 0.20 | 25.00 |
|  | MYB | Telephone calls | 0.40 | 50.00 |
|  | MYB | Telephone calls | 0.30 | 37.50 |
| 6/20/2007 | MYB | Plan & Prepare for meeting | 0.50 | 62.50 |
|  | MYB | Meeting | 1.00 | 125.00 |
| 6/21/2007 | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 6/22/2007 | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 6/25/2007 | MYB | Review and analysis of recent case law | 1.50 | 187.50 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
|  | AWC | Deposition of Wilson | 1.00 | 125.00 |
|  | AWC | Review and analyze results of Wilson deposition | 0.50 | 62.50 |
| 6/26/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
|  | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 6/27/2007 | REE | Telephone conversation with Janet of Merrill Legal Solutions re cancellation of Bonita Owensby deposition | 0.10 | 6.00 |
|  | REE | Telephone conversation with Jim DeBardelaben's office re cancellation of Bonita Owensby's deposition | 0.20 | 12.00 |
|  | AWC | Deposition of Chambers | 1.50 | 187.50 |
|  | AWC | Review and analyze results of Chambers deposition | 0.90 | 112.50 |

Joan Davis                                                                    Page   3

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2007 | MYB | Calls to plaintiffs counsel re: depositions | 0.20 | 25.00 |
|  | MYB | Draft, revise and execute letter to plaintiffs counsel re: depositions | 0.30 | 37.50 |
|  | MYB | Review and analysis of documents | 0.60 | 75.00 |
| 6/28/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |
| 6/29/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re deposition of Bonita Owensby | 0.10 | 6.00 |
|  | AWC | Review and analyze evidence | 1.50 | 187.50 |

For professional services rendered                          35.00    $4,284.00

Additional charges:

|  | | Qty | |
|---|---|---|---|
| 6/15/2007 | Long Distance Telephone Calls in June | 1.6 | 0.08 |
| 6/29/2007 | Copies in June | 310 | 31.00 |

Total costs                                                          $31.08

Total amount of this bill                                           $4,315.08


Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 5.40 | 125.00 | $675.00 |
| Russell E. Elebash | 1.40 | 60.00 | $84.00 |
| Matthew Y. Beam | 28.20 | 125.00 | $3,525.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Joan Davis

Page  4

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA

Invoice Date: _6-5-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _20,091.60_

Total Amount of Previously Paid Services: $ _17,882.10_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

| | | |
|---|---|---|
| 1. | Attorney - Time In Court<br>Total Hours ___ @ $ ___ per hour | $ _____ |
| 2. | Attorney - Time Out of Court<br>Total Hours _6.1_ @ $_125.00_ per hour | $ _762.50_ |
| 3. | Non-Attorney Services Total _1.10_ @ _60.00_ | $ _66.00_ |
| 4. | Court Reporter Services Total | $ _____ |
| 5. | Expenses Total | $ _4.20_ |
| | **TOTAL AMOUNT DUE FOR CURRENT SERVICES** | $ _832.70_ |

---

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me depose and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this ___
day of _June 2007_.

_Sherri C. Horton_
Notary Public

Sherri C. Horton
Notary Public
AL State at Large

My commission expires: My Comm. Expires June 28, 2010

---

REVIEW: _____   APPROVAL: _____
Managing Attorney                              Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

June 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

### Professional Services

|            |     |                                                                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/2/2007   | AWC | Review and revise letter to plaintiff's counsel                                                                                                               | 0.10  | 12.50  |
|            | MYB | Revise and execute correspondence                                                                                                                             | 0.10  | 12.50  |
|            | REE | Telephone conversation with Dana Goolsby of Jim DeBardelaben's office re setting dates for depositions                                                         | 0.10  | 6.00   |
|            | REE | Emails to and from Dana Goolsby of Jim DeBardelaben's office re deposition dates for Monica Greene, Julie Givens, Barbara Hendrix, Bonita Owensby, Douglass Chambers, James Wilson, Malcom Montgomery and James Merk | 0.20  | 12.00  |
|            | REE | Letter to Dr. Chambers, Dean Wilson, Dr. Merk and Dean Montgomery re deposition dates for all parties involved                                                 | 0.10  | 6.00   |

Joan Davis

Page   2

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/4/2007 | REE | Telephone call from Dr. Chambers re changes to deposition schedule | 0.10 | 6.00 |
| 5/24/2007 | MYB | Review and analysis of documents | 0.20 | 25.00 |
| | REE | Draft, finalize and execute Notice of Deposition for Bonita Owensby | 0.40 | 24.00 |
| | REE | Telephone conversation with Jim DeBardelaben's office re depositions | 0.10 | 6.00 |
| 5/28/2007 | AWC | Review and analyze deposition exhibits re deposition of plaintiff | 0.80 | 100.00 |
| 5/29/2007 | MYB | Review and analysis of discovery issues | 0.40 | 50.00 |
| | REE | Telephone conversation with Jim DeBardalaben's office re depositions | 0.10 | 6.00 |
| 5/30/2007 | MYB | Review and analysis of recent Supreme Court case law re: Title VII litigation | 0.90 | 112.50 |
| | MYB | Plan & Prepare for deposition | 0.90 | 112.50 |
| | MYB | Review and analysis of documents | 0.70 | 87.50 |
| | MYB | Revise and execute deposition notice | 0.20 | 25.00 |
| | MYB | Plan & Prepare for deposition | 0.40 | 50.00 |
| | AWC | Review and analyze recent federal law | 1.00 | 125.00 |
| 5/31/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |

For professional services rendered

7.20    $828.50

Additional charges:

| | | Qty | |
|---|---|---|---|
| 5/31/2007 | Copies in May | 42 | 4.20 |

Total costs

$4.20

Total amount of this bill

$832.70

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.90 | 125.00 | $237.50 |
| Russell E. Elebash | 1.10 | 60.00 | $66.00 |
| Matthew Y. Beam | 4.20 | 125.00 | $525.00 |

Charges for expenses and disbursements:

Joan Davis

Page   3

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: **5·3·07**   Department or Agency: **Postsecondary Education**

Style of Case: **Bonita J. Owensby**   v. **J.F. Ingram Technical College**

Court: **US Middle Dist.**  Case Number: **2:06 CV-796-WKW** Assigned Judge: **Keith Watkins**

Name of Law Firm: **Gidiere Hinton, Herndon & Christman**

Mailing Address: **P. O. Box 4190, Montgomery AL 36103**

Business Phone: Area Code **334**  **834-9950** Law Firm Taxpayer ID # **63-1159 115**

Name of Attorney: **Jack B Hinton Jr.**   Social Security # _____

Mailing Address: **P. O. Box 4190, Montgomery, AL 36103**

Business Phone: Area Code **334**   **834-9950**

Date Appointed Deputy Attorney General: **October 3 2006**
              (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ **17,882.10**

Total Amount of Previously Paid Services:   $ **17,882.10**

Authorized Maximum Amount:          $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

| | | |
|---|---|---|
| 1. | Attorney – Time In Court<br>Total Hours_____ @ $_____ per hour | $ _____ |
| 2. | Attorney – Time Out of Court<br>Total Hours **17.60**@ $**125.00** per hour | $ **2,200.00** |
| 3. | Non-Attorney Services Total | $ **0** |
| 4. | Court Reporter Services Total | $ **0** |
| 5. | Expenses Total | $ **9.50** |
| | **TOTAL AMOUNT DUE FOR CURRENT SERVICES** | $ **2,209.50** |

STATE OF ALABAMA
**Montgomery** COUNTY              **A F F I D A V I T**

    Before me, the undersigned Notary Public, in and for the said County and State, personally appeared
the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under
oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services
performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

                                        _____
                                         Signature of Affiant

Sworn to and subscribed
before me this ____
day of **May 2007** .

_____   Sherri C. Horton
    Notary Public          Notary Public
                          AL State at Large
My commission expires: **My Comm. Expires June 28,2010**

REVIEW: _____   APPROVAL: _____
    Managing Attorney                  Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

May 03, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
| 4/3/2007 | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 4/4/2007 | MYB | Review and analysis of claims | 0.40 | 50.00 |
| 4/6/2007 | MYB | Telephone call | 0.20 | 25.00 |
| | MYB | Telephone conference | 0.80 | 100.00 |
| 4/9/2007 | MYB | Review and analysis of claims | 0.80 | 100.00 |
| | MYB | Plan & Prepare for meeting and review of documentation | 0.50 | 62.50 |
| 4/10/2007 | MYB | Plan & Prepare for meeting | 0.50 | 62.50 |
| | MYB | Meeting with clients | 1.80 | 225.00 |
| | MYB | Review and analysis of claims | 1.40 | 175.00 |
| | MYB | Review and analysis of claims | 2.10 | 262.50 |
| | MYB | Review and analysis of documents | 2.30 | 287.50 |
| 4/13/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |

Joan Davis                                                                      Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/17/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |
| 4/30/2007 | MYB | Draft correspondence | 0.50 | 62.50 |
|  | MYB | Review and analysis of documents | 2.50 | 312.50 |

For professional services rendered                     17.60   $2,200.00

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 4/30/2007 | Copies in April | 95 | 9.50 |

Total costs                                                       $9.50

Total amount of this bill                                    $2,209.50

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 17.60 | 125.00 | $2,200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 4-6-07   Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby   v. J.F. Ingram Technical College

Court: US Middle Dist.   Case Number: 2:06 CV-796-WkW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon + Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334   834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr.   Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334   834-9950

Date Appointed Deputy Attorney General: October 3 2006
          (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 14299.70

Total Amount of Previously Paid Services:  $ 14299.70

Authorized Maximum Amount:             $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours_____ @ $_____ per hour    $ 0

2. Attorney - Time Out of Court
   Total Hours 28.3 @ $_____ per hour    $ 3537.50

3. Non-Attorney Services Total              $ 24.00

4. Court Reporter Services Total            $ 0

5. Expenses Total                           $ 20.90

   TOTAL AMOUNT DUE FOR CURRENT SERVICES    $ 3582.40

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 10th
day of April 2007.

Erin E. Gross
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires:_____

REVIEW: _____          APPROVAL: _____
      Managing Attorney                      Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

April 06, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Leg

State of Alabama

P.O. Box 312130

Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/6/2007 | MYB | Phone call | 0.20 | 25.00 |
|  | MYB | Phone call | 0.10 | 12.50 |
|  | MYB | Phone call | 0.20 | 25.00 |
|  | MYB | Review and analyze fax | 0.20 | 25.00 |
| 3/7/2007 | MYB | Draft report letter to Examiners of Public Accounts | 0.40 | 50.00 |
| 3/8/2007 | MYB | Meeting | 0.40 | 50.00 |
| 3/9/2007 | AWC | Revise and supplement Owensby requests for production | 0.20 | 25.00 |
|  | MYB | Review and analyze federal case law | 0.60 | 75.00 |
| 3/12/2007 | MYB | Review and analzye case law | 0.30 | 37.50 |
|  | MYB | Review case law | 1.20 | 150.00 |
| 3/13/2007 | MYB | Review and analyze claims | 1.30 | 162.50 |
|  | MYB | Review and analyze federal case law | 0.50 | 62.50 |

Joan Davis                                                                          Page   2

|            |     |                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------|-------|--------|
| 3/13/2007  | AWC | Continue work on discovery issues                  | 1.60  | 200.00 |
| 3/14/2007  | MYB | Revise and send discovery                          | 0.20  | 25.00  |
|            | MYB | Draft, revise and execute letter to Examiners of Public Accounts | 0.40  | 50.00  |
| 3/15/2007  | REE | File and serve Interrogatories and Requests for Production to Barbara Hendrix | 0.20  | 12.00  |
| 3/16/2007  | MYB | Plan & Prepare discovery                           | 0.20  | 25.00  |
| 3/20/2007  | MYB | Review and analysis of claims                      | 0.50  | 62.50  |
| 3/21/2007  | REE | Research to compile documents for Dean Wilson      | 0.20  | 12.00  |
|            | MYB | Review and analysis of documents                   | 0.40  | 50.00  |
| 3/22/2007  | MYB | Review and analysis of claims                      | 1.50  | 187.50 |
|            | MYB | Draft memo to file                                 | 0.90  | 112.50 |
|            | MYB | Review and analysis of documents                   | 0.90  | 112.50 |
|            | MYB | Review and analyze issues                          | 1.20  | 150.00 |
|            | MYB | Review and analysis of claims                      | 1.20  | 150.00 |
|            | MYB | Review and analysis of claims                      | 0.70  | 87.50  |
| 3/23/2007  | MYB | Review and analysis of claims                      | 1.50  | 187.50 |
|            | MYB | Review and analysis of case law                    | 1.20  | 150.00 |
| 3/26/2007  | MYB | Review and analysis of claims                      | 0.60  | 75.00  |
| 3/28/2007  | MYB | Review and analysis of claims                      | 1.30  | 162.50 |
|            | MYB | Review and analysis of claims                      | 0.70  | 87.50  |
| 3/29/2007  | MYB | Review and analysis of claims                      | 1.20  | 150.00 |
|            | MYB | Review and analysis of claims                      | 0.30  | 37.50  |
| 3/30/2007  | MYB | Review and analysis of claims                      | 1.70  | 212.50 |
|            | MYB | Review and analysis of claims                      | 1.50  | 187.50 |
|            | MYB | Review and analyze claims                          | 1.60  | 200.00 |
|            | MYB | Review and analysis of claims                      | 1.40  | 175.00 |

For professional services rendered                                         28.70   $3,561.50

Additional charges:

|            |                   | Qty |        |
|------------|-------------------|-----|--------|
| 3/30/2007  | Copies in March   | 209 | 20.90  |

Total costs                                                                        $20.90

Total amount of this bill                                                          $3,582.40

Joan Davis                                                                                  Page   3

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Russell E. Elebash | 0.40 | 60.00 | $24.00 |
| Matthew Y. Beam | 26.50 | 125.00 | $3,312.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 03-08-07   Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby   v. J.F. Ingram Technical College

Court: US Middle Dist.   Case Number: 2:06CV-796-WkW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr.   Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 12,999.70

Total Amount of Previously Paid Services: $ 3,531.70

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours ___ @ $ ___ per hour       $ -0-

2. Attorney - Time Out of Court
   Total Hours 10.3 @ $125 per hour       $ 1287.50

3. Non-Attorney Services Total            $ -0-

4. Court Reporter Services Total          $ -0-

5. Expenses Total                         $ 12.50

TOTAL AMOUNT DUE FOR CURRENT SERVICES     $ 1300.00

---

STATE OF ALABAMA
Montgomery COUNTY

**AFFIDAVIT**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this ___
day of March, 19___.

_____
Notary Public

Shana T. Proctor
Notary Public, AL State at Large
My Commission expires 08/01/2010

My commission expires: _____

REVIEW: _____      APPROVAL: _____
       Managing Attorney                    Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

March 08, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/1/2007 | MYB | Plan & Prepare for meeting | 0.60 | 75.00 |
| | MYB | Draft memo re: contents of file | 0.90 | 112.50 |
| 2/2/2007 | MYB | Draft memo | 0.40 | 50.00 |
| | MYB | Review and analysis of documents | 0.90 | 112.50 |
| 2/6/2007 | JBH | Telephone conversation | 0.10 | 12.50 |
| 2/7/2007 | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 2/11/2007 | MYB | Draft report letter | 0.60 | 75.00 |
| 2/12/2007 | MYB | Revise report letter | 0.30 | 37.50 |
| 2/13/2007 | MYB | Phone call | 0.20 | 25.00 |
| | MYB | Review and analysis of documents | 0.30 | 37.50 |
| | MYB | Review and analysis of Civil Procedure Rules | 0.30 | 37.50 |
| 2/14/2007 | MYB | Draft letter | 0.20 | 25.00 |
| | MYB | Revise and execute letter | 0.20 | 25.00 |

Joan Davis                                                               Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/15/2007 | MYB | Phone call | 0.30 | 37.50 |
|  | MYB | Draft documents | 0.30 | 37.50 |
|  | MYB | Review and analysis of fax | 0.30 | 37.50 |
| 2/21/2007 | MYB | Draft memo | 0.50 | 62.50 |
|  | MYB | Review and analyze file | 1.30 | 162.50 |
| 2/26/2007 | MYB | Meeting | 0.20 | 25.00 |
| 2/28/2007 | MYB | Revise documents | 0.20 | 25.00 |

For professional services rendered                        10.30    $1,287.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 2/28/2007 | Copies in February | 125 | 12.50 |

Total costs                                                            $12.50

Total amount of this bill                                          $1,300.00


### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jack B. Hinton, Jr. | 0.10 | 125.00 | $12.50 |
| Matthew Y. Beam | 10.20 | 125.00 | $1,275.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 02-09-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 3531.70

Total Amount of Previously Paid Services: $ 3531.70

Authorized Maximum Amount: $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours _____ @ $ _____ per hour        $ 0

2. Attorney - Time Out of Court
   Total Hours 74.7 @ $ 125 per hour           $ 9337.50

3. Non-Attorney Services Total                 $ 0

4. Court Reporter Services Total               $ 0

5. Expenses Total                              $ 130.50

**TOTAL AMOUNT DUE FOR CURRENT SERVICES**      $ 9468.00

---

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this ___
day of March 2007.

_____
Notary Public               Shana T. Proctor
                            Notary Public, AL State at Large
My commission expires:      My Commission expires 08/01/2010

---

REVIEW: _____    APPROVAL: _____
        Managing Attorney                     Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

February 9, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/3/2007 | MYB | Phone call | 0.30 | 37.50 |
| 1/4/2007 | MYB | Review and analysis of law | 2.40 | 300.00 |
| | MYB | Review and analysis of law | 2.10 | 262.50 |
| 1/5/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
| | MYB | Review and analysis of response | 2.10 | 262.50 |
| | MYB | Review and analysis of federal case law | 1.20 | 150.00 |
| 1/9/2007 | MYB | Meeting | 1.30 | 162.50 |
| | MYB | Phone call | 0.20 | 25.00 |
| 1/10/2007 | MYB | Review and analysis of federal case law | 1.80 | 225.00 |
| | MYB | Review and analysis of  law | 0.90 | 112.50 |
| 1/11/2007 | MYB | Review and analysis of law | 1.40 | 175.00 |
| | MYB | Review and analysis of law | 1.40 | 175.00 |
| 1/17/2007 | MYB | Review and analysis of law | 2.20 | 275.00 |
| | MYB | Review and analyze claims | 1.20 | 150.00 |

Joan Davis                                                                                          Page   2

|            |     |                                      | Hours | Amount |
|------------|-----|--------------------------------------|-------|--------|
| 1/17/2007  | MYB | Plan & Prepare for meeting           | 1.30  | 162.50 |
|            | MYB | Review and analyze federal case law  | 1.80  | 225.00 |
| 1/18/2007  | MYB | Meeting                              | 3.30  | 412.50 |
|            | MYB | Review and analysis of case law      | 2.20  | 275.00 |
| 1/19/2007  | MYB | Review and analysis of claims        | 1.40  | 175.00 |
| 1/22/2007  | MYB | Review and analyze documents         | 1.50  | 187.50 |
|            | MYB | Review and analyze documents         | 2.10  | 262.50 |
|            | MYB | Review and analyze documents         | 2.80  | 350.00 |
|            | MYB | Draft letter re: meeting             | 1.10  | 137.50 |
| 1/23/2007  | MYB | Review and analzye documents         | 2.50  | 312.50 |
|            | MYB | Review and analyze documents         | 2.30  | 287.50 |
|            | MYB | Draft report letter                  | 0.80  | 100.00 |
|            | MYB | Review and analysis of documents     | 0.80  | 100.00 |
| 1/24/2007  | MYB | Revise report letter                 | 0.60  | 75.00  |
|            | MYB | Draft report letter                  | 0.60  | 75.00  |
|            | MYB | Review and analyze documents         | 1.90  | 237.50 |
|            | MYB | Draft and revise report letter       | 1.40  | 175.00 |
|            | MYB | Review and analysis of documents     | 1.60  | 200.00 |
|            | MYB | Review and analysis of documents     | 1.20  | 150.00 |
| 1/25/2007  | MYB | Draft, revise and execute letter     | 0.80  | 100.00 |
|            | MYB | Review and analyze documentation     | 1.80  | 225.00 |
|            | MYB | Review and analyze documents         | 1.50  | 187.50 |
|            | MYB | Review and analyze documents         | 1.30  | 162.50 |
|            | MYB | Review and analysis of documents     | 0.80  | 100.00 |
| 1/28/2007  | MYB | Review and analyze documents         | 1.60  | 200.00 |
| 1/29/2007  | MYB | Review and analyze documents         | 2.50  | 312.50 |
|            | MYB | Review and analyze documents         | 3.30  | 412.50 |
| 1/30/2007  | MYB | Review and analysis of documents     | 1.60  | 200.00 |
| 1/31/2007  | MYB | Revise correspondence                | 0.90  | 112.50 |
|            | MYB | Draft memo                           | 1.60  | 200.00 |
|            | MYB | Review and analyze documents         | 1.80  | 225.00 |
|            | MYB | Phone call                           | 0.30  | 37.50  |
|            | MYB | Phone call                           | 0.20  | 25.00  |
|            | MYB | Phone call                           | 0.30  | 37.50  |
|            | MYB | Review and analysis of file          | 1.60  | 200.00 |
|            | MYB | Review and analysis of documents     | 0.70  | 87.50  |
|            | MYB | Review and analysis of documents     | 0.90  | 112.50 |

For professional services rendered                                         74.70   $9,337.50

Joan Davis                                                                Page   3

      Additional charges:

|  |  | Qty | Amount |
|---|---|---|---|
| 1/30/2007 | Copies in January | 1305 | 130.50 |
|  | Total costs |  | $130.50 |
|  | Total amount of this bill |  | $9,468.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 74.70 | 125.00 | $9,337.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

      GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 02-09-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 3531.70

Total Amount of Previously Paid Services: $ 3531.70

Authorized Maximum Amount: $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours _____ @ $ _____ per hour          $ -0-

2. Attorney - Time Out of Court
   Total Hours 74.7 @ $ 125 per hour          $ 9337.50

3. Non-Attorney Services Total          $ -0-

4. Court Reporter Services Total          $ -0-

5. Expenses Total          $ 130.50

   **TOTAL AMOUNT DUE FOR CURRENT SERVICES**          $ 9468.00

---

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

Signature of Affiant

Sworn to and subscribed
before me this 12th
day of February 2007

Erin E. Gross
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

---

REVIEW: _____          APPROVAL: _____
         Managing Attorney                    Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

February 09, 2007

INVOICE SUBMITTED
TO:

J.F. Ingram State Technical College

Accounts Payable
P.O. Box 220350
Deatsville AL 36022-0350

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/3/2007 | MYB | Phone call with James Wilson | 0.30 | 37.50 |
| 1/4/2007 | MYB | Review and analysis of federal case law re: discrimination claims | 2.40 | 300.00 |
| | MYB | Review and analysis of federal case law | 2.10 | 262.50 |
| 1/5/2007 | MYB | Review and analysis of claims filed with EEOC | 1.50 | 187.50 |
| | MYB | Review and analysis of response to EEOC claim | 2.10 | 262.50 |
| | MYB | Review and analysis of federal case law re: discrimination | 1.20 | 150.00 |
| 1/9/2007 | MYB | Meeting with Ed George | 1.30 | 162.50 |
| | MYB | Phone call to Ed George | 0.20 | 25.00 |
| 1/10/2007 | MYB | Review and analysis of federal case law re: employment and Title VII | 1.80 | 225.00 |

J.F. Ingram State Technical College                                    Page  2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2007 | MYB | Review and analysis of federal case law addressing employment | 0.90 | 112.50 |
| 1/11/2007 | MYB | Review and analysis of federal case law re: employment | 1.40 | 175.00 |
|  | MYB | Review and analysis of federal case law re: discrimination | 1.40 | 175.00 |
| 1/17/2007 | MYB | Review and analysis of Title VII and federal case law | 2.20 | 275.00 |
|  | MYB | Review and analyze claims | 1.20 | 150.00 |
|  | MYB | Plan & Prepare for meeting with Dr. Chambers, Dr. Merk and Dean Wilson | 1.30 | 162.50 |
|  | MYB | Review and analyze application of federal case law to claims | 1.80 | 225.00 |
| 1/18/2007 | MYB | Meeting with clients and Ed George | 3.30 | 412.50 |
|  | MYB | Review and analysis of federal case law re: discrimination | 2.20 | 275.00 |
| 1/19/2007 | MYB | Review and analysis of claims | 1.40 | 175.00 |
| 1/22/2007 | MYB | Review and analyze documents provided by Douglas Chambers regarding J.F. Ingram's financial reporting | 1.50 | 187.50 |
|  | MYB | Review and analyze inter-office memos regarding job performances and the functioning of the business office | 2.10 | 262.50 |
|  | MYB | Review and analyze records and associated documents from the Examiners of Public Accounts re: J.F. Ingram | 2.80 | 350.00 |
|  | MYB | Draft letter re: meeting with clients | 1.10 | 137.50 |
| 1/23/2007 | MYB | Review and analzye documents re: operation of J.F. Ingram | 2.50 | 312.50 |
|  | MYB | Review and analyze documents re: operation of J.F. Ingram | 2.30 | 287.50 |
|  | MYB | Draft report letter re: meeting with clients | 0.80 | 100.00 |
|  | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/24/2007 | MYB | Revise report letter to Joan Davis re: January 18 meeting | 0.60 | 75.00 |
|  | MYB | Draft report letter to Joan Davis re: document review | 0.60 | 75.00 |
|  | MYB | Review and analyze documents | 1.90 | 237.50 |
|  | MYB | Draft and revise report letter | 1.40 | 175.00 |
|  | MYB | Review and analysis of documents related to the operation of J.F. Ingram | 1.60 | 200.00 |

J.F. Ingram State Technical College                                              Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/24/2007 | MYB | Review and analysis of documents re: employment | 1.20 | 150.00 |
| 1/25/2007 | MYB | Draft, revise and execute letter | 0.80 | 100.00 |
|  | MYB | Review and analyze documentation | 1.80 | 225.00 |
|  | MYB | Review and analyze documents re: J.F. Ingram | 1.50 | 187.50 |
|  | MYB | Review and analyze documents | 1.30 | 162.50 |
|  | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/28/2007 | MYB | Review and analyze documents | 1.60 | 200.00 |
| 1/29/2007 | MYB | Review and analyze documents | 2.50 | 312.50 |
|  | MYB | Review and analyze documents | 3.30 | 412.50 |
| 1/30/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| 1/31/2007 | MYB | Revise correspondence re: response to correspondence from plaintiff's counsel | 0.90 | 112.50 |
|  | MYB | Draft memo re: investigative file | 1.60 | 200.00 |
|  | MYB | Review and analyze investigative documents | 1.80 | 225.00 |
|  | MYB | Phone call from Dr. Chambers | 0.30 | 37.50 |
|  | MYB | Phone call to Ed George | 0.20 | 25.00 |
|  | MYB | Phone call to Joan Davis | 0.30 | 37.50 |
|  | MYB | Review and analysis of investigative file | 1.60 | 200.00 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
|  | MYB | Review and analysis of documents | 0.90 | 112.50 |

For professional services rendered                           74.70    $9,337.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 1/30/2007 | Copies in January | 1305 | 130.50 |

Total costs                                                              $130.50

Total amount of this bill                                                $9,468.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 74.70 | 125.00 | $9,337.50 |

J.F. Ingram State Technical College                                    Page    4

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you.  We trust that you will
find this statement to be in order, but if you have any questions concerning it, please do
not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: __01-05-07__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J.F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06CV-796-WKW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere, Hinton, Herndon & Christman__

Mailing Address: __P.O. Box 4190, Montgomery AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID # __63-1159115__

Name of Attorney: __Jack B Hinton Jr.__ Social Security # _____

Mailing Address: __P.O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ __2959.00__

Total Amount of Previously Paid Services: $ __2881.80__

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1.  Attorney – Time In Court
    Total Hours _____ @ $ _____ per hour      $ __0__

2.  Attorney – Time Out of Court
    Total Hours __4.4__ @ $__125__ per hour     $ __550.00__

3.  Non-Attorney Services Total                 $ __18.00__

4.  Court Reporter Services Total               $ __0__

5.  Expenses Total                              $ __4.70__

TOTAL AMOUNT DUE FOR CURRENT SERVICES           $ __572.70__

---

STATE OF ALABAMA
__Montgomery__ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said county and state, personally appeared the undersigned affiant, who is known to me and who after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this __10th__
day of __January 2007__

_____
Notary Public

My commission expires: _____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

---

REVIEW: _____        APPROVAL: _____
         Managing Attorney                          Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

January 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:              5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2006 | MYB | Phone call from Dr. Chambers re: discovery | 0.20 | 25.00 |
| 12/7/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.30 | 37.50 |
|  | MYB | Draft and revise discovery plan to file with court | 0.70 | 87.50 |
|  | MYB | Review, execute and file discovery plan | 0.40 | 50.00 |
| 12/18/2006 | AWC | Draft additional interrogatories and discovery re alleged discrimination and disparate treatment | 0.80 | 100.00 |
| 12/28/2006 | REE | Execute Interrogatories to Plaintiff and serve same upon Jim DeBardelaben | 0.30 | 18.00 |
|  | MYB | Revise and execute interrogatories to be sent to plaintiff | 0.50 | 62.50 |

Joan Davis                                                                    Page   2

|            |     |                                              | Hours  | Amount   |
|------------|-----|----------------------------------------------|--------|----------|
| 12/29/2006 | MYB | Review and analyze Alabama case law addressing sex discrimination and employment | 1.50 | 187.50 |
|            |     | For professional services rendered           | 4.70   | $568.00  |

Additional charges:

|            |                    | Qty |      |
|------------|--------------------|-----|------|
| 12/31/2006 | Copies in December | 47  | 4.70 |
|            | Total costs        |     | $4.70 |
|            | Total amount of this bill |  | $572.70 |

### Timekeeper Summary

| Name                | Hours | Rate   | Amount   |
|---------------------|-------|--------|----------|
| Andrew W Christman  | 0.80  | 125.00 | $100.00  |
| Russell E. Elebash  | 0.30  | 60.00  | $18.00   |
| Matthew Y. Beam     | 3.60  | 125.00 | $450.00  |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _12-6-06_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3, 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _2381.80_

Total Amount of Previously Paid Services: $ _2381.80_

Authorized Maximum Amount: $ _____

## CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours _____ @ $ ____ per hour      $ _-0-_

2. Attorney – Time Out of Court
   Total Hours _4.6_ @ $ _125_ per hour      $ _575.00_

3. Non-Attorney Services Total      $ _-0-_

4. Court Reporter Services Total      $ _-0-_

5. Expenses Total      $ _2.20_

**TOTAL AMOUNT DUE FOR CURRENT SERVICES**      $ _577.20_

---

STATE OF ALABAMA
_Montgomery_ COUNTY

### A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said county and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _20th_
day of _December, 2006_

_____
Notary Public

Shana T. Proctor
Notary Public, AL State at Large
My Commission expires 08/01/2010

My commission expires: _____

---

REVIEW: _____
Managing Attorney

APPROVAL: _____
Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

December 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | AWC | Review and analyze first draft of report of parties planning meeting prepared by plaintiff's counsel | 0.30 | 37.50 |
|  | AWC | Review and analyze federal rules re report of planning meeting and scheduling conference | 0.30 | 37.50 |
|  | AWC | Telephone call to plaintiff's counsel re planning meeting | 0.10 | 12.50 |
| 11/15/2006 | MYB | Draft interrogatories to be served on plaintiff | 0.50 | 62.50 |
| 11/16/2006 | MYB | Receipt and review of email from plaintiff regarding notice of appearance | 0.10 | 12.50 |
|  | MYB | Receipt and review of email re: notice of appearance of counsel | 0.10 | 12.50 |

Joan Davis                                                                    Page   2

|            |     |                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------|-------|--------|
| 11/16/2006 | MYB | Revise interrogatories to be served on plaintiff                         | 0.30  | 37.50  |
| 11/17/2006 | MYB | Receipt and review of email re: canceling of scheduling conference       | 0.10  | 12.50  |
|            | MYB | Receipt and review of email regarding order referring case from Magistrate to Judge Watkins | 0.10 | 12.50 |
|            | MYB | Receipt and review of email re: deadline for discovery plan              | 0.10  | 12.50  |
| 11/20/2006 | JBH | Receipt and review of Notice of Appearance of Jim DeBardelaben           | 0.10  | 12.50  |
|            | JBH | Report letter re Notice of Appearance of Jim DeBardelaben                | 0.20  | 25.00  |
|            | MYB | Review and analysis of Order re: Rule 26(f) discovery plan               | 0.20  | 25.00  |
|            | MYB | Review and analyze Order removing Magistrate from case                   | 0.20  | 25.00  |
|            | MYB | Review and analysis of requirements in Federal Rules of Civil Procedure for discovery plan and scheduling of trial | 0.80 | 100.00 |
| 11/21/2006 | JBH | Receipt and review of Orders from Judge Coody and Judge Watkins re Hearing and Rule 26 Disclosure obligations | 0.10 | 12.50 |
| 11/28/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan                     | 0.20  | 25.00  |
|            | MYB | Review and analysis of plaintiff's counsel proposed discovery plan       | 0.40  | 50.00  |
| 11/29/2006 | MYB | Phone call from Ed George re: proposed discovery plan                     | 0.20  | 25.00  |
| 11/30/2006 | MYB | Phone call to Dr. Chambers re: discovery plan and posture of the case     | 0.20  | 25.00  |

|                                      | Hours | Amount   |
|--------------------------------------|-------|----------|
| For professional services rendered   | 4.60  | $575.00  |

Additional charges:

|            |                     | Qty |      |
|------------|---------------------|-----|------|
| 11/29/2006 | Copies in November  | 22  | 2.20 |

|                           |       |
|---------------------------|-------|
| Total costs               | $2.20 |
| Total amount of this bill | $577.20 |

Joan Davis

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 0.70 | 125.00 | $87.50 |
| Jack B. Hinton, Jr. | 0.40 | 125.00 | $50.00 |
| Matthew Y. Beam | 3.50 | 125.00 | $437.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

December 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | AWC | Review and analyze first draft of report of parties planning meeting prepared by plaintiff's counsel | 0.30 | 37.50 |
|  | AWC | Review and analyze federal rules re report of planning meeting and scheduling conference | 0.30 | 37.50 |
|  | AWC | Telephone call to plaintiff's counsel re planning meeting | 0.10 | 12.50 |
| 11/15/2006 | MYB | Draft interrogatories to be served on plaintiff | 0.50 | 62.50 |
| 11/16/2006 | MYB | Receipt and review of email from plaintiff regarding notice of appearance | 0.10 | 12.50 |
|  | MYB | Receipt and review of email re: notice of appearance of counsel | 0.10 | 12.50 |

Joan Davis                                                          Page   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2006 | MYB | Revise interrogatories to be served on plaintiff | 0.30 | 37.50 |
| 11/17/2006 | MYB | Receipt and review of email re: canceling of scheduling conference | 0.10 | 12.50 |
| | MYB | Receipt and review of email regarding order referring case from Magistrate to Judge Watkins | 0.10 | 12.50 |
| | MYB | Receipt and review of email re: deadline for discovery plan | 0.10 | 12.50 |
| 11/20/2006 | JBH | Receipt and review of Notice of Appearance of Jim DeBardelaben | 0.10 | 12.50 |
| | JBH | Report letter re Notice of Appearance of Jim DeBardelaben | 0.20 | 25.00 |
| | MYB | Review and analysis of Order re: Rule 26(f) discovery plan | 0.20 | 25.00 |
| | MYB | Review and analyze Order removing Magistrate from case | 0.20 | 25.00 |
| | MYB | Review and analysis of requirements in Federal Rules of Civil Procedure for discovery plan and scheduling of trial | 0.80 | 100.00 |
| 11/21/2006 | JBH | Receipt and review of Orders from Judge Coody and Judge Watkins re Hearing and Rule 26 Disclosure obligations | 0.10 | 12.50 |
| 11/28/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.20 | 25.00 |
| | MYB | Review and analysis of plaintiff's counsel proposed discovery plan | 0.40 | 50.00 |
| 11/29/2006 | MYB | Phone call from Ed George re: proposed discovery plan | 0.20 | 25.00 |
| 11/30/2006 | MYB | Phone call to Dr. Chambers re: discovery plan and posture of the case | 0.20 | 25.00 |

For professional services rendered                          4.60    $575.00

Additional charges:

| | | Qty | |
|---|---|---|---|
| 11/29/2006 | Copies in November | 22 | 2.20 |

Total costs                                                         $2.20

Total amount of this bill                                         $577.20

Joan Davis

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 0.70 | 125.00 | $87.50 |
| Jack B. Hinton, Jr. | 0.40 | 125.00 | $50.00 |
| Matthew Y. Beam | 3.50 | 125.00 | $437.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 11-6-06 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 0

Total Amount of Previously Paid Services: $ 0

Authorized Maximum Amount: $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney – Time In Court
   Total Hours 1.0 @ $125 per hour      $ 125.00

2. Attorney – Time Out of Court
   Total Hours 17.9 @ $125 per hour     $ 2237.50

3. Non-Attorney Services Total          $ 12.00

4. Court Reporter Services Total        $ 0

5. Expenses Total                       $ 7.30

**TOTAL AMOUNT DUE FOR CURRENT SERVICES**   $ 2,381.80

---

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 9th
day of November 2006

_____
Notary Public

Sherri C. Horton
Notary Public
AL State at Large

My commission expires: My Comm. Expires June 28, 2010

---

REVIEW: _____        APPROVAL: _____
         Managing Attorney                        Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103


November 06, 2006


INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130


TAX ID NO 63-1159115

FOR PROFESSIONAL SERVICES


Please reference our file no:                5830


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/2/2006 | MYB | Phone call to Joan Davis to discuss representation. | 0.20 | 25.00 |
| | MYB | Receipt, review and analysis of complaint. | 0.50 | 62.50 |
| 10/3/2006 | MYB | Review and analyze complaint; develop affirmative defenses to assert in Answer. | 0.40 | 50.00 |
| | MYB | Meet with Ed Goerge to discuss the EEOC phase of the case as well as strategies for posturing the case for summary judgment. | 1.40 | 175.00 |
| | MYB | Review and analyze materials provided by Ed George regarding the EEOC complaint and response. | 1.20 | 150.00 |
| 10/4/2006 | MYB | Draft Answer to Complaint. | 0.30 | 37.50 |
| | JBH | Telephone conversation with Keith Miller re Answer to Complaint and companion case | 0.30 | 37.50 |

Joan Davis                                                                    Page   2

|            |     |                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 10/4/2006  | JBH | Receipt and review of letter from Attorney General re Legal Services Contract | 0.10 | 12.50 |
| 10/9/2006  | JBH | Receipt and review of letter from State of Alabama re representation rate | 0.10 | 12.50 |
| 10/10/2006 | MYB | Phone call to Dr. Chambers to discuss nature of the case and set up meeting. | 0.50 | 62.50 |
| 10/11/2006 | MYB | Review and analysis of the federal rules of civil procedure in preparation for court ordered scheduling and status conference. | 0.60 | 75.00 |
| 10/12/2006 | MYB | Plan & Prepare for meeting with Dr. Chambers and Dean Wilson at J. F. Ingram. | 0.50 | 62.50 |
| 10/13/2006 | MYB | Travel to and from J.F. Ingram; meeting with Dr. Chambers and Dean Wilson re: nature of claim and plaintiff. | 3.20 | 400.00 |
|            | MYB | Phone call to Ed George to discuss EEOC response and discovery to be served on plaintiff. | 0.30 | 37.50 |
|            | MYB | Phone call to Judge Coody's office to confirm status and scheduling conference and needed preparation for conference. | 0.20 | 25.00 |
| 10/19/2006 | MYB | Review and analysis of EEOC claim and how Alabama courts have treated a defendant named in a lawsuit after not being named in EEOC complaint. | 1.50 | 187.50 |
| 10/20/2006 | JBH | Review and execute Notice of Appearance | 0.10 | 12.50 |
|            | MYB | Review and analysis of issues in case in order to begin drafting written discovery. | 1.70 | 212.50 |
|            | REE | File Notice of Appearance for Jack B. Hinton, Jr. in the United States District Court for the Middle District of Alabama Northern Division | 0.20 | 12.00 |
| 10/23/2006 | MYB | Revise letter to Joan Davis regarding representation. | 0.30 | 37.50 |
| 10/24/2006 | JBH | Review our file, prepare for and attend status conference with Judge Coody (subsequently continued) | 1.70 | 212.50 |
|            | JBH | Receipt and review e-mail notice from Court re continuance of hearing | 0.10 | 12.50 |
|            | JBH | Letter to Joan Davis, Dr. Chambers and Mr. Wilson re Motion for Continuance | 0.20 | 25.00 |

Joan Davis                                                                    Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2006 | JBH | Receipt and review Motion for Continuance of plaintiff | 0.10 | 12.50 |
| | JBH | Receipt and review e-mail from Court re Motion for Continuance | 0.10 | 12.50 |
| | MYB | Phone call to Ed George re: meeting to discuss discovery strategy. | 0.20 | 25.00 |
| | MYB | Draft and revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.80 | 100.00 |
| 10/25/2006 | MYB | Revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.30 | 37.50 |
| | MYB | Phone call to Ed George to re-schedule meeting. | 0.20 | 25.00 |
| | MYB | Plan & Prepare for meeting with Ed George to discuss written discovery strategy. | 0.40 | 50.00 |
| | MYB | Meeting with Ed George re: discovery strategy. | 1.10 | 137.50 |
| 10/26/2006 | AWC | Draft acknowledgement letter | 0.10 | 12.50 |
| | AWC | Draft letter to Davis, Chambers and Wilson re answer | 0.10 | 12.50 |
| 10/30/2006 | JBH | Receipt and review of letter from Scott Rouse re representation of State of Alabama | 0.10 | 12.50 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 19.10 | $2,374.50 |

Additional charges:

| | Qty | |
|---|---|---|
| 10/30/2006 Copies in October | 73 | 7.30 |

| | |
|---|---|
| Total costs | $7.30 |

| | |
|---|---|
| Total amount of this bill | $2,381.80 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 0.20 | 125.00 | $25.00 |
| Jack B. Hinton, Jr. | 2.90 | 125.00 | $362.50 |
| Russell E. Elebash | 0.20 | 60.00 | $12.00 |

Joan Davis

Page   4

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 15.80 | 125.00 | $1,975.00 |