Invoice Date: _3-7-2008_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to Invoice.)

Total Amount of Previously Billed Services: $ _55349.64_

Total Amount of Previously Paid Services: $ _55349.64_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours _____ @ $ _____ per hour        $ _0_

2. Attorney – Time Out of Court
   Total Hours _45.9_ @ $_125_ per hour          $ _5737.50_

3. Non-Attorney Services Total                   $ _90.00_

4. Court Reporter Services Total                 $ _0_

5. Expenses Total                                $ _24.00_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES         $ _5851.50_

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _7th_
day of _March 2008_

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____     APPROVAL: _____
      Managing Attorney                        Department Head

_"Exhibit B"_



# STATE OF ALABAMA

October 26, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama 36104

Dear Mr. Hinton:

> RE: *Bonita J. Owensby v. J. F. Ingram Technical College, et al.*
> U.S. District Court -- Middle District, Northern Division
> Case No. CV-2:06CV796-WKW

    This letter serves to amend our letter of October 5, 2006, regarding the above-referenced matter. Rates for you and partners and associates will be $125 per hour and rates for paralegals will be $60 per hour.

    Again, I want to thank you for agreeing to represent the State of Alabama in this matter. Please feel free to contact me should you have any questions.

Very truly yours,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:    Ms. Joan Davis, Esq., Postsecondary Education
       Keith Miller, Chief Deputy Attorney General

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937



## STATE OF ALABAMA

October 5, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama 36104

Dear Mr. Hinton:

RE: *Bonita J. Owensby v. J. F. Ingram Technical College, et al.*
U.S. District Court — Middle District, Northern Division
Case No. CV-2:06CV796-WKW

I was pleased to learn that you have agreed to represent the State of Alabama and J. F. Ingram Technical College in the above-referenced matter. Thank you for agreeing to perform this representation at the rate of $125 per hour.

I appreciate your service in this matter. Our people are fortunate that an attorney of your reputation and ability will be working on their behalf. Please feel free to contact me should you have any questions.

Sincerely,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc: Ms. Joan Davis, Esq., Postsecondary Education
Keith Miller, Chief Deputy Attorney General



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

October 3, 2006

Jack B. (Jay) Hinton, Esquire
Gidiere, Hinton, & Herndon
Suite 904
60 Commerce Street
Montgomery, AL 36104

      Re:    Legal Services Contract for Jack Buster Hinton, Esquire
            In the matter of *Bonita J. Owensby v. J. F. Ingram State Technical College.*
            *et al* ; In the United States District Court for the Middle District of
            Alabama, Northern Division; CV-2:06CV796-WKW.

Dear Mr. Hinton:

      Pursuant to ALA. CODE § 36-15-5.1, (1975 as amended), and based on your experience and expertise, I hereby appoint you a Deputy Attorney General to represent J. F. Ingram State Technical College in the above-described legal matter. The fees and compensation paid to you for your services and authorized expenses in this representation will be agreed upon by you and the Alabama Department of Postsecondary Education. Enclosed is a policy statement revised by this office on January 21, 1997, which you are to follow, that includes a standard invoice to use in billing for your services. Also enclosed is the State of Alabama Disclosure Statement, which must be filled out and submitted to the **Department of Postsecondary Education** within 10 days of your appointment. This letter and the policy statement of January 21, 1997, which is incorporated herein by reference, constitute your contract to perform the required legal services which you accept by undertaking such representation. To avoid delays in payment, please ensure that a copy of this letter is included with each invoice you submit.

      This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama Code and is effective for 60 days from the date hereof during which time this contract will be submitted to the Legislative Contract Review Committee. Once the Committee has reviewed this contract or at the end of 60 days from the date hereof, whichever first occurs, this contract will automatically be extended to the term necessary for you to complete your representation in this matter.

Please understand that while my appointment of you as a Deputy Attorney General is personal, you may utilize the services of another attorney in your firm if you need to do so. No settlement of a dispute should be entered into by you until the terms and conditions of any proposed settlement have been fully communicated to this office and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is available to answer any questions you may have in relation to this appointment and the payment of bills. Thank you.

Sincerely,

Troy King
Attorney General

KSM:jaf

Enclosure

cc:   Joan Davis, Esquire, Managing Attorney
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

March 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2008 | REE | Review of Amended Scheduling Order and all deadlines related thereto | 0.30 | 18.00 |
| 2/4/2008 | MYB | Review and analysis of documents | 2.50 | 312.50 |
| 2/6/2008 | AWC | Discuss issues for trial and summary judgment argument with co counsel | 0.80 | 100.00 |
| 2/13/2008 | REE | Telephone conversation with Jim DeBardelaben's office re Proposed Pretrial Order | 0.20 | 12.00 |
| 2/15/2008 | MYB | Review and analysis of Court Order | 0.30 | 37.50 |
|  | MYB | Review and analysis of various documents in order to prepare for hearing | 2.50 | 312.50 |
|  | MYB | Review and analysis of various documents in order to prepare for trial | 1.80 | 225.00 |
| 2/18/2008 | MYB | Review and analysis of documents in order to prepare for court hearing | 0.70 | 87.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/18/2008 | MYB | Review and analysis of Court Order re scheduling | 0.30 | 37.50 |
| | MYB | Review and analysis of documents | 0.80 | 100.00 |
| | AWC | Conference with co counsel re trial and summary judgment | 0.60 | 75.00 |
| 2/20/2008 | MYB | Plan & Prepare for trial | 1.40 | 175.00 |
| 2/21/2008 | MYB | Prepare for trial | 2.40 | 300.00 |
| | MYB | Review and analysis of documents | 1.80 | 225.00 |
| 2/22/2008 | MYB | Plan & Prepare for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents | 1.70 | 212.50 |
| | MYB | Review and analysis of documents in order to prepare for trial | 2.10 | 262.50 |
| 2/24/2008 | MYB | Review and analysis of documents in preparation for trial | 2.50 | 312.50 |
| 2/25/2008 | MYB | Review and analysis of documents in preparation for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents in order to prepare for hearing | 2.50 | 312.50 |
| | MYB | Review and analysis of documents in preparation for hearing | 2.80 | 350.00 |
| | MYB | Review and analysis of documents in preparation for hearing | 1.80 | 225.00 |
| 2/26/2008 | MYB | Review and analysis of documents in preparation for trial | 2.80 | 350.00 |
| | MYB | Draft documents in order to prepare for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents | 1.50 | 187.50 |
| | MYB | Review and analysis of Order | 0.50 | 62.50 |
| 2/27/2008 | MYB | Review and analysis of documents re cost recovery | 2.30 | 287.50 |
| 2/28/2008 | REE | Draft and finalize Bill of Costs to Plaintiff Bonita Owensby | 0.40 | 24.00 |
| | MYB | Draft post-trial motion | 1.40 | 175.00 |
| | AWC | Review and analyze order re costs and fees | 0.60 | 75.00 |
| 2/29/2008 | REE | Draft letter to Dr. Chambers and Dean Wilson re Opinion and Final Judgment | 0.20 | 12.00 |
| | REE | Draft Affidavit for Matthew Y. Beam re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |
| | REE | Draft Affidavit for Andrew W. Christman re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |

|                                            | Hours | Amount     |
|--------------------------------------------|-------|------------|
| For professional services rendered         | 47.40 | $5,827.50  |

Additional charges:

|                                            | Qty   |            |
|--------------------------------------------|-------|------------|
| 2/29/2008 Copies in February               | 240   | 24.00      |
| Total costs                                |       | $24.00     |
| Total amount of this bill                  |       | $5,851.50  |

### Timekeeper Summary

| Name                | Hours | Rate   | Amount     |
|---------------------|-------|--------|------------|
| Andrew W Christman  | 2.00  | 125.00 | $250.00    |
| Russell E. Elebash  | 1.50  | 60.00  | $90.00     |
| Matthew Y. Beam     | 43.90 | 125.00 | $5,487.50  |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _2-07-08_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere, Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _54923.84_

Total Amount of Previously Paid Services: $ _54923.84_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours _____ @ $ _____ per hour          $ _0_

2. Attorney – Time Out of Court
   Total Hours _3.4_ @ $ _125_ per hour          $ _425.00_

3. Non-Attorney Services Total                   $ _0_

4. Court Reporter Services Total                 $ _0_

5. Expenses Total                                $ _0.80_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES         $ _425.80_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said county and state, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _____
day of _____ _____

_____
Notary Public
AL State at Large
My Commission Expires June 28, 2010

REVIEW: _____     APPROVAL: _____
         Managing Attorney                      Department Head

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

February 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX ID NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | AWC | Review and analyze status of case re trial preparation | 0.40 | 50.00 |
| 1/8/2008 | MYB | Review and analysis of documents re: court orders | 0.50 | 62.50 |
| 1/24/2008 | MYB | Review and analysis of documents re: trial preparation | 0.40 | 50.00 |
| 1/31/2008 | AWC | Review and analyze issues re trial | 1.00 | 125.00 |
| | MYB | Review and analysis of recent case law | 0.70 | 87.50 |
| | AWC | Continue work on trial preparation | 0.40 | 50.00 |
| | | For professional services rendered | 3.40 | $425.00 |

Additional charges:

| | Qty | Amount |
|---|---|---|
| 12/28/2007 Copies in December | 1 | 0.10 |
| 1/30/2008 Copies in January | 7 | 0.70 |
| Total costs | | $0.80 |
| Total amount of this bill | | $425.80 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Matthew Y. Beam | 1.60 | 125.00 | $200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: __11-7-2007__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J.F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06CV-796-WkW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere Hinton, Herndon & Christman__

Mailing Address: __P.O. Box 4190, Montgomery AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID # __63-1159115__

Name of Attorney: __Jack B. Hinton Jr.__ Social Security # _____

Mailing Address: __P.O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ __49552.54__

Total Amount of Previously Paid Services: $ __49552.54__

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

| | | |
|---|---|---|
| 1. | Attorney - Time In Court<br>Total Hours ____ @ $ ____ per hour | $ __0__ |
| 2. | Attorney - Time Out of Court<br>Total Hours __41.5__ @ $__125__ per hour | $ __5187.50__ |
| 3. | Non-Attorney Services Total | $ __102.00__ |
| 4. | Court Reporter Services Total | $ __0__ |
| 5. | Expenses Total | $ __81.80__ |
| | TOTAL AMOUNT DUE FOR CURRENT SERVICES | $ __5871.30__ |

STATE OF ALABAMA
__Montgomery__ COUNTY

### A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me, deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed before me this ____
day of __Nov 2007__.

__Sherri C. Horton__
Notary Public

Sherri C. Horton
Notary Public
AL State at Large

My commission expires: _____
My Comm. Expires June 28, 2010

REVIEW: _____    APPROVAL: _____
Managing Attorney                              Department Head

November 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|           |     |                                        | Hours | Amount |
|-----------|-----|----------------------------------------|-------|--------|
| 10/1/2007 | MYB | Review and analysis of documents       | 1.80  | 225.00 |
|           | MYB | Review and analysis of documents       | 1.90  | 237.50 |
|           | MYB | Review and analysis of documents       | 1.60  | 200.00 |
| 10/2/2007 | MYB | Review and analysis of documents       | 1.50  | 187.50 |
|           | MYB | Review and analysis of documents       | 1.40  | 175.00 |
|           | MYB | Review and analysis of documents       | 1.30  | 162.50 |
| 10/3/2007 | MYB | Review and analysis of documents       | 2.30  | 287.50 |
|           | MYB | Review and analysis of documents       | 2.70  | 337.50 |
| 10/4/2007 | AWC | Review and analyze issues re reply brief | 1.10 | 137.50 |
| 10/8/2007 | MYB | Review and analysis of documents       | 2.50  | 312.50 |
|           | MYB | Review and analysis of documents       | 1.80  | 225.00 |
|           | MYB | Review and analysis of documents       | 1.30  | 162.50 |
| 10/9/2007 | MYB | Review and analysis of documents       | 2.50  | 312.50 |
|           | MYB | Review and analysis of documents       | 2.10  | 262.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | | Hours | Amount |
| 10/10/2007 | MYB | Telephone calls | 0.50 | 62.50 |
| | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 10/11/2007 | STP | Review summary judgment brief, judge's order, and prepare table of contents per judge's instructions | 0.50 | 30.00 |
| | REE | Compile Table of Authority re Brief | 1.00 | 60.00 |
| | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama re Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 0.20 | 12.00 |
| | MYB | Review and analysis of documents | 3.30 | 412.50 |
| | MYB | Telephone calls | 0.60 | 75.00 |
| | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 10/16/2007 | AWC | Review and analyze order re final pretrial conference | 0.30 | 37.50 |
| | AWC | Review and analyze issues re pretrial and trial | 0.70 | 87.50 |
| 10/22/2007 | MYB | Review and analysis of documents | 1.50 | 187.50 |
| 10/23/2007 | MYB | Review and analysis of documents | 1.30 | 162.50 |
| 10/24/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |
| | MYB | Telephone calls | 0.30 | 37.50 |
| 10/25/2007 | MYB | Review and analysis of documents | 1.20 | 150.00 |
| | MYB | Review and analysis of documents | 1.30 | 162.50 |
| | | For professional services rendered | 43.20 | $5,289.50 |

Additional charges:

| Date | Description | Qty | Amount |
|---|---|---|---|
| | | Qty | |
| 10/31/2007 | Copies in October | 818 | 81.80 |
| | Total costs | | $81.80 |
| | Total amount of this bill | | $5,371.30 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 2.10 | 125.00 | $262.50 |
| Russell E. Elebash | 1.20 | 60.00 | $72.00 |
| Shana T. Proctor | 0.50 | 60.00 | $30.00 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 39.40 | 125.00 | $4,925.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 10-04-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P. O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B. Hinton Jr. Social Security #

Mailing Address: P. O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834.9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 48945.54

Total Amount of Previously Paid Services: $ 48945.54

Authorized Maximum Amount: $

## CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours ____ @ $ ____ per hour          $ 0

2. Attorney – Time Out of Court
   Total Hours 4.6 @ $125 per hour          $ 575.00

3. Non-Attorney Services Total          $ 6.00

4. Court Reporter Services Total          $ 0

5. Expenses Total          $ 26.00

   TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ 607.00

STATE OF ALABAMA
Montgomery COUNTY

### A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 5th
day of October 2007

_____
Notary Public

Erin E. Gross
Notary Public
At State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____          APPROVAL: _____
        Managing Attorney                              Department Head

October 04, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:      5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/4/2007 | MYB | Review and analysis of documents | 0.50 | 62.50 |
| | MYB | Plan & Prepare for telephone call | 0.30 | 37.50 |
| | MYB | Telephone call to Attorney General's office | 0.20 | 25.00 |
| 9/5/2007 | MYB | Draft and revise correspondence | 0.90 | 112.50 |
| 9/7/2007 | REE | Letter to Joan Davis re Motion for Summary Judgment Brief | 0.10 | 6.00 |
| | MYB | Review and analysis of court order | 0.20 | 25.00 |
| | MYB | Draft and send correspondence | 0.10 | 12.50 |
| 9/10/2007 | MYB | Review and analysis of documents | 0.60 | 75.00 |
| 9/28/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
| | | For professional services rendered | 4.70 | $581.00 |

Additional charges:

|  |  | Qty | Amount |
|---|---|---|---|
| 9/28/2007 | Copies in September | 260 | 26.00 |
| | Total costs | | $26.00 |
| | Total amount of this bill | | $607.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Russell E. Elebash | 0.10 | 60.00 | $6.00 |
| Matthew Y. Beam | 4.60 | 125.00 | $575.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _9-7-07_  Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security #

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _30,321.88_

Total Amount of Previously Paid Services: $ _25,239.38_

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours ____ @ $ ____ per hour          $ _0_

2. Attorney - Time Out of Court
   Total Hours _145.9_ @ $ _125_ per hour      $ _18,237.50_

3. Non-Attorney Services Total                 $ _192.00_

4. Court Reporter Services Total               $ _0_

5. Expenses Total                              $ _194.16_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES       $ _18,623.66_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

                                        Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _September_ 2007

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

Notary Public

My commission expires:

REVIEW: _____    APPROVAL: _____
        Managing Attorney                        Department Head

September 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

## Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re deposition exhibits for Dean Wilson, Dr. Merk and Dean Montgomery | 0.10 | 6.00 |
| | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/7/2007 | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/16/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| | AWC | Review and analyze depositions re summary judgment | 1.10 | 137.50 |
| 8/17/2007 | MYB | Review and analysis of documents | 3.70 | 462.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/17/2007 | MYB | Review and analysis of documents | 3.50 | 437.50 |
| | AWC | Conference with clients | 0.50 | 62.50 |
| 8/20/2007 | MYB | Review and analysis of documents | 3.20 | 400.00 |
| | MYB | Review and analysis of documents | 4.50 | 562.50 |
| 8/21/2007 | AWC | Review and analyze issues re summary judgment | 2.80 | 350.00 |
| | AWC | Review and analyze summary judgment arguments | 1.10 | 137.50 |
| | MYB | Telephone calls | 0.30 | 37.50 |
| | MYB | Draft letter | 0.20 | 25.00 |
| | MYB | Review and analysis of documents | 3.10 | 387.50 |
| | MYB | Review and analysis of documents | 0.80 | 100.00 |
| | MYB | Telephone calls | 0.80 | 100.00 |
| | MYB | Telephone calls | 0.50 | 62.50 |
| | MYB | Draft correspondence | 0.40 | 50.00 |
| | MYB | Review and analysis of court documents | 0.30 | 37.50 |
| | MYB | Review and analysis of documents | 3.20 | 400.00 |
| | MYB | Review and analysis of documents | 0.30 | 37.50 |
| 8/22/2007 | AWC | Telephone call with clients | 0.50 | 62.50 |
| | MYB | Revise letter | 0.20 | 25.00 |
| | MYB | Telephone calls | 0.70 | 87.50 |
| | MYB | Review and analysis of documents | 4.00 | 500.00 |
| | MYB | Review and analysis of documents | 3.40 | 425.00 |
| | MYB | Review and analysis of documents | 4.10 | 512.50 |
| | MYB | Telephone calls | 0.50 | 62.50 |
| | AWC | Continue work on motion for summary judgment | 1.90 | 237.50 |
| 8/23/2007 | MYB | Telephone calls | 1.50 | 187.50 |
| | MYB | Review and analysis of documents | 1.70 | 212.50 |
| | MYB | Review and analysis of documents | 3.40 | 425.00 |
| | MYB | Review and analysis of documents | 0.60 | 75.00 |
| | AWC | Continue work on motion for summary judgment | 3.90 | 487.50 |
| | REE | Draft and revise affidavit for Dr. Chambers | 0.60 | 36.00 |
| | REE | Telephone calls to Dr. Chambers and Dean Wilson re affidavits | 0.20 | 12.00 |
| 8/24/2007 | REE | Continued revisions to affidavit of Dr. Chambers | 0.60 | 36.00 |
| | MYB | Review and analysis of documents | 2.30 | 287.50 |
| | MYB | Review and analysis of documents | 2.40 | 300.00 |
| | MYB | Telephone calls and reciept and review of emails | 0.40 | 50.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/24/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |
| | MYB | Review and analysis of documents | 3.00 | 375.00 |
| | AWC | Continue work on narrative statement of facts re motion for summary judgment | 2.80 | 350.00 |
| | AWC | Review and analyze testimony re motion for summary judgment  argument | 2.50 | 312.50 |
| 8/26/2007 | AWC | Review and analyze evidence re summary judgment arguments | 4.90 | 612.50 |
| | MYB | Review and analysis of documents | 0.70 | 87.50 |
| 8/27/2007 | REE | Telephone conversation with Julie Wood at Ingram re affidavits of Dr. Chambers and Dean Wilson | 0.10 | 6.00 |
| | AWC | Continue work on arguments re motion for summary judgment | 4.70 | 587.50 |
| | AWC | Draft argument re motion for summary judgment | 2.50 | 312.50 |
| | AWC | Review and analyze current federal law | 3.60 | 450.00 |
| | MYB | Review and analysis of documents | 4.00 | 500.00 |
| | MYB | Review and analysis of documents | 2.00 | 250.00 |
| | MYB | Telephone calls and emails | 0.60 | 75.00 |
| 8/28/2007 | REE | Telephone calls to Dr. Merk re information for Matt Beam | 0.10 | 6.00 |
| | AWC | Draft argument re motion for summary judgment | 2.10 | 262.50 |
| | AWC | Revise affidavit of Chambers re motion for summary judgment | 0.90 | 112.50 |
| | MYB | Telephone calls and emails | 0.90 | 112.50 |
| | MYB | Review and analysis of documents | 4.00 | 500.00 |
| | MYB | Review and analysis of documents | 1.40 | 175.00 |
| 8/29/2007 | REE | Telephone conversation with Ingram State Technical College re notary | 0.10 | 6.00 |
| | AWC | Meeting with client | 0.80 | 100.00 |
| | AWC | Continue work on motion for summary judgment brief and narrative statement of facts | 14.30 | 1,787.50 |
| | MYB | Review and analysis of documents | 4.00 | 500.00 |
| | MYB | Review and analysis of documents | 5.20 | 650.00 |
| | MYB | Review and analysis of documents | 1.50 | 187.50 |
| 8/30/2007 | AWC | Revise and supplement brief | 4.00 | 500.00 |
| | AWC | Revise and supplement argument | 4.00 | 500.00 |
| | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama defendant's Motion for Summary Judgment | 0.50 | 30.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/30/2007 | MYB | Telephone calls | 0.40 | 50.00 |
| | MYB | Review and analysis of documents | 4.00 | 500.00 |
| | MYB | Review and analysis of documents | 3.30 | 412.50 |
| 8/31/2007 | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama voluminous exhibits to Motion for Summary Judgment | 0.70 | 42.00 |

For professional services rendered      149.10   $18,429.50

Additional charges:

| | | Qty | |
|---|---|---|---|
| 8/28/2007 | Long Distance Telephone Calls in August | 1.1 | 0.06 |
| 8/31/2007 | Copies in August | 1941 | 194.10 |

Total costs      $194.16

Total amount of this bill      $18,623.66

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 58.90 | 125.00 | $7,362.50 |
| Russell E. Elebash | 3.20 | 60.00 | $192.00 |
| Matthew Y. Beam | 87.00 | 125.00 | $10,875.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _Aug. 7, 2007_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J. F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _25239.88_

Total Amount of Previously Paid Services: $ _20924.30_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours _____ @ $ ____ per hour          $ _0_

2. Attorney - Time Out of Court
   Total Hours _39.6_ @ $ _125_ per hour          $ _4950.00_

3. Non-Attorney Services Total                    $ _78.00_

4. Court Reporter Services Total                   $ _0_

5. Expenses Total                                  $ _54.50_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ _5082.50_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _August 2007_

_Erin E. Gross_
Notary Public

My commission expires: _____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

REVIEW: _____          APPROVAL: _____
      Managing Attorney                    Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

August 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX ID NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:               5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/5/2007 | REE | Prepare, file and serve Re–Notice of Deposition of Bonita Owensby | 0.20 | 12.00 |
|  | REE | Telephone conversation with Merrill Legal Solutions re deposition of Bonita Owensby | 0.10 | 6.00 |
|  | REE | Letter to Dr. Chambers and Dean Wilson re deposition of Bonita Owensby | 0.10 | 6.00 |
|  | MYB | Draft, revise and execute notice | 0.30 | 37.50 |
| 7/19/2007 | REE | Reconstruction of deposition dates for Bonita Owensby | 0.10 | 6.00 |
|  | REE | Draft of Motion for Extension of Time | 0.20 | 12.00 |
|  | MYB | Review and analysis of Court Orders | 0.30 | 37.50 |
|  | MYB | Draft motion | 0.20 | 25.00 |
| 7/20/2007 | AWC | Revise and supplement motion for extension of time | 0.30 | 37.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/20/2007 | REE | Review and analyze Motion for Extension of Time to prepare for electronic transmission to the United States District Court for the Middle District of Alabama | 0.20 | 12.00 |
| | MYB | Review and analysis of documents | 1.20 | 150.00 |
| 7/23/2007 | MYB | Review and analysis of documents | 1.70 | 212.50 |
| | MYB | Telephone calls | 0.30 | 37.50 |
| | MYB | Review and analysis of documents | 1.40 | 175.00 |
| 7/24/2007 | JBH | Analysis of dispositive motion deadline extension and options re same | 0.30 | 37.50 |
| | AWC | Review and analyze documents and materials re plaintiff's deposition | 1.50 | 187.50 |
| | MYB | Review and analysis of documents | 2.50 | 312.50 |
| | MYB | Review and analysis of documents | 2.20 | 275.00 |
| | MYB | Review and analysis of documents | 2.50 | 312.50 |
| 7/25/2007 | REE | Letter to Ed George transmitting deposition transcripts of Dr. Chambers, Dean Wilson, Dr. Merk, Dean Montgomery, Julie Givens, Monica Greene and Barbara Hendrix | 0.10 | 6.00 |
| | REE | Telephone call from Merrill Legal Solutions re deposition of Bonita Owensby | 0.10 | 6.00 |
| | MYB | Telephone calls | 0.80 | 100.00 |
| | MYB | Review and analysis of documents | 3.10 | 387.50 |
| | MYB | Review and analysis of documents | 4.20 | 525.00 |
| | MYB | Review and analysis of documents | 2.40 | 300.00 |
| 7/26/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re exhibits to depositions of Dr. Merk, Dean Wilson and Dean Montgomery | 0.20 | 12.00 |
| | AWC | Conferences with client; analysis of deposition progress | 2.90 | 362.50 |
| | MYB | Review and analysis of documents | 1.50 | 187.50 |
| | MYB | Deposition of plaintiff | 3.10 | 387.50 |
| | MYB | Deposition of plaintiff | 5.00 | 625.00 |
| 7/27/2007 | AWC | Review and analyze deposition testimony of Owensby | 0.90 | 112.50 |
| | MYB | Review and analysis of documents | 0.40 | 50.00 |
| | MYB | Review and analysis of Court Order | 0.20 | 25.00 |
| 7/30/2007 | MYB | Telephone call | 0.40 | 50.00 |
| | | For professional services rendered | 40.90 | $5,028.00 |

Additional charges:

| | Qty | Amount |
|---|---|---|
| 7/31/2007 Copies in July | 545 | 54.50 |
| Total costs | | $54.50 |
| Total amount of this bill | | $5,082.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 5.60 | 125.00 | $700.00 |
| Jack B. Hinton, Jr. | 0.30 | 125.00 | $37.50 |
| Russell E. Elebash | 1.30 | 60.00 | $78.00 |
| Matthew Y. Beam | 33.70 | 125.00 | $4,212.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: __07-09-07__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J. F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06CV-796-WKW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere, Hinton, Herndon & Christman__

Mailing Address: __P. O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID # __63-1159115__

Name of Attorney: __Jack B. Hinton, Jr.__ Social Security # _____

Mailing Address: __P. O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ __20924.30__

Total Amount of Previously Paid Services: $ __20924.30__

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours _____ @ $ _____ per hour        $ __0__

2. Attorney - Time Out of Court
   Total Hours __33.6__ @ $ __125__ per hour     $ __4200.00__

3. Non-Attorney Services Total                   $ __84.00__

4. Court Reporter Services Total                 $ __0__

5. Expenses Total                                $ __31.08__

   TOTAL AMOUNT DUE FOR CURRENT SERVICES         $ __4315.08__

STATE OF ALABAMA
__Montgomery__ COUNTY

## AFFIDAVIT

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this __11th__
day of __July__, __2007__

_____
Notary Public

My commission expires: _____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

REVIEW: _____     APPROVAL: _____
         Managing Attorney                        Department Head

# GIDIERE, HINTON, HERNDON & CHRISTMAN
### P. O. BOX 4190
### MONTGOMERY, ALABAMA 36103

July 09, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX ID NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                      5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/6/2007 | MYB | Review and analysis of documents | 1.20 | 150.00 |
| 6/9/2007 | MYB | Review and analysis of documents | 2.70 | 337.50 |
| 6/11/2007 | REE | Telephone calls to and from Jim DeBardelaben re deposition of Bonita Owensby | 0.20 | 12.00 |
| | REE | Prepare, file and serve Re-Notice of Deposition of Bonita Owensby | 0.20 | 12.00 |
| | REE | Letter to Dr. Chambers, Dean Wilson, Dean Montgomery and Dr. Merk re deposition of Bonita Owensby | 0.20 | 12.00 |
| | MYB | Telephone calls | 0.40 | 50.00 |
| | MYB | Review and analysis of documents | 1.20 | 150.00 |
| | MYB | Review and analysis of documents | 0.50 | 62.50 |
| 6/12/2007 | MYB | Telephone calls | 0.30 | 37.50 |

|            |     |                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
| 6/13/2007  | REE | Telephone conversation with Jim DeBardelaben's office re deposition of Bonita Owensby | 0.10  | 6.00   |
|            | REE | Execute and serve Notice of Deposition for Bonita Owensby                        | 0.20  | 12.00  |
|            | MYB | Telephone calls                                                                 | 0.20  | 25.00  |
|            | MYB | Review and analysis of documents                                                | 0.50  | 62.50  |
| 6/14/2007  | MYB | Review and analysis of outstanding discovery issues                             | 0.60  | 75.00  |
|            | MYB | Review and analysis of documents                                                | 2.30  | 287.50 |
|            | MYB | Review and analysis of outstanding discovery issues                             | 0.70  | 87.50  |
| 6/15/2007  | REE | Telephone calls to Dr. Merk re meeting at College with Mr. Christman and Mr. Beam | 0.10  | 6.00   |
|            | MYB | Plan & Prepare for meeting                                                       | 0.30  | 37.50  |
|            | MYB | Appearance at meetings                                                           | 2.40  | 300.00 |
|            | MYB | Draft report letter                                                             | 0.40  | 50.00  |
|            | MYB | Review and analysis of documents                                                | 0.30  | 37.50  |
| 6/18/2007  | MYB | Revise letter                                                                   | 0.20  | 25.00  |
|            | MYB | Plan & Prepare for discovery                                                     | 0.50  | 62.50  |
| 6/19/2007  | MYB | Telephone call                                                                  | 0.20  | 25.00  |
|            | MYB | Telephone calls                                                                 | 0.40  | 50.00  |
|            | MYB | Telephone calls                                                                 | 0.30  | 37.50  |
| 6/20/2007  | MYB | Plan & Prepare for meeting                                                       | 0.50  | 62.50  |
|            | MYB | Meeting                                                                         | 1.00  | 125.00 |
| 6/21/2007  | MYB | Review and analysis of documents                                                | 2.20  | 275.00 |
| 6/22/2007  | MYB | Review and analysis of documents                                                | 1.70  | 212.50 |
| 6/25/2007  | MYB | Review and analysis of recent case law                                          | 1.50  | 187.50 |
|            | MYB | Review and analysis of documents                                                | 0.70  | 87.50  |
|            | AWC | Deposition of Wilson                                                            | 1.00  | 125.00 |
|            | AWC | Review and analyze results of Wilson deposition                                 | 0.50  | 62.50  |
| 6/26/2007  | MYB | Review and analysis of documents                                                | 1.80  | 225.00 |
|            | MYB | Review and analysis of documents                                                | 1.70  | 212.50 |
| 6/27/2007  | REE | Telephone conversation with Janet of Merrill Legal Solutions re cancellation of Bonita Owensby deposition | 0.10  | 6.00   |
|            | REE | Telephone conversation with Jim DeBardelaben's office re cancellation of Bonita Owensby's deposition | 0.20  | 12.00  |
|            | AWC | Deposition of Chambers                                                          | 1.50  | 187.50 |
|            | AWC | Review and analyze results of Chambers deposition                               | 0.90  | 112.50 |

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 6/27/2007 | MYB | Calls to plaintiffs counsel re: depositions | | 0.20 | 25.00 |
| | MYB | Draft, revise and execute letter to plaintiffs counsel re: depositions | | 0.30 | 37.50 |
| | MYB | Review and analysis of documents | | 0.60 | 75.00 |
| 6/28/2007 | MYB | Review and analysis of documents | | 0.40 | 50.00 |
| 6/29/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re deposition of Bonita Owensby | | 0.10 | 6.00 |
| | AWC | Review and analyze evidence | | 1.50 | 187.50 |

For professional services rendered      35.00  $4,284.00

Additional charges:

| Date | | Qty | |
|------|---|-----|---|
| 6/15/2007 | Long Distance Telephone Calls in June | 1.6 | 0.08 |
| 6/29/2007 | Copies in June | 310 | 31.00 |

Total costs     $31.08

Total amount of this bill     $4,315.08

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 5.40 | 125.00 | $675.00 |
| Russell E. Elebash | 1.40 | 60.00 | $84.00 |
| Matthew Y. Beam | 28.20 | 125.00 | $3,525.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: __6-5-07__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J.F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06 CV-796-WKW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere Hinton, Herndon & Christman__

Mailing Address: __P.O. Box 4190, Montgomery AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID # __63-1159115__

Name of Attorney: __Jack B Hinton Jr.__ Social Security # _____

Mailing Address: __P.O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ __20,091.60__

Total Amount of Previously Paid Services: $ __17,882.10__

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours _____ @ $ _____ per hour          $ _____

2. Attorney - Time Out of Court
   Total Hours _6.1_ @ $_125.00_ per hour         $ __762.50__

3. Non-Attorney Services Total _1.10_ @ _60.00_   $ __66.00__

4. Court Reporter Services Total                   $ _____

5. Expenses Total                                  $ __4.20__

   TOTAL AMOUNT DUE FOR CURRENT SERVICES           $ __832.70__

---

STATE OF ALABAMA
__Montgomery__ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this ____
day of __June 2007__.

__Sheri C. Horton__
Notary Public
Sherri C. Horton
Notary Public
AL State at Large

My commission expires: My Comm. Expires June 28, 2010

---

REVIEW: _____        APPROVAL: _____
        Managing Attorney                         Department Head

June 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

### Professional Services

|            |     |                                                                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/2/2007   | AWC | Review and revise letter to plaintiff's counsel                                                                                                                               | 0.10  | 12.50  |
|            | MYB | Revise and execute correspondence                                                                                                                                             | 0.10  | 12.50  |
|            | REE | Telephone conversation with Dana Goolsby of Jim DeBardelaben's office re setting dates for depositions                                                                        | 0.10  | 6.00   |
|            | REE | Emails to and from Dana Goolsby of Jim DeBardelaben's office re deposition dates for Monica Greene, Julie Givens, Barbara Hendrix, Bonita Owensby, Douglass Chambers, James Wilson, Malcom Montgomery and James Merk | 0.20  | 12.00  |
|            | REE | Letter to Dr. Chambers, Dean Wilson, Dr. Merk and Dean Montgomery re deposition dates for all parties involved                                                                | 0.10  | 6.00   |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/4/2007 | REE | Telephone call from Dr. Chambers re changes to deposition schedule | 0.10 | 6.00 |
| 5/24/2007 | MYB | Review and analysis of documents | 0.20 | 25.00 |
| | REE | Draft, finalize and execute Notice of Deposition for Bonita Owensby | 0.40 | 24.00 |
| | REE | Telephone conversation with Jim DeBardelaben's office re depositions | 0.10 | 6.00 |
| 5/28/2007 | AWC | Review and analyze deposition exhibits re deposition of plaintiff | 0.80 | 100.00 |
| 5/29/2007 | MYB | Review and analysis of discovery issues | 0.40 | 50.00 |
| | REE | Telephone conversation with Jim DeBardalaben's office re depositions | 0.10 | 6.00 |
| 5/30/2007 | MYB | Review and analysis of recent Supreme Court case law re: Title VII litigation | 0.90 | 112.50 |
| | MYB | Plan & Prepare for deposition | 0.90 | 112.50 |
| | MYB | Review and analysis of documents | 0.70 | 87.50 |
| | MYB | Revise and execute deposition notice | 0.20 | 25.00 |
| | MYB | Plan & Prepare for deposition | 0.40 | 50.00 |
| | AWC | Review and analyze recent federal law | 1.00 | 125.00 |
| 5/31/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 7.20 | $828.50 |

Additional charges:

| Date | Description | Qty | |
|---|---|---|---|
| 5/31/2007 | Copies in May | 42 | 4.20 |

| | | |
|---|---|---|
| Total costs | | $4.20 |
| Total amount of this bill | | $832.70 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.90 | 125.00 | $237.50 |
| Russell E. Elebash | 1.10 | 60.00 | $66.00 |
| Matthew Y. Beam | 4.20 | 125.00 | $525.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 5-3-07  Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby  v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr.  Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
        (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:  $ 17,882.10

Total Amount of Previously Paid Services:  $ 17,882.10

Authorized Maximum Amount:  $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1.  Attorney - Time In Court
    Total Hours_____ @ $_____ per hour        $

2.  Attorney - Time Out of Court
    Total Hours 17.60 @ $125.00 per hour         $   2,200.00

3.  Non-Attorney Services Total                  $        Ø

4.  Court Reporter Services Total                $        Ø

5.  Expenses Total                               $    9.50

    **TOTAL AMOUNT DUE FOR CURRENT SERVICES**    $  2,209.50

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this
day of May 2007.

_____
Notary Public        Sherri C. Horton
                     Notary Public
                     AL State at Large
My commission expires: My Comm. Expires June 28, 2010

REVIEW: _____    APPROVAL: _____
        Managing Attorney                    Department Head

May 03, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:      5830

Professional Services

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/2/2007 | MYB | | Review and analysis of claims | 1.50 | 187.50 |
| 4/3/2007 | MYB | | Review and analysis of claims | 0.70 | 87.50 |
| 4/4/2007 | MYB | | Review and analysis of claims | 0.40 | 50.00 |
| 4/6/2007 | MYB | | Telephone call | 0.20 | 25.00 |
| | MYB | | Telephone conference | 0.80 | 100.00 |
| 4/9/2007 | MYB | | Review and analysis of claims | 0.80 | 100.00 |
| | MYB | | Plan & Prepare for meeting and review of documentation | 0.50 | 62.50 |
| 4/10/2007 | MYB | | Plan & Prepare for meeting | 0.50 | 62.50 |
| | MYB | | Meeting with clients | 1.80 | 225.00 |
| | MYB | | Review and analysis of claims | 1.40 | 175.00 |
| | MYB | | Review and analysis of claims | 2.10 | 262.50 |
| | MYB | | Review and analysis of documents | 2.30 | 287.50 |
| 4/13/2007 | MYB | | Review and analysis of documents | 0.80 | 100.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |
| 4/30/2007 | MYB | Draft correspondence | 0.50 | 62.50 |
| | MYB | Review and analysis of documents | 2.50 | 312.50 |
| | | For professional services rendered | 17.60 | $2,200.00 |

Additional charges:

| | | Qty | |
|---|---|---|---|
| 4/30/2007 | Copies in April | 95 | 9.50 |
| | Total costs | | $9.50 |
| | Total amount of this bill | | $2,209.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 17.60 | 125.00 | $2,200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: **4-6-07** Department or Agency: **Postsecondary Education**

Style of Case: **Bonita J. Owensby** v. **J.F. Ingram Technical College**

Court: **US Middle Dist.** Case Number: **2:06 CV-796-WkW** Assigned Judge: **Keith Watkins**

Name of Law Firm: **Gidiere Hinton, Herndon & Christman**

Mailing Address: **P. O. Box 4190, Montgomery, AL 36103**

Business Phone: Area Code **334** **834-9950** Law Firm Taxpayer ID # **63-1159115**

Name of Attorney: **Jack B Hinton Jr.** Social Security #

Mailing Address: **P. O. Box 4190, Montgomery, AL 36103**

Business Phone: Area Code **334** **834-9950**

Date Appointed Deputy Attorney General: **October 3 2006**
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ **14299.70**

Total Amount of Previously Paid Services: $ **14299.70**

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours _____ @ $ _____ per hour      $ **0**

2. Attorney – Time Out of Court
   Total Hours **28.3** @ $ _____ per hour     $ **3537.50**

3. Non-Attorney Services Total                $ **24.00**

4. Court Reporter Services Total              $ **0**

5. Expenses Total                            $ **20.90**

TOTAL AMOUNT DUE FOR CURRENT SERVICES        $ **3582.40**

STATE OF ALABAMA
**Montgomery** COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this **10th**
day of **April 2007**:

**Erin E. Gross**
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____
        Managing Attorney

APPROVAL: _____
          Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

April 06, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/6/2007 | MYB | Phone call | 0.20 | 25.00 |
|  | MYB | Phone call | 0.10 | 12.50 |
|  | MYB | Phone call | 0.20 | 25.00 |
|  | MYB | Review and analyze fax | 0.20 | 25.00 |
| 3/7/2007 | MYB | Draft report letter to Examiners of Public Accounts | 0.40 | 50.00 |
| 3/8/2007 | MYB | Meeting | 0.40 | 50.00 |
| 3/9/2007 | AWC | Revise and supplement Owensby requests for production | 0.20 | 25.00 |
|  | MYB | Review and analyze federal case law | 0.60 | 75.00 |
| 3/12/2007 | MYB | Review and analzye case law | 0.30 | 37.50 |
|  | MYB | Review case law | 1.20 | 150.00 |
| 3/13/2007 | MYB | Review and analyze claims | 1.30 | 162.50 |
|  | MYB | Review and analyze federal case law | 0.50 | 62.50 |

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/13/2007 | AWC | Continue work on discovery issues | 1.60 | 200.00 |
| 3/14/2007 | MYB | Revise and send discovery | 0.20 | 25.00 |
| | MYB | Draft, revise and execute letter to Examiners of Public Accounts | 0.40 | 50.00 |
| 3/15/2007 | REE | File and serve Interrogatories and Requests for Production to Barbara Hendrix | 0.20 | 12.00 |
| 3/16/2007 | MYB | Plan & Prepare discovery | 0.20 | 25.00 |
| 3/20/2007 | MYB | Review and analysis of claims | 0.50 | 62.50 |
| 3/21/2007 | REE | Research to compile documents for Dean Wilson | 0.20 | 12.00 |
| | MYB | Review and analysis of documents | 0.40 | 50.00 |
| 3/22/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
| | MYB | Draft memo to file | 0.90 | 112.50 |
| | MYB | Review and analysis of documents | 0.90 | 112.50 |
| | MYB | Review and analyze issues | 1.20 | 150.00 |
| | MYB | Review and analysis of claims | 1.20 | 150.00 |
| | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 3/23/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
| | MYB | Review and analysis of case law | 1.20 | 150.00 |
| 3/26/2007 | MYB | Review and analysis of claims | 0.60 | 75.00 |
| 3/28/2007 | MYB | Review and analysis of claims | 1.30 | 162.50 |
| | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 3/29/2007 | MYB | Review and analysis of claims | 1.20 | 150.00 |
| | MYB | Review and analysis of claims | 0.30 | 37.50 |
| 3/30/2007 | MYB | Review and analysis of claims | 1.70 | 212.50 |
| | MYB | Review and analysis of claims | 1.50 | 187.50 |
| | MYB | Review and analyze claims | 1.60 | 200.00 |
| | MYB | Review and analysis of claims | 1.40 | 175.00 |
| | | For professional services rendered | 28.70 | $3,561.50 |

Additional charges:

| Date | Description | Qty | |
|------|-------------|-----|--|
| 3/30/2007 | Copies in March | 209 | 20.90 |
| | Total costs | | $20.90 |
| | Total amount of this bill | | $3,582.40 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Russell E. Elebash | 0.40 | 60.00 | $24.00 |
| Matthew Y. Beam | 26.50 | 125.00 | $3,312.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you.  We trust that you will
find this statement to be in order, but if you have any questions concerning it, please do
not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 03-08-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 12,999.70

Total Amount of Previously Paid Services: $ 3,531.70

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours ____ @ $ ____ per hour          $        -0-

2. Attorney - Time Out of Court
   Total Hours 10.3 @ $125 per hour            $     1287.50

3. Non-Attorney Services Total                  $        -0-

4. Court Reporter Services Total                $         0

5. Expenses Total                               $      12.50

   TOTAL AMOUNT DUE FOR CURRENT SERVICES        $     1300.00

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

Signature of Affiant

Sworn to and subscribed
before me this,
day of March, 1907

Notary Public

Shana T. Proctor
Notary Public, AL State at Large
My Commission expires 08/01/2010

My commission expires:

REVIEW: _____        APPROVAL: _____
        Managing Attorney                   Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

March 08, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                 5830

Professional Services

|            |     |                                      | Hours | Amount |
|------------|-----|--------------------------------------|-------|--------|
| 2/1/2007   | MYB | Plan & Prepare for meeting           | 0.60  | 75.00  |
|            | MYB | Draft memo re: contents of file      | 0.90  | 112.50 |
| 2/2/2007   | MYB | Draft memo                           | 0.40  | 50.00  |
|            | MYB | Review and analysis of documents     | 0.90  | 112.50 |
| 2/6/2007   | JBH | Telephone conversation               | 0.10  | 12.50  |
| 2/7/2007   | MYB | Review and analysis of documents     | 2.20  | 275.00 |
| 2/11/2007  | MYB | Draft report letter                  | 0.60  | 75.00  |
| 2/12/2007  | MYB | Revise report letter                 | 0.30  | 37.50  |
| 2/13/2007  | MYB | Phone call                           | 0.20  | 25.00  |
|            | MYB | Review and analysis of documents     | 0.30  | 37.50  |
|            | MYB | Review and analysis of Civil Procedure Rules | 0.30 | 37.50 |
| 2/14/2007  | MYB | Draft letter                         | 0.20  | 25.00  |
|            | MYB | Revise and execute letter            | 0.20  | 25.00  |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/15/2007 | MYB | Phone call | 0.30 | 37.50 |
| | MYB | Draft documents | 0.30 | 37.50 |
| | MYB | Review and analysis of fax | 0.30 | 37.50 |
| 2/21/2007 | MYB | Draft memo | 0.50 | 62.50 |
| | MYB | Review and analyze file | 1.30 | 162.50 |
| 2/26/2007 | MYB | Meeting | 0.20 | 25.00 |
| 2/28/2007 | MYB | Revise documents | 0.20 | 25.00 |

For professional services rendered     10.30   $1,287.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 2/28/2007 | Copies in February | 125 | 12.50 |

Total costs     $12.50

Total amount of this bill     $1,300.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jack B. Hinton, Jr. | 0.10 | 125.00 | $12.50 |
| Matthew Y. Beam | 10.20 | 125.00 | $1,275.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: 02-09-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 3531.70

Total Amount of Previously Paid Services: $ 3531.70

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours ____ @ $ ____ per hour          $ 0

2. Attorney - Time Out of Court
   Total Hours 747 @ $ 125 per hour            $ 9337.50

3. Non-Attorney Services Total                 $ 0

4. Court Reporter Services Total               $ 0

5. Expenses Total                              $ 130.50

TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ 9468.00

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this
day of March 2007.

_____
Notary Public
Shana T. Proctor
Notary Public, AL State at Large

My commission expires: My Commission expires 08/01/2010

REVIEW: _____        APPROVAL: _____
          Managing Attorney                          Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

February 9, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

|            |     |                                     | Hours | Amount |
|------------|-----|-------------------------------------|-------|--------|
| 1/3/2007   | MYB | Phone call                          | 0.30  | 37.50  |
| 1/4/2007   | MYB | Review and analysis of law          | 2.40  | 300.00 |
|            | MYB | Review and analysis of law          | 2.10  | 262.50 |
| 1/5/2007   | MYB | Review and analysis of claims       | 1.50  | 187.50 |
|            | MYB | Review and analysis of response     | 2.10  | 262.50 |
|            | MYB | Review and analysis of federal case law | 1.20 | 150.00 |
| 1/9/2007   | MYB | Meeting                             | 1.30  | 162.50 |
|            | MYB | Phone call                          | 0.20  | 25.00  |
| 1/10/2007  | MYB | Review and analysis of federal case law | 1.80 | 225.00 |
|            | MYB | Review and analysis of  law         | 0.90  | 112.50 |
| 1/11/2007  | MYB | Review and analysis of law          | 1.40  | 175.00 |
|            | MYB | Review and analysis of law          | 1.40  | 175.00 |
| 1/17/2007  | MYB | Review and analysis of law          | 2.20  | 275.00 |
|            | MYB | Review and analyze claims           | 1.20  | 150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/17/2007 | MYB | Plan & Prepare for meeting | 1.30 | 162.50 |
| | MYB | Review and analyze federal case law | 1.80 | 225.00 |
| 1/18/2007 | MYB | Meeting | 3.30 | 412.50 |
| | MYB | Review and analysis of case law | 2.20 | 275.00 |
| 1/19/2007 | MYB | Review and analysis of claims | 1.40 | 175.00 |
| 1/22/2007 | MYB | Review and analyze documents | 1.50 | 187.50 |
| | MYB | Review and analyze documents | 2.10 | 262.50 |
| | MYB | Review and analyze documents | 2.80 | 350.00 |
| | MYB | Draft letter re: meeting | 1.10 | 137.50 |
| 1/23/2007 | MYB | Review and analzye documents | 2.50 | 312.50 |
| | MYB | Review and analyze documents | 2.30 | 287.50 |
| | MYB | Draft report letter | 0.80 | 100.00 |
| | MYB | Review and analysis of documents | 0.80 | 100.00 |
| 1/24/2007 | MYB | Revise report letter | 0.60 | 75.00 |
| | MYB | Draft report letter | 0.60 | 75.00 |
| | MYB | Review and analyze documents | 1.90 | 237.50 |
| | MYB | Draft and revise report letter | 1.40 | 175.00 |
| | MYB | Review and analysis of documents | 1.60 | 200.00 |
| | MYB | Review and analysis of documents | 1.20 | 150.00 |
| 1/25/2007 | MYB | Draft, revise and execute letter | 0.80 | 100.00 |
| | MYB | Review and analyze documentation | 1.80 | 225.00 |
| | MYB | Review and analyze documents | 1.50 | 187.50 |
| | MYB | Review and analyze documents | 1.30 | 162.50 |
| | MYB | Review and analysis of documents | 0.80 | 100.00 |
| 1/28/2007 | MYB | Review and analyze documents | 1.60 | 200.00 |
| 1/29/2007 | MYB | Review and analyze documents | 2.50 | 312.50 |
| | MYB | Review and analyze documents | 3.30 | 412.50 |
| 1/30/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| 1/31/2007 | MYB | Revise correspondence | 0.90 | 112.50 |
| | MYB | Draft memo | 1.60 | 200.00 |
| | MYB | Review and analyze documents | 1.80 | 225.00 |
| | MYB | Phone call | 0.30 | 37.50 |
| | MYB | Phone call | 0.20 | 25.00 |
| | MYB | Phone call | 0.30 | 37.50 |
| | MYB | Review and analysis of file | 1.60 | 200.00 |
| | MYB | Review and analysis of documents | 0.70 | 87.50 |
| | MYB | Review and analysis of documents | 0.90 | 112.50 |
| | | For professional services rendered | 74.70 | $9,337.50 |

Additional charges:

|  | Qty | Amount |
|---|---|---|
| 1/30/2007 Copies in January | 1305 | 130.50 |
| Total costs | | $130.50 |
| Total amount of this bill | | $9,468.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 74.70 | 125.00 | $9,337.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _02-09-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159 115_

Name of Attorney: _Jack B Hinton Jr._ Social Security #_____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _3531.70_

Total Amount of Previously Paid Services: $ _3531.70_

Authorized Maximum Amount: $_____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours_____ @ $_____ per hour          $ _-0-_

2. Attorney - Time Out of Court
   Total Hours _74.7_ @ $ _125_ per hour        $ _9337.50_

3. Non-Attorney Services Total                  $ _-0-_

4. Court Reporter Services Total                $ _-0-_

5. Expenses Total                               $ _130.50_

   **TOTAL AMOUNT DUE FOR CURRENT SERVICES**     $ _9468.00_

STATE OF ALABAMA
_Montgomery_ COUNTY

## A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _12th_
day of _February_ 2007

_____
Notary Public

My commission expires:_____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

REVIEW:_____        APPROVAL:_____
        Managing Attorney                        Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

February 09, 2007

INVOICE SUBMITTED
TO:

J.F. Ingram State Technical College

Accounts Payable
P.O. Box 220350
Deatsville AL 36022-0350

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

|            |     |                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------|-------|--------|
| 1/3/2007   | MYB | Phone call with James Wilson                         | 0.30  | 37.50  |
| 1/4/2007   | MYB | Review and analysis of federal case law re: discrimination claims | 2.40  | 300.00 |
|            | MYB | Review and analysis of federal case law              | 2.10  | 262.50 |
| 1/5/2007   | MYB | Review and analysis of claims filed with EEOC        | 1.50  | 187.50 |
|            | MYB | Review and analysis of response to EEOC claim        | 2.10  | 262.50 |
|            | MYB | Review and analysis of federal case law re: discrimination | 1.20  | 150.00 |
| 1/9/2007   | MYB | Meeting with Ed George                               | 1.30  | 162.50 |
|            | MYB | Phone call to Ed George                              | 0.20  | 25.00  |
| 1/10/2007  | MYB | Review and analysis of federal case law re: employment and Title VII | 1.80  | 225.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2007 | MYB | Review and analysis of federal case law addressing employment | 0.90 | 112.50 |
| 1/11/2007 | MYB | Review and analysis of federal case law re: employment | 1.40 | 175.00 |
| | MYB | Review and analysis of federal case law re: discrimination | 1.40 | 175.00 |
| 1/17/2007 | MYB | Review and analysis of Title VII and federal case law | 2.20 | 275.00 |
| | MYB | Review and analyze claims | 1.20 | 150.00 |
| | MYB | Plan & Prepare for meeting with Dr. Chambers, Dr. Merk and Dean Wilson | 1.30 | 162.50 |
| | MYB | Review and analyze application of federal case law to claims | 1.80 | 225.00 |
| 1/18/2007 | MYB | Meeting with clients and Ed George | 3.30 | 412.50 |
| | MYB | Review and analysis of federal case law re: discrimination | 2.20 | 275.00 |
| 1/19/2007 | MYB | Review and analysis of claims | 1.40 | 175.00 |
| 1/22/2007 | MYB | Review and analyze documents provided by Douglas Chambers regarding J.F. Ingram's financial reporting | 1.50 | 187.50 |
| | MYB | Review and analyze inter−office memos regarding job performances and the functioning of the business office | 2.10 | 262.50 |
| | MYB | Review and analyze records and associated documents from the Examiners of Public Accounts re: J.F. Ingram | 2.80 | 350.00 |
| | MYB | Draft letter re: meeting with clients | 1.10 | 137.50 |
| 1/23/2007 | MYB | Review and analzye documents re: operation of J.F. Ingram | 2.50 | 312.50 |
| | MYB | Review and analyze documents re: operation of J.F. Ingram | 2.30 | 287.50 |
| | MYB | Draft report letter re: meeting with clients | 0.80 | 100.00 |
| | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/24/2007 | MYB | Revise report letter to Joan Davis re: January 18 meeting | 0.60 | 75.00 |
| | MYB | Draft report letter to Joan Davis re: document review | 0.60 | 75.00 |
| | MYB | Review and analyze documents | 1.90 | 237.50 |
| | MYB | Draft and revise report letter | 1.40 | 175.00 |
| | MYB | Review and analysis of documents related to the operation of J.F. Ingram | 1.60 | 200.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/24/2007 | MYB | Review and analysis of documents re: employment | 1.20 | 150.00 |
| 1/25/2007 | MYB | Draft, revise and execute letter | 0.80 | 100.00 |
|  | MYB | Review and analyze documentation | 1.80 | 225.00 |
|  | MYB | Review and analyze documents re: J.F. Ingram | 1.50 | 187.50 |
|  | MYB | Review and analyze documents | 1.30 | 162.50 |
|  | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/28/2007 | MYB | Review and analyze documents | 1.60 | 200.00 |
| 1/29/2007 | MYB | Review and analyze documents | 2.50 | 312.50 |
|  | MYB | Review and analyze documents | 3.30 | 412.50 |
| 1/30/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| 1/31/2007 | MYB | Revise correspondence re: response to correspondence from plaintiff's counsel | 0.90 | 112.50 |
|  | MYB | Draft memo re: investigative file | 1.60 | 200.00 |
|  | MYB | Review and analyze investigative documents | 1.80 | 225.00 |
|  | MYB | Phone call from Dr. Chambers | 0.30 | 37.50 |
|  | MYB | Phone call to Ed George | 0.20 | 25.00 |
|  | MYB | Phone call to Joan Davis | 0.30 | 37.50 |
|  | MYB | Review and analysis of investigative file | 1.60 | 200.00 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
|  | MYB | Review and analysis of documents | 0.90 | 112.50 |
|  |  | For professional services rendered | 74.70 | $9,337.50 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 1/30/2007 | Copies in January | 1305 | 130.50 |
|  | Total costs |  | $130.50 |
|  | Total amount of this bill |  | $9,468.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 74.70 | 125.00 | $9,337.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 01-05-07 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P. O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P. O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 2969.00

Total Amount of Previously Paid Services: $ 2381.80

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours_____ @ $____ per hour          $ 0

2. Attorney – Time Out of Court
   Total Hours 4.4 @ $125 per hour            $ 550.00

3. Non-Attorney Services Total               $ 18.00

4. Court Reporter Services Total             $ 0

5. Expenses Total                            $ 4.70

   TOTAL AMOUNT DUE FOR CURRENT SERVICES     $ 572.70

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and state, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 10th
day of January 2007

_____
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____        APPROVAL: _____
        Managing Attorney                          Department Head

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

January 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2006 | MYB | Phone call from Dr. Chambers re: discovery | 0.20 | 25.00 |
| 12/7/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.30 | 37.50 |
| | MYB | Draft and revise discovery plan to file with court | 0.70 | 87.50 |
| | MYB | Review, execute and file discovery plan | 0.40 | 50.00 |
| 12/18/2006 | AWC | Draft additional interrogatories and discovery re alleged discrimination and disparate treatment | 0.80 | 100.00 |
| 12/28/2006 | REE | Execute Interrogatories to Plaintiff and serve same upon Jim DeBardelaben | 0.30 | 18.00 |
| | MYB | Revise and execute interrogatories to be sent to plaintiff | 0.50 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/29/2006 | MYB | Review and analyze Alabama case law addressing sex discrimination and employment | 1.50 | 187.50 |
| | | For professional services rendered | 4.70 | $568.00 |

Additional charges:

| | | Qty | |
|---|---|---|---|
| 12/31/2006 | Copies in December | 47 | 4.70 |
| | Total costs | | $4.70 |
| | Total amount of this bill | | $572.70 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 0.80 | 125.00 | $100.00 |
| Russell E. Elebash | 0.30 | 60.00 | $18.00 |
| Matthew Y. Beam | 3.60 | 125.00 | $450.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _12-6-06_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WkW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _2381.80_

Total Amount of Previously Paid Services: $ _2381.80_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney – Time In Court
   Total Hours _____ @ $ _____ per hour          $ _-0-_

2. Attorney – Time Out of Court
   Total Hours _4.6_ @ $ _125_ per hour            $ _575.00_

3. Non-Attorney Services Total                      $ _-0-_

4. Court Reporter Services Total                    $ _-0-_

5. Expenses Total                                   $ _2.20_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES            $ _577.20_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said county and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _20th_
day of _December, 2006_

_____
Notary Public

My commission expires: _____

Shana F. Proctor
Notary Public, AL State at Large
My Commission expires 08/01/2010

REVIEW: _____     APPROVAL: _____
        Managing Attorney                      Department Head

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

December 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Legal & Human Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | AWC | Review and analyze first draft of report of parties planning meeting prepared by plaintiff's counsel | 0.30 | 37.50 |
| | AWC | Review and analyze federal rules re report of planning meeting and scheduling conference | 0.30 | 37.50 |
| | AWC | Telephone call to plaintiff's counsel re planning meeting | 0.10 | 12.50 |
| 11/15/2006 | MYB | Draft interrogatories to be served on plaintiff | 0.50 | 62.50 |
| 11/16/2006 | MYB | Receipt and review of email from plaintiff regarding notice of appearance | 0.10 | 12.50 |
| | MYB | Receipt and review of email re: notice of appearance of counsel | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2006 | MYB | Revise interrogatories to be served on plaintiff | 0.30 | 37.50 |
| 11/17/2006 | MYB | Receipt and review of email re: canceling of scheduling conference | 0.10 | 12.50 |
| | MYB | Receipt and review of email regarding order referring case from Magistrate to Judge Watkins | 0.10 | 12.50 |
| | MYB | Receipt and review of email re: deadline for discovery plan | 0.10 | 12.50 |
| 11/20/2006 | JBH | Receipt and review of Notice of Appearance of Jim DeBardelaben | 0.10 | 12.50 |
| | JBH | Report letter re Notice of Appearance of Jim DeBardelaben | 0.20 | 25.00 |
| | MYB | Review and analysis of Order re: Rule 26(f) discovery plan | 0.20 | 25.00 |
| | MYB | Review and analyze Order removing Magistrate from case | 0.20 | 25.00 |
| | MYB | Review and analysis of requirements in Federal Rules of Civil Procedure for discovery plan and scheduling of trial | 0.80 | 100.00 |
| 11/21/2006 | JBH | Receipt and review of Orders from Judge Coody and Judge Watkins re Hearing and Rule 26 Disclosure obligations | 0.10 | 12.50 |
| 11/28/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.20 | 25.00 |
| | MYB | Review and analysis of plaintiff's counsel proposed discovery plan | 0.40 | 50.00 |
| 11/29/2006 | MYB | Phone call from Ed George re: proposed discovery plan | 0.20 | 25.00 |
| 11/30/2006 | MYB | Phone call to Dr. Chambers re: discovery plan and posture of the case | 0.20 | 25.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|
| For professional services rendered | | | 4.60 | $575.00 |

Additional charges:

|  | | Qty | |
|---|---|---|---|
| 11/29/2006 | Copies in November | 22 | 2.20 |
| Total costs | | | $2.20 |
| Total amount of this bill | | | $577.20 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 0.70 | 125.00 | $87.50 |
| Jack B. Hinton, Jr. | 0.40 | 125.00 | $50.00 |
| Matthew Y. Beam | 3.50 | 125.00 | $437.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

December 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | AWC | Review and analyze first draft of report of parties planning meeting prepared by plaintiff's counsel | 0.30 | 37.50 |
| | AWC | Review and analyze federal rules re report of planning meeting and scheduling conference | 0.30 | 37.50 |
| | AWC | Telephone call to plaintiff's counsel re planning meeting | 0.10 | 12.50 |
| 11/15/2006 | MYB | Draft interrogatories to be served on plaintiff | 0.50 | 62.50 |
| 11/16/2006 | MYB | Receipt and review of email from plaintiff regarding notice of appearance | 0.10 | 12.50 |
| | MYB | Receipt and review of email re: notice of appearance of counsel | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2006 | MYB | Revise interrogatories to be served on plaintiff | 0.30 | 37.50 |
| 11/17/2006 | MYB | Receipt and review of email re: canceling of scheduling conference | 0.10 | 12.50 |
| | MYB | Receipt and review of email regarding order referring case from Magistrate to Judge Watkins | 0.10 | 12.50 |
| | MYB | Receipt and review of email re: deadline for discovery plan | 0.10 | 12.50 |
| 11/20/2006 | JBH | Receipt and review of Notice of Appearance of Jim DeBardelaben | 0.10 | 12.50 |
| | JBH | Report letter re Notice of Appearance of Jim DeBardelaben | 0.20 | 25.00 |
| | MYB | Review and analysis of Order re: Rule 26(f) discovery plan | 0.20 | 25.00 |
| | MYB | Review and analyze Order removing Magistrate from case | 0.20 | 25.00 |
| | MYB | Review and analysis of requirements in Federal Rules of Civil Procedure for discovery plan and scheduling of trial | 0.80 | 100.00 |
| 11/21/2006 | JBH | Receipt and review of Orders from Judge Coody and Judge Watkins re Hearing and Rule 26 Disclosure obligations | 0.10 | 12.50 |
| 11/28/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.20 | 25.00 |
| | MYB | Review and analysis of plaintiff's counsel proposed discovery plan | 0.40 | 50.00 |
| 11/29/2006 | MYB | Phone call from Ed George re: proposed discovery plan | 0.20 | 25.00 |
| 11/30/2006 | MYB | Phone call to Dr. Chambers re: discovery plan and posture of the case | 0.20 | 25.00 |
| | | For professional services rendered | 4.60 | $575.00 |

Additional charges:

| Date | Description | Qty | |
|---|---|---|---|
| 11/29/2006 | Copies in November | 22 | 2.20 |
| | Total costs | | $2.20 |
| | Total amount of this bill | | $577.20 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 0.70 | 125.00 | $87.50 |
| Jack B. Hinton, Jr. | 0.40 | 125.00 | $50.00 |
| Matthew Y. Beam | 3.50 | 125.00 | $437.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

5830

Invoice Date: 11-6-06 Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B Hinton Jr. Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334 834-9950

Date Appointed Deputy Attorney General: October 3 2006
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 0

Total Amount of Previously Paid Services: $ 0

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours 1.0 @ $125 per hour          $ 125.00

2. Attorney - Time Out of Court
   Total Hours 179 @ $125 per hour          $ 2237.50

3. Non-Attorney Services Total              $ 12.00

4. Court Reporter Services Total            $ 0

5. Expenses Total                           $ 7.30

   TOTAL AMOUNT DUE FOR CURRENT SERVICES    $ 2381.80

STATE OF ALABAMA
Montgomery COUNTY

AFFIDAVIT

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

Signature of Affiant

Sworn to and subscribed before me this 9th day of November 2006

Sherri C. Horton
Notary Public

Sherri C. Horton
Notary Public
AL State at Large
My commission expires: My Comm. Expires June 28, 2010

REVIEW: _____ APPROVAL: _____
Managing Attorney                Department Head

November 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 10/2/2006  | MYB | Phone call to Joan Davis to discuss representation.                                                       | 0.20  | 25.00  |
|            | MYB | Receipt, review and analysis of complaint.                                                               | 0.50  | 62.50  |
| 10/3/2006  | MYB | Review and analyze complaint; develop affirmative defenses to assert in Answer.                          | 0.40  | 50.00  |
|            | MYB | Meet with Ed Goerge to discuss the EEOC phase of the case as well as strategies for posturing the case for summary judgment. | 1.40  | 175.00 |
|            | MYB | Review and analyze materials provided by Ed George regarding the EEOC complaint and response.            | 1.20  | 150.00 |
| 10/4/2006  | MYB | Draft Answer to Complaint.                                                                               | 0.30  | 37.50  |
|            | JBH | Telephone conversation with Keith Miller re Answer to Complaint and companion case                      | 0.30  | 37.50  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/4/2006 | JBH | Receipt and review of letter from Attorney General re Legal Services Contract | 0.10 | 12.50 |
| 10/9/2006 | JBH | Receipt and review of letter from State of Alabama re representation rate | 0.10 | 12.50 |
| 10/10/2006 | MYB | Phone call to Dr. Chambers to discuss nature of the case and set up meeting. | 0.50 | 62.50 |
| 10/11/2006 | MYB | Review and analysis of the federal rules of civil procedure in preparation for court ordered scheduling and status conference. | 0.60 | 75.00 |
| 10/12/2006 | MYB | Plan & Prepare for meeting with Dr. Chambers and Dean Wilson at J. F. Ingram. | 0.50 | 62.50 |
| 10/13/2006 | MYB | Travel to and from J.F. Ingram; meeting with Dr. Chambers and Dean Wilson re: nature of claim and plaintiff. | 3.20 | 400.00 |
| | MYB | Phone call to Ed George to discuss EEOC response and discovery to be served on plaintiff. | 0.30 | 37.50 |
| | MYB | Phone call to Judge Coody's office to confirm status and scheduling conference and needed preparation for conference. | 0.20 | 25.00 |
| 10/19/2006 | MYB | Review and analysis of EEOC claim and how Alabama courts have treated a defendant named in a lawsuit after not being named in EEOC complaint. | 1.50 | 187.50 |
| 10/20/2006 | JBH | Review and execute Notice of Appearance | 0.10 | 12.50 |
| | MYB | Review and analysis of issues in case in order to begin drafting written discovery. | 1.70 | 212.50 |
| | REE | File Notice of Appearance for Jack B. Hinton, Jr. in the United States District Court for the Middle District of Alabama Northern Division | 0.20 | 12.00 |
| 10/23/2006 | MYB | Revise letter to Joan Davis regarding representation. | 0.30 | 37.50 |
| 10/24/2006 | JBH | Review our file, prepare for and attend status conference with Judge Coody (subsequently continued) | 1.70 | 212.50 |
| | JBH | Receipt and review e-mail notice from Court re continuance of hearing | 0.10 | 12.50 |
| | JBH | Letter to Joan Davis, Dr. Chambers and Mr. Wilson re Motion for Continuance | 0.20 | 25.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2006 | JBH | Receipt and review Motion for Continuance of plaintiff | 0.10 | 12.50 |
|  | JBH | Receipt and review e-mail from Court re Motion for Continuance | 0.10 | 12.50 |
|  | MYB | Phone call to Ed George re: meeting to discuss discovery strategy. | 0.20 | 25.00 |
|  | MYB | Draft and revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.80 | 100.00 |
| 10/25/2006 | MYB | Revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.30 | 37.50 |
|  | MYB | Phone call to Ed George to re-schedule meeting. | 0.20 | 25.00 |
|  | MYB | Plan & Prepare for meeting with Ed George to discuss written discovery strategy. | 0.40 | 50.00 |
|  | MYB | Meeting with Ed George re: discovery strategy. | 1.10 | 137.50 |
| 10/26/2006 | AWC | Draft acknowledgement letter | 0.10 | 12.50 |
|  | AWC | Draft letter to Davis, Chambers and Wilson re answer | 0.10 | 12.50 |
| 10/30/2006 | JBH | Receipt and review of letter from Scott Rouse re representation of State of Alabama | 0.10 | 12.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 19.10 | $2,374.50 |

Additional charges:

|  | Qty |  |
|---|---|---|
| 10/30/2006 Copies in October | 73 | 7.30 |

| Total costs | $7.30 |
|---|---|

| Total amount of this bill | $2,381.80 |
|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 0.20 | 125.00 | $25.00 |
| Jack B. Hinton, Jr. | 2.90 | 125.00 | $362.50 |
| Russell E. Elebash | 0.20 | 60.00 | $12.00 |

Joan Davis

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 15.80 | 125.00 | $1,975.00 |