IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONITA J. OWENSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-0796-WKW |
| | ) | |
| J.F. INGRAM STATE TECHNICAL COLLEGE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Tax Costs and Award Attorney's Fees (Doc. # 39), it is ORDERED that the plaintiff shall file a written response **on or before March 24, 2008**. The defendants may file a reply brief **on or before April 7, 2008**.

DONE this 10th day of March, 2008.

                                       /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE