# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| BONITA J. OWENSBY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. CV 2:06 CV796-WKW** |
| | ) |
| J. F. INGRAM STATE TECHNICAL | ) |
| COLLEGE; J. DOUGLAS | ) |
| CHAMBERS INDIVIDUALLY AND | ) |
| IN HIS OFFICIAL CAPACITY AS | ) |
| PRESIDENT OF J.F. INGRAM | ) |
| STATE TECHNICAL COLLEGE; | ) |
| AND JAMES WILSON, | ) |
| INDIVIDUALLY AND IN HIS | ) |
| OFFICIAL CAPACITY AS DEAN | ) |
| OF STUDENTS AND SUPPORT | ) |
| SERVICES AT J.F. INGRAM | ) |
| STATE TECHNICAL COLLEGE, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TAX COSTS AND AWARD ATTORNEY'S FEES

Come Now the Defendants J. F. Ingram State Technical College, J. Douglas Chambers, and James Wilson, and hereby submit the following Reply to Plaintiff's Opposition to Defendants' Motion for Attorney's Fees.

**Prosecution of this case by Plaintiff Owensby was unreasonable.**

In her Opposition to Defendants' Motion to Tax Costs and Award Attorney's Fees, Plaintiff Bonita Owensby failed to offer specific and reasonably precise objections and proof. Defense counsel's award of attorney's fees can only be upheld if the Plaintiff's claims are found to be unreasonable, frivolous, meritless, or vexatious.

Carrion v. Yeshiva University, 535 F. 2d 722 (1976). In her opposition to Defendants'

Motion to Tax Costs and Award Attorney's Fees, Plaintiff cites case law warning this

Court to not engage in the temptation to apply *post-hoc* reasoning and conclude that the

Plaintiff's action must have been unreasonable. Plaintiff Owensby also cites case law

stating that the Court must find that her claim was frivolous, unreasonable, groundless or

that she continued to litigation after it clearly became so in order to award attorney's fees

and costs. See Matthews v. City of Dothan, 2008 WL 450433 (M.D. Ala.). Plaintiff

Owensby rests her opposition on the fact that she originally filed this action Pro Se, that

one of the Defendants also brought a similar claim, and that she was ultimately given the

raise that was a large portion of the basis of her Complaint (Plaintiff's Opposition to

Defendants' Motion to Tax Costs and Award Attorney's Fees). Beyond these grounds,

Plaintiff Owensby further states that she was never provided a formal job description and

that the time entries submitted by the Defendants are vague. Id. None of these theories

provide an adequate shelter for Plaintiff Owensby from the reality that she pursued an

unreasonable and frivolous claim.

  As cited in this Court's Order, the United States Supreme Court issued an Opinion

addressing Title VII claims that arose in Alabama on May 29, 2007. A review of this

case reveals that there was only one of Owensby's pay decisions that was within the

EEOC charge period. Thus, there was only one pay decision properly in front of this

Court. Ledbetter was cited by this Court in its Order granting summary judgment for the

Defendants. It was unreasonable for Ms. Owensby to continue to litigate the vast

majority of her claims after this decision was released because her claim was predicated

on discrimination which she believed began approximately six years earlier. Merely

because one of the Defendants, James Wilson, had brought an employment action against J. F. Ingram in the past is irrelevant to an analysis of whether or not this Plaintiff's claim was frivolous or unreasonable. Plaintiff Owensby filed the Complaint but retained counsel approximately two months later. She represented herself for a short time.

As stated in the accompanying affidavit of Matthew Y. Beam, all time entries have been reviewed and the necessary data has been compiled to apprise this Court as to how the time was spent. Also, as substantiated in the accompanying affidavit of Matthew Y. Beam, there are multiple factors that affected the necessary amount of time spent on this litigation. First, the United States Supreme Court released on May 29, 2007 the Ledbetter v. Goodyear Tire and Rubber Company, Inc. decision. Ledbetter v. Goodyear Tire and Rubber Company, Inc., ___ S. Ct. ___, 2007 WL 1528298, (May 29, 2007). Prior to the release of this opinion, research on the Middle District of Alabama and Eleventh Circuit's treatment of Title VII and 1983 claims had been completed. As expressed in this Court's February 26, 2008 Order, the Ledbetter decision was an important Supreme Court case that had significant application to the present case. As a result, the undersigned counsel was required to develop a revised deposition and summary judgment strategy in compliance with this United States Supreme Court case. These efforts required further research and analysis of the law beyond what had already been completed in order to fully and accurately prepare for the deposition and summary judgment phases of the case.

Another factor that contributed to the amount of time spent in deposition preparation is Ms. Owensby's repeated requests to alter the date of her deposition. Ms. Owensby requested on more than four occasions in the month of June 2007 that the

undersigned counsel reschedule her deposition. This was apparently due to Ms. Owensby's surgical and recovery schedule. The result was that the undersigned counsel had to begin preparing for Ms. Owensby's deposition several times only to have it rescheduled at Ms. Owensby's request.

In November of 2007 this Court had scheduled a pretrial conference and hearing on the summary judgment motion. This hearing was rescheduled five days before the hearing itself and thus some preparation time for that date had already been expended. Further, there were a variety of claims in Ms. Owensby's Complaint that required a great deal of review and analysis. Ms. Owensby engaged in a lengthy exchange of memos throughout the last six years of her employment at Ingram addressing her employment status. It was necessary for the undersigned counsel to analyze these memos and their application to the case as well as her extensive personnel file. Ms. Owensby also availed herself of the internal grievance procedure at Ingram and the Defendants' management of this procedure was critical to an evaluation of her claims. Ms. Owensby claimed that she was being underpaid as compared to other registrars in the two year college system. This claim required the undersigned counsel to consult with the Defendants and review all the two year college system registrars and their salary histories.

Furthermore, Ms. Owensby's employment history at Ingram stretches back to 1985, as does her evaluation history. Due to the nature of Ms. Owensby's claims, it was necessary for the undersigned counsel to review and analyze her employment, education and evaluation history for over twenty years. This necessitated a lengthy and time consuming process. Owensby's claims were poorly plead, frivolous claims that were time consuming to analyze and address. Frivolous claims do not necessarily equate to a

minimal, effortless defense. It is disingenuous at best for Plaintiff Owensby to assert that frivolous claims are automatically easy to defend. This is not the case. These claims required a review and analysis of thousands of pages of documents and the application of a variety of legal principles and case law.

In her Opposition to Defendants' Motion to Tax Costs and Award Attorney's Fees, Plaintiff Owensby states that "perhaps if the Defendants had been as forth coming to her in response to her written requests as they were to the response to her lawsuit, Plaintiff Owensby would not have had a reason to file a lawsuit." This is an incredible claim by a plaintiff who has not prevailed at the summary judgment phase and who exhausted, through her own admission, the administrative remedies available to her at her place of employment. It is a matter of record that Ms. Owensby filed a grievance and that grievance procedure was completed. These Defendants provided Ms. Owensby not only an opportunity to advance her career at Ingram, but adequately reviewed her progress to ensure that her ongoing concerns about her salary and title were not meritorious.

At the time this Court granted summary judgment, the trial was approximately four weeks away. As a result, the undersigned counsel had begun preparing for trial and completing the various tasks in the attached affidavit. Another complicating factor was the trajectory of Ms. Owensby's career. By her own admission, Ms. Owensby's title and employment history at Ingram is unique. As a result, the undersigned counsel was required to analyze a variety of title changes and raises and revisions to her responsibilities over a period of seven years. Despite the mandate of the Ledbetter case,

it was necessary for the undersigned counsel to review the full extent of Plaintiff's claims prior to the summary judgment phase.

**The attorney rate submitted by Counsel for Defendants is Reasonable**

Defense counsel's rate of $125.00 per hour is well below a reasonable hourly rate that could be expected in the Middle District of Alabama on this type of litigation. "A reasonable attorney fees award under 42 U.S.C. § 1988 is 'properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate.'" American Civil Liberties Union of Georgia v. Barnes, 168 F. 3d 423, 427 (11th Cir. 1999) (quoting Blum v. Stenson, 465 U.S. 886, 888 (1984)). " 'This 'load star' may then be adjusted for the results obtained.'" Id. (internal citations omitted). The Eleventh Circuit established in Barnes, that the fee applicant bears the burden of proving entitlement and establishing documentation for the appropriate hours worked and the hourly rates. Barnes instructs that fee counsel should maintain records to show the time spent on different claims, the general subject matter of the time expenditures set out with sufficient particularity, and a summary or grouping of time entries by the nature of the activity or the stage of the case. Id.

Based upon the guidance provided by the Eleventh Circuit in Barnes, the undersigned counsel for the Defendants has categorized and color-coded the fee entries associated with the work in this litigation. Undersigned counsel has offered testimony in the attached affidavit (Affidavit of Matthew Y. Beam) regarding the specific categories of time expended, the specific individuals billing the time, and type of work assigned to various billable entries. Undersigned counsel also testified that, in his experience, the prevailing market rates for attorneys practicing in the Middle District in cases involving

claims similar to those in the present case (Title VII, § 1983, § 1981), ranges from $185.00 per hour to $225.00 per hour. (Affidavit of Matthew Y. Beam). Further, attorney Christopher W. Weller with Capell & Howard, P.C., in Montgomery, Alabama also testified by affidavit that counsel with the experience and expertise similar to that of the defense counsel in the present case (Matthew Y. Beam) should be entitled to a reasonable rate of $200.00 to $225.00 per hour. (Affidavit of Christopher W. Weller).

In the present case, counsel for the Defendants billed at a rate of $125.00 per hour. Based upon the affidavit testimony of Matthew Y. Beam and Christopher W. Weller, this $125.00 per hour rate is well below the average market rate for attorney fees in this locality on cases of this nature. Based upon this evidence, defense counsel has established that his invoicing of the client has been made at a reasonable hourly rate.

**The hours claimed by counsel for the Defendants were reasonably expended in furtherance of the litigation.**

Under <u>Barnes</u>, fee counsel must demonstrate that he has exercised billing judgment in insuring that entries are not excessive, redundant, or otherwise unnecessary as part of his fee petition. Counsel for the Defendants has attempted to categorize and itemize the particularized tasks in the fee invoices by color-coding the entries to correspond with stages of the litigation.

More specifically, time was billed to six major categories which correspond to the various stages of litigation . (See Legend for Time Categories). The total number of hours billed to these categories by all counsel and paralegals was 487.6 hours. (Affidavit of Matthew Y. Beam; Legend). The Defendants would respectfully refer the Court to the Affidavit of Matthew Y. Beam rather than restate the various time entries, tasks, and applicable categories to the specific time billed by the attorneys and paralegals as set

forth with particularity in the Affidavit.  The total revised amount of attorneys fees

requested is $60,335.00.  This is a reduced amount and a modification of the original

amount requested in the Defendants' Motion to Award Attorney's Fees ($61,201.14).

Defendants hereby submit the Affidavit of Christopher W. Weller, the Affidavit of

Matthew Y. Beam, Exhibit "A" to Beam Affidavit (Color Coded Invoices), and the

Legend for Time Categories in support of this Supplemental Brief in support of the

Motion to Award Attorneys Fees.

        WHEREFORE, ABOVE PREMISES CONSIDERED, the Defendants

respectfully request that this Court award the Defendants $60,335.00 in attorney's fees as

the prevailing party, which represents 487.6 hours of attorney and paralegal time.

                                        Respectfully Submitted,


                                        /s/Matthew Y. Beam
                                        Matthew Y. Beam (BEA065)
                                        Andrew W. Christman (CHR024)
                                        Attorney for J. F. Ingram State
                                        Technical College, J. Douglas
                                        Chambers, individually and in
                                        his official capacity as President
                                        of J. F. Ingram State Technical
                                        College and James Wilson,
                                        individually and in his official
                                        capacity as Dean of Students and
                                        Support Services at J.F. Ingram
                                        State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
   & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile:  (334) 834-1054

8

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 7th day of April, 2007:

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL  36107

<u>/s/Matthew Y. Beam</u>
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONITA J. OWENSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV 2:06 CV796-WKW |
| | ) | |
| J. F. INGRAM STATE TECHNICAL | ) | |
| COLLEGE; J. DOUGLAS | ) | |
| CHAMBERS, INDIVIDUALLY AND | ) | |
| IN HIS OFFICIAL CAPACITY AS | ) | |
| PRESIDENT OF J.F. INGRAM | ) | |
| STATE TECHNICAL COLLEGE; | ) | |
| AND JAMES WILSON, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS DEAN | ) | |
| OF STUDENTS AND SUPPORT | ) | |
| SERVICES AT J.F. INGRAM | ) | |
| STATE TECHNICAL COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF CHRISTOPHER W. WELLER

Before me, the undersigned notary public in and for said county and state, personally appeared Christopher W. Weller, who upon being duly sworn on oath deposed and said as follows:

1.    My name is Christopher W. Weller, and I am a partner at Capell & Howard, P.C. in Montgomery, Alabama.  I am offering this affidavit based upon my own personal knowledge regarding the local attorney fee rates for employment litigation and discrimination cases in the Middle District of Alabama.

2.    I was admitted to the Alabama State Bar in 1987, and thereafter was admitted to the bars of the United States District Court for the Northern, Middle and Southern Districts of

1

Alabama, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. I have practiced law continuously since June of 1987. My practice is devoted principally to federal civil litigation, including business litigation and the defense of civil rights and employment discrimination cases. I have been involved in numerous civil rights actions in the Middle District of Alabama, including several of the largest civil rights class actions in the history of the State of Alabama (*Crum*, *Frazer* and *Reynolds*). I have frequently litigated cases involving allegations of sex or race discrimination, and I am familiar with the presentation, proof, and defense of claims such as the ones involved in the above-captioned case. I frequently and regularly appear in this Court in such cases, including cases brought under 42 U.S.C. § 2000e *et seq.* (Title VII of the Civil Rights Act of 1964), 42 U.S.C. § 1981 and 42 U.S.C. § 1983. As a result of my practice, I have been involved in a number of cases in the federal courts, particularly in this District, in which fee applications have been at issue. I am familiar with the standards involving fee shifting and the fee awards.

3.      I am familiar with the rates charged by our firm for legal services provided by our lawyers at its offices located in Montgomery, and I am generally familiar with the rates charged by other lawyers and firms in the Montgomery market. I am also generally familiar with hourly rates charged by senior federal court litigators in employment litigation in this market through information obtained in other fee-shifting litigation.

4.      I have spoken with the attorneys representing J. F. Ingram State Technical College, J. Douglas Chambers and James Wilson about the issues in this case, and I have examined the application for attorneys' fees, exhibits, pleadings and other documents submitted by Defendants' counsel. I have been asked by J. F. Ingram State Technical College, J. Douglas Chambers and James Wilson's attorneys to provide an opinion regarding the reasonableness of

2

Defendants' counsel's fee request.

     5.     My firm's established hourly rate schedule includes an hourly rate of $240.00 for me, and rates ranging from $240 to $280 for mid-level partners.

     6.     I am familiar with the experience and expertise of attorney Matthew Y. Beam with Gidiere, Hinton, Herndon & Christman. Based upon my knowledge of the prevailing rates for attorneys with experience and expertise similar to that of Mr. Beam in the Middle District of Alabama on cases involving claims of discrimination pursuant to § 1983, § 1981 and Title VII, it is my opinion that an appropriate compensable rate would be between $200.00 and $225.00 per hour. In fact, this Court has issued several opinions wherein it found that "the customary fee for attorneys working on employment discrimination cases in the Montgomery area ranges from $130.00 to $300.00." *Ramsey v. Public Service Commission*, 2000 WL 426187 at *6 (M.D. Ala. 2000); *see also Hall v. Lowder Realty*, 263 F. Supp. 2d 1352, 1366 (M.D. Ala. 2003); *Reynolds v. Alabama Department of Transportation*, 926 F. Supp. 1448, 1457 (M.D. Ala. 1995).

     7.     Based on my knowledge of the prevailing hourly rates charged by attorneys with comparable skills and experience in similar litigation, the hourly rate requested by Matthew Y. Beam is very reasonable and well within the range of appropriate hourly charges for legal services in the Montgomery area.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this, the 7th day of April, 2008.

_____
Christopher W. Weller
AFFIANT

**STATE OF ALABAMA** )
)
**COUNTY OF MONTGOMERY** )

I, the undersigned authority, a notary public in and for said county and state, hereby certify that Christopher W. Weller, whose name is signed to the foregoing and who is known to me, acknowledged before me on this day that the foregoing is true and correct to the best of his knowledge, information and belief and that he has executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 7th day of April, 2008.

_____
Notary Public

(Seal)

My Commission Expires 9/8/2011

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BONITA J. OWENSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CV 2:06 CV796-WKW** |
| | ) | |
| **J. F. INGRAM STATE TECHNICAL** | ) | |
| **COLLEGE; J. DOUGLAS** | ) | |
| **CHAMBERS INDIVIDUALLY AND** | ) | |
| **IN HIS OFFICIAL CAPACITY AS** | ) | |
| **PRESIDENT OF J.F. INGRAM** | ) | |
| **STATE TECHNICAL COLLEGE;** | ) | |
| **AND JAMES WILSON,** | ) | |
| **INDIVIDUALLY AND IN HIS** | ) | |
| **OFFICIAL CAPACITY AS DEAN** | ) | |
| **OF STUDENTS AND SUPPORT** | ) | |
| **SERVICES AT J.F. INGRAM** | ) | |
| **STATE TECHNICAL COLLEGE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>AFFIDAVIT OF MATTHEW Y. BEAM</u>**

Before me, the undersigned notary public in and for said county and state, personally

appeared Matthew Y. Beam, who upon being duly sworn on oath deposed and said as follows:

1.      My name is Matthew Y. Beam.  I represent the Defendants in the above

referenced case.  I have practiced law in the state and federal courts in the State of Alabama

since 2002.  I have further served as primary counsel for the State of Alabama on behalf of

various government officials and state entities in employment litigation involving various claims

under Title VII, § 1983, § 1981 and state law.  Based upon my own personal knowledge and

experience in the legal market in Montgomery and the United States District Court for the

1

Middle District of Alabama, prevailing rates for employment discrimination litigation under Title VII, § 1983 and § 1981 are in the range of $185.00 to $225.00 per hour. I have billed my client at the rate of $125.00 per hour in this litigation. The invoices for the legal services rendered on behalf of the Defendants in this case reflect an hourly rate well below the average hourly rates for attorneys in this area practicing this type of law with similar experience and expertise.

2.     I have exercised billing judgment to insure that the fee application to this Court does not reflect fees which are excessive, redundant, or otherwise unnecessary. As stated in the Defendant's Motion to Tax Costs and Award Attorney's Fees, I was requested by the client to simplify the time entries so as not to reveal litigation strategy or work product. This was necessary in light of the fact that the individual responsible for reviewing and paying my legal bills on behalf of Ingram State Technical College, Monica Greene (Dean of Fiscal Affairs), was also a Plaintiff in a companion lawsuit filed at the same time as the present case by the same Plaintiff's attorney. Some vagueness in the billing was therefore necessary.

3.     However, I have reviewed my invoices to adequately apprise the Court of the various categories and subcategories of time expended on the litigation.

4.     The United States Supreme Court released on May 29, 2007 the Ledbetter v. Goodyear Tire and Rubber Company, Inc. decision. Ledbetter v. Goodyear Tire and Rubber Company, Inc., ___ S. Ct. ___, 2007 WL 1528298, (May 29, 2007). Prior to the release of this opinion, research on the Middle District of Alabama and Eleventh Circuit's treatment of Title VII and 1983 claims had been completed. As expressed in this Court's February 26, 2008 Order, the Ledbetter decision was an important Supreme Court case that had significant application to the present case. As a result, the undersigned counsel was required to develop a revised deposition and summary judgment strategy in compliance with this United States Supreme Court

case. These efforts required further research and analysis of the law beyond what had already been completed in order to fully and accurately prepare for the deposition and summary judgment phases of the case.

5.      Another factor that contributed to the amount of time spent in deposition preparation is Ms. Owensby's repeated requests to alter the date of her deposition. Ms. Owensby requested on more than four occasions in the month of June 2007 that the undersigned counsel reschedule her deposition. This was apparently due to Ms. Owensby's surgical and recovery schedule. The result was that the undersigned counsel had to begin preparing for Ms. Owensby's deposition several times only to have it rescheduled at Ms. Owensby's request.

6.      In November of 2007 this Court had scheduled a pretrial conference and hearing on the summary judgment motion. This hearing was rescheduled five days before the hearing itself and thus some preparation time for that date had already been expended.

7.      Further, there were a variety of claims in Ms. Owensby's Complaint that required a great deal of review and analysis. Ms. Owensby engaged in a lengthy exchange of memos throughout the last six years of her employment at Ingram addressing her employment status. It was necessary for the undersigned counsel to analyze these memos and their application to the case as well as her extensive personnel file. Ms. Owensby also availed herself of the internal grievance procedure at Ingram and the Defendants' management of this procedure was critical to an evaluation of her claims.

8.      Ms. Owensby claimed that she was being underpaid as compared to other registrars in the two year college system. This claim required the undersigned counsel to consult with the Defendants and review all the two year college system registrars and their salary histories. Furthermore, Ms. Owensby's employment history at Ingram stretches back to 1985, as

does her evaluation history. Due to the nature of Ms. Owensby's claims, it was necessary for the undersigned counsel to review and analyze her employment, education and evaluation history for over twenty years. This necessitated a lengthy and time consuming process.

9.      Plaintiff Owensby's claims required the review and analysis of thousands of pages of documents and the application of a variety of legal principles and case law.

10.      At the time this Court granted summary judgment, the trial was approximately four weeks away. As a result, the undersigned counsel had begun preparing for trial and completing the various tasks in the attached affidavit. Another complicating factor was the trajectory of Ms. Owensby's career. By her own admission, Ms. Owensby's title and employment history at Ingram is unique. As a result, the undersigned counsel was required to analyze a variety of title changes and raises and revisions to her responsibilities over a period of seven years. Despite the mandate of the Ledbetter case, it was necessary for the undersigned counsel to review the full extent of Plaintiff's claims prior to the summary judgment phase.

11.      The present case involved initial pleadings, planning meetings, written discovery, depositions, motions for summary judgment, pretrial contentions, extensive preparation for a pretrial hearing and summary judgment hearing, and trial preparation. The litigation has been pending for approximately one year and six months. Among the various pleadings involved in the case were a Complaint, an Answer, a Report of the Parties' Planning Meeting, Defendant's Motion for Summary Judgment, Plaintiff's Response and multiple Scheduling Orders. The vast majority of the time expended on the case was by me, Matthew Y. Beam. Some additional work was done on the case by two other lawyers in my firm, Jack B. Hinton, Jr. and Andrew W. Christman. There was also time submitted by various paralegals who worked on the file including Russell Elebash and Shana Proctor.

4

12.     I have categorized the time expended on the case in six major categories.  I have

further broken down that time within each category to describe the division of labor among the

attorneys working on various aspects of the case.  Attached to this affidavit as **Exhibit A** is a

color-coded copy of the invoices submitted by me.  The colors have designated categories set

forth in the attached legend.  The six categories are listed as follows:

a.     18.5 hours in time related to analyzing the initial Complaint, preparing the

Answer, and analyzing or reviewing miscellaneous pleadings (yellow);

b.     106.4 hours in time related to document review, analysis, and production

associated with the discovery process, evaluation of the EEOC charge and response as it applies

to this litigation, interviewing witnesses, and other investigatory efforts (pink);

c.     68.5 hours in time related to analysis and general preparation for

depositions and appearance at the various depositions (green);

d.     99.2 hours in time related to analysis of documents, applicable federal

statutes and case law, communication with clients, and general preparation for drafting the

Motion for Summary Judgment, brief in support thereof, and reply brief (blue);

e.     171.8 hours in time related to drafting the Motion for Summary Judgment,

Brief in support of the Motion for Summary Judgment, the Reply Brief, assembling the

appropriate exhibits, drafting affidavits, interviewing clients regarding affidavits, and preparing

for hearing on Defendant's Motion for Summary Judgment and analyzing Plaintiff's Opposition

to Defendant's Motion for Summary Judgment (orange); and

f.     26.2 hours in time related to general trial preparation (purple) including

the following:

1.     Interviewing witnesses,

2.        Analyzing and assembling documents to be used as exhibits in Defendant's case in chief,

3.        Analyzing and assembling documents to be used as rebuttal evidence,

4.        Analyzing depositions of parties for trial examination,

5.        Analyzing pattern jury instructions,

6.        Analyzing and preparing objections to evidence expected to be offered by the Plaintiff,

7.        Assembling necessary authentication evidence,

8.        Analyzing and preparing Motions in Limine, and

9.        Preparing generalized trial strategy, theme of the case, and media to be used at trial.

13.      Under the first category designated in yellow, the total time expended was 18.5 hours. This time included 11 hours from Matthew Y. Beam associated with (1) analyzing the Complaint, (2) preparing the Answer, (3) reviewing the Court's 26(f) Order, (4) preparing for the Report of the Parties Planning Meeting, and (5) reviewing and analyzing the Court's various Scheduling Orders. 2.7 hours were billed in this category by Andrew W. Christman in (1) revising the Answer, and (2) planning for and conducting initial telephone conferences with the client. 2.9 hours were expended in this category by Jack Hinton in reviewing and analyzing the Scheduling Order to develop a discovery strategy and making a telephone call to the client. 1.9 hours were expended by paralegal Russell Elebash in preparing and revising the Report of the Parties Planning Meeting.

14.    The next category which is color-coded pink involved 106.4 total hours.  Of that amount, Matthew Y. Beam billed 102.1 hours in (1) reviewing and analyzing the requirements under the Federal Rules for E-discovery including evidence preservation, harvesting, and production; (2) analyzing document production made by the Plaintiff; (3) reviewing and analyzing various documents provided by the clients associated with reviewing extensive memos and generalized discovery strategy; (4) reviewing and analyzing the employment grievance procedures; (5) planning and preparing for witness interviews; (6) telephone calls related to discovery; and (7) interviewing witnesses.  Andrew W. Christman billed 2.8 hours to this category in (1) reviewing and analyzing documents collected during the EEOC investigation; (2) meeting with witnesses and clients; (3) preparing clients for deposition and discovery; and (4) reviewing the extensive memo's exchanged during the period at issue.  Jack Hinton billed .8 hours to this category for telephone conferences with client and generalized development of discovery strategy.  Russell Elebash billed .7 hours for preparing discovery documents, writing to clients, research and compiling documents for client review.

15.    The third category color-coded in green included 68.5 hours of time.  Matthew Y. Beam billed 53.3 hours in this category for various deposition related tasks including:  1) drafting deposition outlines; 2) reviewing, organizing, and gathering documents and exhibits for use in deposition both as exhibits and for recollection refreshment; 3) communications with clients regarding deposition preparation including meetings and telephone conversations; 4) appearing for the deposition of Bonita Owensby; 5) analyzing and discussing the outcome of those depositions with client regarding summary judgment strategy and trial strategy; 6) review and analysis of documents relied upon by the Plaintiff during depositions.  Russell Elebash billed 3.7 hours to this category for the preparation of documentation associated with deposition

notices, assembling exhibits for depositions, and document management. Andrew W. Christman billed 11.5 hours to this category for revising deposition notices, communicating with clients regarding deposition preparation in general, meeting with clients apart from Matthew Y. Beam to prepare for deposition; attending the depositions of James Merk, James Wilson and Doug Chambers, and analyzing EEOC documents necessary for use in the deposition of Plaintiff.

16.     The fourth category, color-coded blue, included 99.2 hours of time. It should be noted that preparing and analyzing the issues associated with Defendant's Motion for Summary Judgment was extensive and complex due to the broad and imprecise nature of the Plaintiff's Complaint. Preparing the Motion for Summary Judgment required counsel for the Defendants to (1) analyze the two year college system employment manuals and standard operating procedure policies; (2) decipher the Plaintiff's Complaint related to her claims of race and sex discrimination under Title VII, 42 USC § 2000 and 1991 Civil Rights Act, 42 USC 1983; (3) analyze and review the employee grievance procedure; (4) review and analyze the applicable law regarding individual and official capacity liabilities under Title VII and § 1983; (5) analyze current federal law regarding Eleventh Amendment Immunity; (6) analyze current federal law regarding qualified immunity associated with the 1983 claims violations; (7) analyze whether her claims were time barred; (8) analyze current federal law regarding discriminatory pay claims; and (9) apply various facts, including twenty-two years of employment history, evidence, and testimony associated with the Plaintiff's claims to the applicable law. Matthew Y. Beam expended 93.6 hours reviewing and analyzing the above described issues, documentation, procedures, and applicable state and federal law in preparation for summary judgment. Andrew W. Christman spent 5.4 hours focusing his review and analysis on the grievance procedure and its application in other cases. As stated above, the time entries in the invoices do not necessarily

8

reflect the particularity of the tasks completed so as to protect the Defendants from revealing attorney work product and strategy to a litigant represented by Plaintiff's counsel in another case. Russell Elebash spent .2 hours drafting the Motion for Extension of Time.

17.     Category five is color-coded in orange.  171.8 hours were expended in this category in (1) drafting Defendant's fifty page brief in support of his Motion for Summary Judgment; (2) revising the brief; (3) compiling and assembling the appropriate evidentiary support including deposition testimony and other documents; (4) meeting with clients regarding supporting affidavits of Doug Chambers, James Wilson, and James Merk; (5) drafting the affidavits of Chambers, Wilson, and Merk; (6) revising the affidavits of Chambers, Merk, and Wilson; (7) communicating with clients multiple times regarding summary judgment issues; and (8) preparing for the hearing on Motion for Summary Judgment multiple times.  Matthew Y. Beam expended 110.7 hours (or just under three weeks) on this brief development, preparation and writing effort.  Andrew W. Christman expended 56.4 hours in revising and analyzing documents and exhibits to be included in the brief and developing strategy regarding reserving certain evidence for trial.  Paralegal Russell Elebash expended 4.2 hours in drafting and preparing the Motion for Summary Judgment.  Paralegal Shana Proctor spent .5 hours preparing the table of contents for the summary judgment brief per the Judge's instructions

18.     The sixth category involved trial preparation and is color-coded purple.  A total of 26.2 hours were expended under this category.  Since Summary Judgment remained pending up until approximately one month prior to trial, it was necessary for me to proceed with trial preparations in case the Court denied the pending Motion for Summary Judgment.  Matthew Y. Beam expended 23.8 hours in trial preparation by (1) developing witness lists; (2) preparing exhibits and gathering data; (3) reviewing and analyzing the depositions of James Merk, James

Wilson, Doug Chambers, and Bonita Owensby for trial examination purposes; (4) reviewing and analyzing pattern jury instructions; (5) interviewing and preparing witnesses for trial; (6) preparing the Pretrial Order; and (7) otherwise reviewing and analyzing documents and applicable law associated with Motions in Limine, jury charges, witness examination, trial presentation, and overall strategy.  Andrew W. Christman expended 2.4 hours in reviewing and analyzing documents for cross-examination, direct examination, and authentication purposes.

19.     I had retained detailed notes of my efforts regarding the purposefully vague time entries.  Based on those notes, I compiled the above categorized descriptions of billable hours and division of labor.

20.     At no time did I on behalf of the Defendants make an offer to settle this case with the Plaintiff or Plaintiff's counsel.

21.     All of the above referenced time was necessary and reasonable in managing this litigation.


_____

Matthew Y. Beam

STATE OF ALABAMA                    )
                                   )
COUNTY OF MONTGOMERY               )

     I, the undersigned authority, a notary public in and for said county and state, hereby certify that Matthew Y. Beam, whose name is signed to the foregoing and who is known to me, acknowledged before me on this day that the foregoing is true and correct to the best of his knowledge, information and belief and that he has executed the same as.

     Given under my hand and seal this 7th day of April, 2008.


_____
Notary Public
My Commission Expires_____

11

## LEGEND FOR TIME CATEGORIES

1. Time related to analyzing the initial Complaint and Amended Complaint, preparing the Answer, and working on miscellaneous pleadings (MYB 11.0, AWC 2.7, JBH 2.9, REE 1.9, **Total of 18.5 hours**);

2. Time related to document review, analysis, and production associated with the discovery process, evaluation of the EEOC charge and response as it applies to this litigation, interviewing witnesses, visiting the site which is the subject of the Plaintiff's Complaint, taking photographs, and other investigatory efforts (MYB 102.1, AWC 2.8, JBH .8, REE .7, **Total of 106.4 hours**);

3. Time related to document analysis and general preparation for depositions and appearance at the various depositions (MYB 53.3, AWC 11.5, REE .7, **Total of 68.5 hours**);

4. Time related to analysis of documents, applicable federal statues and case law, communication with clients, and general preparation for drafting the Motion for Summary Judgment and brief in support thereof (MYB 93.6, AWC 5.4, REE .2, **Total of 99.2 hours**);

5. Time related to drafting the Motion for Summary Judgment, Brief in support of the Motion for Summary Judgment, assembling the appropriate exhibits, drafting affidavits, interviewing clients regarding affidavits, and preparing for and appearing at hearing on Defendant's Motion for Summary Judgment (MYB 110.7, AWC 56.4, REE 4.2, STP .5, **Total of 171.8 hours**);

6. Time related to trial preparation including the following: (a) Interviewing witnesses; (b) analyzing and assembling documents to be used as exhibits in Defendant's case in chief; (c) analyzing and assembling documents to be used as rebuttal evidence; (d) analyzing depositions of parties for trial examination; (e) analyzing pattern jury instructions; (f) analyzing and preparing objections to evidence expected to be offered by the Plaintiff; (g) assembling necessary authentication evidence; (h) analyzing and preparing Motions in Limine; and (i) Preparing generalized trial strategy, theme of the case, and media to be used at trial (MYB 23.8, AWC 2.4, **Total of 26.2 hours**).

**Grand Total of 487.6 Hours**

**Fees calculated at $125.00/hour for AWC, MYB, and JBH (total of 479.4 hours) = $59,925.00**

**Fees calculated at $50.00/hour for REE and STP (total of 8.2 hours) = $410.00**

**Total Fees:  $60,335.00**

DEFENDANT'S EXHIBIT

H

Blumberg No. 5114

%AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle    District of    Alabama

Bonita J Owensby

V.

J F Ingram State Technical College, et al

**BILL OF COSTS**

Case Number: 2:06-cv-0796-WKW

Judgment having been entered in the above entitled action on ___2/26/2008___ against   Bonita Owensby .
the Clerk is requested to tax the following as costs:                          Date

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena | | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 1,599 43 |
| Fees and disbursements for printing | | 580 00 |
| Fees for witnesses (itemize on page two) | | 0 00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | | |
| Docket fees under 28 U S C 1923 | | |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U S C 1828 | | |
| Other costs (please itemize) | | |
| | TOTAL   $ | 2,179 43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed   A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or

☐    Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney:    /s/ Matthew Y Beam

Name of Attorney:    Matthew Y Beam

For:   J F Ingram State Technical College, et al                          Date:    2/28/2008

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment

By: _____

_____    _____    _____
Clerk of Court                    Deputy Clerk                          Date

*"Exhibit A"*

AO 133    (Rev 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | | $0 00 |
| | | | | | | TOTAL | $0 00 |

## NOTICE

**Section 1924, Title 28, U.S. Code** (effective September 1, 1948) provides:
"Sec 1924 Verification of bill of costs "
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed "

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree "

**The Federal Rules of Civil Procedure contain the following provisions:**
**Rule 54 (d)**
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law  Costs may be taxed by the clerk on one day's notice  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court "

**Rule 6(e)**
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period "

**Rule 58 (In Part)**
    "Entry of the judgment shall not be delayed for the taxing of costs "

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman                                    July 20, 2007
Gidiere, Hinton, Herdon
   & Christman                                      **Invoice#** 00031121
60 Commerce Street
Suite 904                                              **Balance:**    $676.62
Montgomery, AL 36104

Re: Julie Givens vs. Douglas Chambers
    MONTGOMERY, AL/ Douglas Chambers/ 2:06-CV-852-ID
    *on 06/27/07  Billed 07/20/07*
    *by Cindy Weldon*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 272 pages | 557.60 |
| Exhibits/B & W/Color: | 93.52 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 10.50 |

Deponent:
Douglas Chambers
Read & Sign: c/o Andrew Christman



$676.62 \div 3 = 225.54$

P l e a s e   R e m i t   - - - >   Total Due:    $676.62

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman                              July 20, 2007
Gidiere, Hinton, Herdon
  & Christman                                   **Invoice#** 00031123
60 Commerce Street
Suite 904                                       **Balance:**    $972.75
Montgomery, AL 36104

Re: Julie Givens vs. Douglas Chambers
    MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
    *on 06/25/07  Billed 07/20/07*
    *by Cindy Weldon*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 460 pages | 943.00 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 14.75 |

Deponent:
James E. Wilson- 180 pgs/R&S  6/25/07 — *369.00  r 5 r 4.91 = 378.91÷3 = (126.30)*
Malcolm Montgomery- 59 pgs/R&S  6/26/07- *120.95  r 5 r 4.91*
Dr. James Merck- 221 pgs/R&S  6/26/07 - *453.05  r 5 r 4.91*

Read & Sign: c/o Andrew Christman

P l e a s e   R e m i t   - - - >   Total Due:    $972.75

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman                                July 31, 2007
Gidiere, Hinton, Herdon
  & Christman                                    **Invoice#** 00027707
60 Commerce Street
Suite 904                                        **Balance:**    $92.50
Montgomery, AL 36104

Re: Julie Givens vs. Douglas Chambers 5001
    MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
    *on 06/25/07  Billed 07/31/07*
    *by Cindy Weldon*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Exhibits/B&W: 230 pages | 80.50 |
| Exhibits/Color: 8 pages | 12.00 |
| Depo Disk: n/c | |
| Postage: n/c | |

James Wilson - 47 B&W exhibit pages; No color — *16  45 ÷ 3 = (5.48)*
Malcolm Montgomery - 8 Color pages; No B&W — *12.00*
James Merck - 183 B&W exhibit pages; No color *6 4.05*


*** ORIGINAL EXHIBITS RETURNED TO
    JIM DEBARDELABEN




          P l e a s e   R e m i t   - - - >   Total Due:    $92.50


          *All Invoices are due within 30 days of receipt*

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

2100 Third Avenue North, Suite 960
Birmingham, AL 35203

Phone: (205) 251-4200
Fax: (205) 252-5644

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11056467 | 08/10/2007 | 1101-54326 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/26/2007 | NOAKCI | |

| CASE CAPTION |
|---|
| In Re: Owensby/Ingram |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Matt Beam
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, 904 Regions Tower
Montgomery, AL 36104

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Bonita J. Owensby          296 Pages @    3.05/Page       902.80
     EXHIBITS                  252 Pages @     .35/Page        88.20
     ATTENDANCE                                               100.00
     TotalTranscript                                           40.00
     Exhibit Tabs              50.00      @      .20           10.00
     Word Index                25.00      @     3.05           76.25
     Processing Fee                                            15.00
     Delivery Local Regular                                     9.86

                              TOTAL   DUE   >>>>          1,242.11
```

Merrill Legal Solutions has relocated to
Concord Center,
2100 Third Avenue North, Suite 960
Birmingham, AL 35203
Our telephone numbers remain the same!

RECEIVED

AUG 1 4 2007

GHH&C

TAX ID NO.: 20-2665382

(334) 834-9950     Fax (334) 834-1054

*Please detach bottom portion and return with payment*

Matt Beam
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, 904 Regions Tower
Montgomery, AL 36104

```
Invoice No.:  11056467
Date      :  08/10/2007
TOTAL DUE :   1,242.11


Job No.   :  1101-54326
Case No.  :
In Re:  Owensby/Ingram
```

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: *3-7-2008* Department or Agency: *Postsecondary Education*

Style of Case: *Bonita J. Owensby* v. *J.F. Ingram Technical College*

Court: *US Middle Dist.* Case Number: *2:06 CV-796-WKW* Assigned Judge: *Keith Watkins*

Name of Law Firm: *Gidiere, Hinton, Herndon & Christman*

Mailing Address: *P.O. Box 4190, Montgomery AL 36103*

Business Phone: Area Code *334* *834-9950* Law Firm Taxpayer ID # *63-1159115*

Name of Attorney: *Jack B Hinton Jr.* Social Security #_____

Mailing Address: *P.O. Box 4190, Montgomery, AL 36103*

Business Phone: Area Code *334* *834-9950*

Date Appointed Deputy Attorney General: *October 3 2006*
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ *55349.64*

Total Amount of Previously Paid Services: $ *55349.64*

Authorized Maximum Amount: $_____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours_____ @ $___ per hour     $ *0*

2. Attorney - Time Out of Court
   Total Hours *45.9* @ $*125* per hour     $ *5737.50*

3. Non-Attorney Services Total     $ *90.00*

4. Court Reporter Services Total     $ *0*

5. Expenses Total     $ *24.00*

   TOTAL AMOUNT DUE FOR CURRENT SERVICES     $ *5851.50*

STATE OF ALABAMA
*Montgomery* COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this *7th*
day of *March 2008*

_____
Notary Public

My commission expires:_____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

REVIEW: _____
Managing Attorney

APPROVAL: _____
Department Head

*"Exhibit B"*

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

October 26, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama 36104

Dear Mr. Hinton:

RE:     *Bonita J. Owensby v. J. F. Ingram*
*Technical College, et al.*
U.S. District Court -- Middle
District, Northern Division
Case No. CV-2:06CV796-WKW

This letter serves to amend our letter of October 5, 2006, regarding the above-referenced matter. Rates for you and partners and associates will be $125 per hour and rates for paralegals will be $60 per hour.

Again, I want to thank you for agreeing to represent the State of Alabama in this matter. Please feel free to contact me should you have any questions.

Very truly yours,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:     Ms. Joan Davis, Esq., Postsecondary Education
Keith Miller, Chief Deputy Attorney General

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

October 5, 2006

Jack B. Hinton, Esquire
Gidiere, Hinton, Herndon & Christman
Suite 904
60 Commerce Street
Montgomery, Alabama  36104

Dear Mr. Hinton:

RE:    *Bonita J. Owensby v. J. F. Ingram Technical College, et al.*
U.S. District Court – Middle District, Northern Division
Case No. CV-2:06CV796-WKW

    I was pleased to learn that you have agreed to represent the State of Alabama and J. F. Ingram Technical College in the above-referenced matter.  Thank you for agreeing to perform this representation at the rate of $125 per hour.

    I appreciate your service in this matter.  Our people are fortunate that an attorney of your reputation and ability will be working on their behalf.  Please feel free to contact me should you have any questions.

Sincerely,

Scott L. Rouse
Deputy Legal Advisor

SLR/rdg

cc:    Ms. Joan Davis, Esq., Postsecondary Education
    Keith Miller, Chief Deputy Attorney General



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW AGO STATE AL US

October 3, 2006

Jack B. (Jay) Hinton, Esquire
Gidiere, Hinton, & Herndon
Suite 904
60 Commerce Street
Montgomery, AL 36104

Re:    Legal Services Contract for Jack Buster Hinton, Esquire
In the matter of *Bonita J. Owensby v J. F. Ingram State Technical College.
et al.*; In the United States District Court for the Middle District of
Alabama, Northern Division; CV-2:06CV796-WKW.

Dear Mr. Hinton:

Pursuant to ALA. CODE § 36-15-5.1, (1975 as amended), and based on your
experience and expertise, I hereby appoint you a Deputy Attorney General to represent
J. F. Ingram State Technical College in the above-described legal matter. The fees and
compensation paid to you for your services and authorized expenses in this
representation will be agreed upon by you and the Alabama Department of
Postsecondary Education. Enclosed is a policy statement revised by this office on
January 21, 1997, which you are to follow, that includes a standard invoice to use in
billing for your services. Also enclosed is the State of Alabama Disclosure Statement,
which must be filled out and submitted to the **Department of Postsecondary Education**
within 10 days of your appointment. This letter and the policy statement of January 21,
1997, which is incorporated herein by reference, constitute your contract to perform the
required legal services which you accept by undertaking such representation. To avoid
delays in payment, please ensure that a copy of this letter is included with each invoice
you submit.

This initial appointment is made pursuant to Section 29-2-41.1 of the Alabama
Code and is effective for 60 days from the date hereof during which time this contract
will be submitted to the Legislative Contract Review Committee. Once the Committee
has reviewed this contract or at the end of 60 days from the date hereof, whichever first
occurs, this contract will automatically be extended to the term necessary for you to
complete your representation in this matter.

Jack B. (Jay) Hinton, Esquire
October 3, 2006
Page Two


    Please understand that while my appointment of you as a Deputy Attorney
General is personal, you may utilize the services of another attorney in your firm if you
need to do so. No settlement of a dispute should be entered into by you until the terms
and conditions of any proposed settlement have been fully communicated to this office
and received my approval. Mr. Keith Miller, Chief Deputy Attorney General, is
available to answer any questions you may have in relation to this appointment and the
payment of bills. Thank you.

                              Sincerely,

                              Troy King
                              Attorney General


KSM:jaf

Enclosure

cc:    Joan Davis, Esquire, Managing Attorney
       Kenneth D. Wallis, Esquire, Legal Advisor to the Governor

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

March 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

### Professional Services

|              |     |                                                                          | Hours | Amount |
|--------------|-----|--------------------------------------------------------------------------|-------|--------|
| 2/1/2008     | REE | Review of Amended Scheduling Order and all deadlines related thereto      | 0.30  | 18.00  |
| 2/4/2008     | MYB | Review and analysis of documents                                         | 2.50  | 312.50 |
| 2/6/2008     | AWC | Discuss issues for trial and summary judgment argument with co counsel   | 0.80  | 100.00 |
| 2/13/2008    | REE | Telephone conversation with Jim DeBardelaben's office re Proposed Pretrial Order | 0.20  | 12.00  |
| 2/15/2008    | MYB | Review and analysis of Court Order                                       | 0.30  | 37.50  |
|              | MYB | Review and analysis of various documents in order to prepare for hearing | 2.50  | 312.50 |
|              | MYB | Review and analysis of various documents in order to prepare for trial   | 1.80  | 225.00 |
| 2/18/2008    | MYB | Review and analysis of documents in order to prepare for court hearing   | 0.70  | 87.50  |

Joan Davis                                                                Page   2

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 2/18/2008 | MYB | Review and analysis of Court Order re scheduling | 0.30 | 37.50 |
| | MYB | Review and analysis of documents | 0.80 | 100.00 |
| | AWC | Conference with co counsel re trial and summary judgment | 0.60 | 75.00 |
| 2/20/2008 | MYB | Plan & Prepare for trial | 1.40 | 175.00 |
| 2/21/2008 | MYB | Prepare for trial | 2.40 | 300.00 |
| | MYB | Review and analysis of documents | 1.80 | 225.00 |
| 2/22/2008 | MYB | Plan & Prepare for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents | 1.70 | 212.50 |
| | MYB | Review and analysis of documents in order to prepare for trial | 2.10 | 262.50 |
| 2/24/2008 | MYB | Review and analysis of documents in preparation for trial | 2.50 | 312.50 |
| 2/25/2008 | MYB | Review and analysis of documents in preparation for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents in order to prepare for hearing | 2.50 | 312.50 |
| | MYB | Review and analysis of documents in preparation for hearing | 2.80 | 350.00 |
| | MYB | Review and analysis of documents in preparation for hearing | 1.80 | 225.00 |
| 2/26/2008 | MYB | Review and analysis of documents in preparation for trial | 2.80 | 350.00 |
| | MYB | Draft documents in order to prepare for trial | 2.50 | 312.50 |
| | MYB | Review and analysis of documents | 1.50 | 187.50 |
| | MYB | Review and analysis of Order | 0.50 | 62.50 |
| 2/27/2008 | MYB | Review and analysis of documents re cost recovery | 2.30 | 287.50 |
| 2/28/2008 | REE | Draft and finalize Bill of Costs to Plaintiff Bonita Owensby | 0.40 | 24.00 |
| | MYB | Draft post-trial motion | 1.40 | 175.00 |
| | AWC | Review and analyze order re costs and fees | 0.60 | 75.00 |
| 2/29/2008 | REE | Draft letter to Dr. Chambers and Dean Wilson re Opinion and Final Judgment | 0.20 | 12.00 |
| | REE | Draft Affidavit for Matthew Y. Beam re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |
| | REE | Draft Affidavit for Andrew W. Christman re Motion to Tax Costs and Award Attorney's Fees | 0.20 | 12.00 |

Joan Davis                                                                      Page   3

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 47.40 | $5,827.50 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 2/29/2008 | Copies in February | 240 | 24.00 |
|  | Total costs |  | $24.00 |
|  | Total amount of this bill |  | $5,851.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 2.00 | 125.00 | $250.00 |
| Russell E. Elebash | 1.50 | 60.00 | $90.00 |
| Matthew Y. Beam | 43.90 | 125.00 | $5,487.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _2-07-08_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton, Jr._ Social Security #

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3, 2006_
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _54923.84_

Total Amount of Previously Paid Services: $ _54923.84_

Authorized Maximum Amount: $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours ____ @ $ ____ per hour          $ _0_

2. Attorney - Time Out of Court
   Total Hours _3.4_ @ $ _125_ per hour        $ _425.00_

3. Non-Attorney Services Total                 $ _0_

4. Court Reporter Services Total               $ _0_

5. Expenses Total                              $ _0.80_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES       $ _425.80_

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this ____
day of ____ ____

_____
Notary Public
AL State at Large
My Commission Expires June 28, 2010

REVIEW: _____          APPROVAL: _____
        Managing Attorney                          Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

February 07, 2008

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:               5830

Professional Services

|            |     |                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------|-------|--------|
| 11/13/2007 | AWC | Review and analyze status of case re trial preparation | 0.40  | 50.00  |
| 1/8/2008   | MYB | Review and analysis of documents re: court orders  | 0.50  | 62.50  |
| 1/24/2008  | MYB | Review and analysis of documents re: trial preparation | 0.40  | 50.00  |
| 1/31/2008  | AWC | Review and analyze issues re trial                 | 1.00  | 125.00 |
|            | MYB | Review and analysis of recent case law             | 0.70  | 87.50  |
|            | AWC | Continue work on trial preparation                 | 0.40  | 50.00  |
|            |     | For professional services rendered                 | 3.40  | $425.00 |

Joan Davis                                                                    Page    2

      Additional charges:

| | Qty | Amount |
|---|---|---|
| 12/28/2007 Copies in December | 1 | 0.10 |
| 1/30/2008 Copies in January | 7 | 0.70 |
| Total costs | | $0.80 |
| Total amount of this bill | | $425.80 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Matthew Y. Beam | 1.60 | 125.00 | $200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.505 per mile (Latest Government Rate as of January 1, 2008)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

     GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: 11-7-2007  Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby  v. J.F. Ingram Technical College

Court: US Middle Dist. Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere, Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B. Hinton Jr.  Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
          (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 49552.54

Total Amount of Previously Paid Services: $ 49552.54

Authorized Maximum Amount: $

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

| | | |
|---|---|---|
| 1. | Attorney - Time In Court<br>Total Hours _____ @ $ _____ per hour | $ 0 |
| 2. | Attorney - Time Out of Court<br>Total Hours 41.5 @ $125 per hour | $ 5187.50 |
| 3. | Non-Attorney Services Total | $ 102.00 |
| 4. | Court Reporter Services Total | $ 0 |
| 5. | Expenses Total | $ 81.80 |
| | TOTAL AMOUNT DUE FOR CURRENT SERVICES | $ 5871.30 |

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

          Before me, the undersigned Notary Public, in and for the said county and State, personally appeared
the undersigned affiant, who is known to me and after first being duly sworn by me, deposes and states under
oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services
performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

                                                    _____
                                                       Signature of Affiant

Sworn to and subscribed
before me this ____
day of Nov 2007.

_____
    Notary Public          Sherri C. Horton
                           Notary Public
My commission expires:_____  AL State at Large
                           My Comm. Expires June 28,2010

REVIEW: _____      APPROVAL: _____
         Managing Attorney                      Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

November 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

|            |     |                                      | Hours | Amount |
|------------|-----|--------------------------------------|-------|--------|
| 10/1/2007  | MYB | Review and analysis of documents     | 1.80  | 225.00 |
|            | MYB | Review and analysis of documents     | 1.90  | 237.50 |
|            | MYB | Review and analysis of documents     | 1.60  | 200.00 |
| 10/2/2007  | MYB | Review and analysis of documents     | 1.50  | 187.50 |
|            | MYB | Review and analysis of documents     | 1.40  | 175.00 |
|            | MYB | Review and analysis of documents     | 1.30  | 162.50 |
| 10/3/2007  | MYB | Review and analysis of documents     | 2.30  | 287.50 |
|            | MYB | Review and analysis of documents     | 2.70  | 337.50 |
| 10/4/2007  | AWC | Review and analyze issues re reply brief | 1.10 | 137.50 |
| 10/8/2007  | MYB | Review and analysis of documents     | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents     | 1.80  | 225.00 |
|            | MYB | Review and analysis of documents     | 1.30  | 162.50 |
| 10/9/2007  | MYB | Review and analysis of documents     | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents     | 2.10  | 262.50 |

Joan Davis                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/10/2007 | MYB | Telephone calls | 0.50 | 62.50 |
|  | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 10/11/2007 | STP | Review summary judgment brief, judge's order, and prepare table of contents per judge's instructions | 0.50 | 30.00 |
|  | REE | Compile Table of Authority re Brief | 1.00 | 60.00 |
|  | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama re Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 0.20 | 12.00 |
|  | MYB | Review and analysis of documents | 3.30 | 412.50 |
|  | MYB | Telephone calls | 0.60 | 75.00 |
|  | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 10/16/2007 | AWC | Review and analyze order re final pretrial conference | 0.30 | 37.50 |
|  | AWC | Review and analyze issues re pretrial and trial | 0.70 | 87.50 |
| 10/22/2007 | MYB | Review and analysis of documents | 1.50 | 187.50 |
| 10/23/2007 | MYB | Review and analysis of documents | 1.30 | 162.50 |
| 10/24/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |
|  | MYB | Telephone calls | 0.30 | 37.50 |
| 10/25/2007 | MYB | Review and analysis of documents | 1.20 | 150.00 |
|  | MYB | Review and analysis of documents | 1.30 | 162.50 |

For professional services rendered                    43.20    $5,289.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 10/31/2007 | Copies in October | 818 | 81.80 |

Total costs                                                        $81.80

Total amount of this bill                                      $5,371.30

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 2.10 | 125.00 | $262.50 |
| Russell E. Elebash | 1.20 | 60.00 | $72.00 |
| Shana T. Proctor | 0.50 | 60.00 | $30.00 |

Joan Davis                                                                                    Page    3

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 39.40 | 125.00 | $4,925.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _10-04-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._   Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
            (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _48945.54_

Total Amount of Previously Paid Services:  $ _48945.54_

Authorized Maximum Amount:                 $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1. Attorney - Time In Court
   Total Hours_____ @ $____ per hour        $ _0_

2. Attorney - Time Out of Court
   Total Hours _4.6_ @ $_125_ per hour        $ _575.00_

3. Non-Attorney Services Total                $ _6.00_

4. Court Reporter Services Total              $ _0_

5. Expenses Total                             $ _26.00_

   TOTAL AMOUNT DUE FOR CURRENT SERVICES      $ _607.00_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

     Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned Affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct and unpaid.

                                              _____
                                              Signature of Affiant

Sworn to and subscribed
before me this _5th_
day of _October 2007_                Erin E. Gross
_Erin E. Gross_                      Notary Public
    Notary Public                    At State at Large
                                     My Comm. Expires October 23, 2010
My commission expires: _____

REVIEW: _____      APPROVAL: _____
        Managing Attorney                      Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

October 04, 2007

INVOICE SUBMITTED TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/4/2007 | MYB | Review and analysis of documents | 0.50 | 62.50 |
|  | MYB | Plan & Prepare for telephone call | 0.30 | 37.50 |
|  | MYB | Telephone call to Attorney General's office | 0.20 | 25.00 |
| 9/5/2007 | MYB | Draft and revise correspondence | 0.90 | 112.50 |
| 9/7/2007 | REE | Letter to Joan Davis re Motion for Summary Judgment Brief | 0.10 | 6.00 |
|  | MYB | Review and analysis of court order | 0.20 | 25.00 |
|  | MYB | Draft and send correspondence | 0.10 | 12.50 |
| 9/10/2007 | MYB | Review and analysis of documents | 0.60 | 75.00 |
| 9/28/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
| | | For professional services rendered | 4.70 | $581.00 |

Joan Davis                                                                                          Page    2

Additional charges:

| | | Qty | Amount |
|---|---|---|---|
| 9/28/2007 | Copies in September | 260 | 26.00 |
| | Total costs | | $26.00 |
| | Total amount of this bill | | $607.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Russell E. Elebash | 0.10 | 60.00 | $6.00 |
| Matthew Y. Beam | 4.60 | 125.00 | $575.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _9-7-07_  Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_  v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._  Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
          (Note: Attach copy of appointment letter to Invoice.)

Total Amount of Previously Billed Services: $ _30,321.88_

Total Amount of Previously Paid Services:  $ _25,239.38_

Authorized Maximum Amount:           $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1.  Attorney - Time In Court
     Total Hours _____ @ $ ____ per hour      $ _0_

2.  Attorney - Time Out of Court
     Total Hours _145.9_ @ $ _125_ per hour     $ _18,287.50_

3.  Non-Attorney Services Total           $ _192.00_

4.  Court Reporter Services Total          $ _0_

5.  Expenses Total                 $ _194.16_

    TOTAL AMOUNT DUE FOR CURRENT SERVICES    $ _18,673.66_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _September_ _2007_

_Erin Gross_
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____          APPROVAL: _____
        Managing Attorney                            Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

September 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/2007 | REE | Telephone calls to and from Jim DeBardelaben's office re deposition exhibits for Dean Wilson, Dr. Merk and Dean Montgomery | 0.10 | 6.00 |
| | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/7/2007 | REE | Telephone conversation with Merrill Legal Solutions re deposition transcript of Bonita Owensby | 0.10 | 6.00 |
| 8/16/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| | AWC | Review and analyze depositions re summary judgment | 1.10 | 137.50 |
| 8/17/2007 | MYB | Review and analysis of documents | 3.70 | 462.50 |

Joan Davis                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/17/2007 | MYB | Review and analysis of documents | 3.50 | 437.50 |
|  | AWC | Conference with clients | 0.50 | 62.50 |
| 8/20/2007 | MYB | Review and analysis of documents | 3.20 | 400.00 |
|  | MYB | Review and analysis of documents | 4.50 | 562.50 |
| 8/21/2007 | AWC | Review and analyze issues re summary judgment | 2.80 | 350.00 |
|  | AWC | Review and analyze summary judgment arguments | 1.10 | 137.50 |
|  | MYB | Telephone calls | 0.30 | 37.50 |
|  | MYB | Draft letter | 0.20 | 25.00 |
|  | MYB | Review and analysis of documents | 3.10 | 387.50 |
|  | MYB | Review and analysis of documents | 0.80 | 100.00 |
|  | MYB | Telephone calls | 0.80 | 100.00 |
|  | MYB | Telephone calls | 0.50 | 62.50 |
|  | MYB | Draft correspondence | 0.40 | 50.00 |
|  | MYB | Review and analysis of court documents | 0.30 | 37.50 |
|  | MYB | Review and analysis of documents | 3.20 | 400.00 |
|  | MYB | Review and analysis of documents | 0.30 | 37.50 |
| 8/22/2007 | AWC | Telephone call with clients | 0.50 | 62.50 |
|  | MYB | Revise letter | 0.20 | 25.00 |
|  | MYB | Telephone calls | 0.70 | 87.50 |
|  | MYB | Review and analysis of documents | 4.00 | 500.00 |
|  | MYB | Review and analysis of documents | 3.40 | 425.00 |
|  | MYB | Review and analysis of documents | 4.10 | 512.50 |
|  | MYB | Telephone calls | 0.50 | 62.50 |
|  | AWC | Continue work on motion for summary judgment | 1.90 | 237.50 |
| 8/23/2007 | MYB | Telephone calls | 1.50 | 187.50 |
|  | MYB | Review and analysis of documents | 1.70 | 212.50 |
|  | MYB | Review and analysis of documents | 3.40 | 425.00 |
|  | MYB | Review and analysis of documents | 0.60 | 75.00 |
|  | AWC | Continue work on motion for summary judgment | 3.90 | 487.50 |
|  | REE | Draft and revise affidavit for Dr. Chambers | 0.60 | 36.00 |
|  | REE | Telephone calls to Dr. Chambers and Dean Wilson re affidavits | 0.20 | 12.00 |
| 8/24/2007 | REE | Continued revisions to affidavit of Dr. Chambers | 0.60 | 36.00 |
|  | MYB | Review and analysis of documents | 2.30 | 287.50 |
|  | MYB | Review and analysis of documents | 2.40 | 300.00 |
|  | MYB | Telephone calls and reciept and review of emails | 0.40 | 50.00 |

Joan Davis                                                              Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/24/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |
|  | MYB | Review and analysis of documents | 3.00 | 375.00 |
|  | AWC | Continue work on narrative statement of facts re motion for summary judgment | 2.80 | 350.00 |
|  | AWC | Review and analyze testimony re motion for summary judgment  argument | 2.50 | 312.50 |
| 8/26/2007 | AWC | Review and analyze evidence re summary judgment arguments | 4.90 | 612.50 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
| 8/27/2007 | REE | Telephone conversation with Julie Wood at Ingram re affidavits of Dr. Chambers and Dean Wilson | 0.10 | 6.00 |
|  | AWC | Continue work on arguments re motion for summary judgment | 4.70 | 587.50 |
|  | AWC | Draft argument re motion for summary judgment | 2.50 | 312.50 |
|  | AWC | Review and analyze current federal law | 3.60 | 450.00 |
|  | MYB | Review and analysis of documents | 4.00 | 500.00 |
|  | MYB | Review and analysis of documents | 2.00 | 250.00 |
|  | MYB | Telephone calls and emails | 0.60 | 75.00 |
| 8/28/2007 | REE | Telephone calls to Dr. Merk re information for Matt Beam | 0.10 | 6.00 |
|  | AWC | Draft argument re motion for summary judgment | 2.10 | 262.50 |
|  | AWC | Revise affidavit of Chambers re motion for summary judgment | 0.90 | 112.50 |
|  | MYB | Telephone calls and emails | 0.90 | 112.50 |
|  | MYB | Review and analysis of documents | 4.00 | 500.00 |
|  | MYB | Review and analysis of documents | 1.40 | 175.00 |
| 8/29/2007 | REE | Telephone conversation with Ingram State Technical College re notary | 0.10 | 6.00 |
|  | AWC | Meeting with client | 0.80 | 100.00 |
|  | AWC | Continue work on motion for summary judgment brief and narrative statement of facts | 14.30 | 1,787.50 |
|  | MYB | Review and analysis of documents | 4.00 | 500.00 |
|  | MYB | Review and analysis of documents | 5.20 | 650.00 |
|  | MYB | Review and analysis of documents | 1.50 | 187.50 |
| 8/30/2007 | AWC | Revise and supplement brief | 4.00 | 500.00 |
|  | AWC | Revise and supplement argument | 4.00 | 500.00 |
|  | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama defendant's Motion for Summary Judgment | 0.50 | 30.00 |

Joan Davis                                                                    Page   4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/30/2007 | MYB | Telephone calls | 0.40 | 50.00 |
|  | MYB | Review and analysis of documents | 4.00 | 500.00 |
|  | MYB | Review and analysis of documents | 3.30 | 412.50 |
| 8/31/2007 | REE | Plan and prepare electronic transmission to the United States District Court for the Middle District of Alabama voluminous exhibits to Motion for Summary Judgment | 0.70 | 42.00 |

For professional services rendered              149.10   $18,429.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 8/28/2007 | Long Distance Telephone Calls in August | 1.1 | 0.06 |
| 8/31/2007 | Copies in August | 1941 | 194.10 |

Total costs                                              $194.16

Total amount of this bill                                $18,623.66

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 58.90 | 125.00 | $7,362.50 |
| Russell E. Elebash | 3.20 | 60.00 | $192.00 |
| Matthew Y. Beam | 87.00 | 125.00 | $10,875.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _Aug. 7, 2007_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_  _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton, Jr._  Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_  _834-9950_

Date Appointed Deputy Attorney General: _October 3, 2006_
                    (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:   $ _25289.38_

Total Amount of Previously Paid Services:   $ _20924.30_

Authorized Maximum Amount:   $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

  1.  Attorney - Time In Court
      Total Hours_____ @ $____ per hour      $ _0_

  2.  Attorney - Time Out of Court
      Total Hours _39.6_ @ $ _125_ per hour     $ _4950.00_

  3.  Non-Attorney Services Total           $ _78.00_

  4.  Court Reporter Services Total         $ _0_

  5.  Expenses Total                        $ _54.50_

      TOTAL AMOUNT DUE FOR CURRENT SERVICES   $ _5082.60_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _August 2007_

_Erin E. Gross_
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires:_____

REVIEW:                          APPROVAL:
_____          _____
    Managing Attorney                 Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

August 07, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

### Professional Services

|           |     |                                                                      | Hours | Amount |
|-----------|-----|----------------------------------------------------------------------|-------|--------|
| 7/5/2007  | REE | Prepare, file and serve Re-Notice of Deposition of Bonita Owensby     | 0.20  | 12.00  |
|           | REE | Telephone conversation with Merrill Legal Solutions re deposition of Bonita Owensby | 0.10  | 6.00   |
|           | REE | Letter to Dr. Chambers and Dean Wilson re deposition of Bonita Owensby | 0.10  | 6.00   |
|           | MYB | Draft, revise and execute notice                                     | 0.30  | 37.50  |
| 7/19/2007 | REE | Reconstruction of deposition dates for Bonita Owensby                | 0.10  | 6.00   |
|           | REE | Draft of Motion for Extension of Time                               | 0.20  | 12.00  |
|           | MYB | Review and analysis of Court Orders                                  | 0.30  | 37.50  |
|           | MYB | Draft motion                                                         | 0.20  | 25.00  |
| 7/20/2007 | AWC | Revise and supplement motion for extension of time                   | 0.30  | 37.50  |

Joan Davis                                                                    Page   2

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 7/20/2007  | REE | Review and analyze Motion for Extension of Time to prepare for electronic transmission to the United States District Court for the Middle District of Alabama | 0.20  | 12.00  |
|            | MYB | Review and analysis of documents                                                          | 1.20  | 150.00 |
| 7/23/2007  | MYB | Review and analysis of documents                                                          | 1.70  | 212.50 |
|            | MYB | Telephone calls                                                                           | 0.30  | 37.50  |
|            | MYB | Review and analysis of documents                                                          | 1.40  | 175.00 |
| 7/24/2007  | JBH | Analysis of dispositive motion deadline extension and options re same                     | 0.30  | 37.50  |
|            | AWC | Review and analyze documents and materials re plaintiff's deposition                      | 1.50  | 187.50 |
|            | MYB | Review and analysis of documents                                                          | 2.50  | 312.50 |
|            | MYB | Review and analysis of documents                                                          | 2.20  | 275.00 |
|            | MYB | Review and analysis of documents                                                          | 2.50  | 312.50 |
| 7/25/2007  | REE | Letter to Ed George transmitting deposition transcripts of Dr. Chambers, Dean Wilson, Dr. Merk, Dean Montgomery, Julie Givens, Monica Greene and Barbara Hendrix | 0.10  | 6.00   |
|            | REE | Telephone call from Merrill Legal Solutions re deposition of Bonita Owensby               | 0.10  | 6.00   |
|            | MYB | Telephone calls                                                                           | 0.80  | 100.00 |
|            | MYB | Review and analysis of documents                                                          | 3.10  | 387.50 |
|            | MYB | Review and analysis of documents                                                          | 4.20  | 525.00 |
|            | MYB | Review and analysis of documents                                                          | 2.40  | 300.00 |
| 7/26/2007  | REE | Telephone calls to and from Jim DeBardelaben's office re exhibits to depositions of Dr. Merk, Dean Wilson and Dean Montgomery | 0.20  | 12.00  |
|            | AWC | Conferences with client; analysis of deposition progress                                  | 2.90  | 362.50 |
|            | MYB | Review and analysis of documents                                                          | 1.50  | 187.50 |
|            | MYB | Deposition of plaintiff                                                                   | 3.10  | 387.50 |
|            | MYB | Deposition of plaintiff                                                                   | 5.00  | 625.00 |
| 7/27/2007  | AWC | Review and analyze deposition testimony of Owensby                                        | 0.90  | 112.50 |
|            | MYB | Review and analysis of documents                                                          | 0.40  | 50.00  |
|            | MYB | Review and analysis of Court Order                                                        | 0.20  | 25.00  |
| 7/30/2007  | MYB | Telephone call                                                                            | 0.40  | 50.00  |

For professional services rendered                                          40.90   $5,028.00

Joan Davis                                                              Page    3

Additional charges:

|  |  | Qty | Amount |
|---|---|---|---|
| 7/31/2007 | Copies in July | 545 | 54.50 |
|  | Total costs |  | $54.50 |
|  | Total amount of this bill |  | $5,082.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 5.60 | 125.00 | $700.00 |
| Jack B. Hinton, Jr. | 0.30 | 125.00 | $37.50 |
| Russell E. Elebash | 1.30 | 60.00 | $78.00 |
| Matthew Y. Beam | 33.70 | 125.00 | $4,212.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD INVOICE FOR LEGAL SERVICES

Invoice Date: _07-09-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
         (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _20924.30_

Total Amount of Previously Paid Services: $ _20924.30_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

    1.  Attorney - Time In Court
        Total Hours _____ @ $ _____ per hour        $ _0_

    2.  Attorney - Time Out of Court
        Total Hours _33.6_ @ $ _125_ per hour       $ _4200.00_

    3.  Non-Attorney Services Total                 $ _84.00_

    4.  Court Reporter Services Total               $ _0_

    5.  Expenses Total                              $ _31.08_

        TOTAL AMOUNT DUE FOR CURRENT SERVICES       $ _4315.08_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

        Before me, the undersigned Notary Public, in and for the said County and State, personally appeared
the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under
oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services
performed for the STATE OF ALABAMA and are in all respects true, correct and unpaid.

                                                    _____
                                                        Signature of Affiant

Sworn to and subscribed
before me this _11th_
day of _July_ _2007_              Erin E. Gross
                                 Notary Public
_Erin E. Gross_                  AL State at Large
    Notary Public          My Comm. Expires October 23, 2010

My commission expires: _____


REVIEW: _____        APPROVAL: _____
        Managing Attorney                        Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

July 09, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

|            |     |                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------|-------|--------|
| 6/6/2007   | MYB | Review and analysis of documents                                             | 1.20  | 150.00 |
| 6/9/2007   | MYB | Review and analysis of documents                                             | 2.70  | 337.50 |
| 6/11/2007  | REE | Telephone calls to and from Jim DeBardelaben re deposition of Bonita Owensby  | 0.20  | 12.00  |
|            | REE | Prepare, file and serve Re-Notice of Deposition of Bonita Owensby            | 0.20  | 12.00  |
|            | REE | Letter to Dr. Chambers, Dean Wilson, Dean Montgomery and Dr. Merk re deposition of Bonita Owensby | 0.20  | 12.00  |
|            | MYB | Telephone calls                                                              | 0.40  | 50.00  |
|            | MYB | Review and analysis of documents                                             | 1.20  | 150.00 |
|            | MYB | Review and analysis of documents                                             | 0.50  | 62.50  |
| 6/12/2007  | MYB | Telephone calls                                                              | 0.30  | 37.50  |

Joan Davis                                                                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/13/2007 | REE | Telephone conversation with Jim DeBardelaben's office re deposition of Bonita Owensby | 0.10 | 6.00 |
|  | REE | Execute and serve Notice of Deposition for Bonita Owensby | 0.20 | 12.00 |
|  | MYB | Telephone calls | 0.20 | 25.00 |
|  | MYB | Review and analysis of documents | 0.50 | 62.50 |
| 6/14/2007 | MYB | Review and analysis of outstanding discovery issues | 0.60 | 75.00 |
|  | MYB | Review and analysis of documents | 2.30 | 287.50 |
|  | MYB | Review and analysis of outstanding discovery issues | 0.70 | 87.50 |
| 6/15/2007 | REE | Telephone calls to Dr. Merk re meeting at College with Mr. Christman and Mr. Beam | 0.10 | 6.00 |
|  | MYB | Plan & Prepare for meeting | 0.30 | 37.50 |
|  | MYB | Appearance at meetings | 2.40 | 300.00 |
|  | MYB | Draft report letter | 0.40 | 50.00 |
|  | MYB | Review and analysis of documents | 0.30 | 37.50 |
| 6/18/2007 | MYB | Revise letter | 0.20 | 25.00 |
|  | MYB | Plan & Prepare for discovery | 0.50 | 62.50 |
| 6/19/2007 | MYB | Telephone call | 0.20 | 25.00 |
|  | MYB | Telephone calls | 0.40 | 50.00 |
|  | MYB | Telephone calls | 0.30 | 37.50 |
| 6/20/2007 | MYB | Plan & Prepare for meeting | 0.50 | 62.50 |
|  | MYB | Meeting | 1.00 | 125.00 |
| 6/21/2007 | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 6/22/2007 | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 6/25/2007 | MYB | Review and analysis of recent case law | 1.50 | 187.50 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
|  | AWC | Deposition of Wilson | 1.00 | 125.00 |
|  | AWC | Review and analyze results of Wilson deposition | 0.50 | 62.50 |
| 6/26/2007 | MYB | Review and analysis of documents | 1.80 | 225.00 |
|  | MYB | Review and analysis of documents | 1.70 | 212.50 |
| 6/27/2007 | REE | Telephone conversation with Janet of Merrill Legal Solutions re cancellation of Bonita Owensby deposition | 0.10 | 6.00 |
|  | REE | Telephone conversation with Jim DeBardelaben's office re cancellation of Bonita Owensby's deposition | 0.20 | 12.00 |
|  | AWC | Deposition of Chambers | 1.50 | 187.50 |
|  | AWC | Review and analyze results of Chambers deposition | 0.90 | 112.50 |

Joan Davis                                                                      Page    3

|            |     |                                                      | Hours | Amount   |
|------------|-----|------------------------------------------------------|-------|----------|
| 6/27/2007  | MYB | Calls to plaintiffs counsel re: depositions          | 0.20  | 25.00    |
|            | MYB | Draft, revise and execute letter to plaintiffs counsel re: depositions | 0.30  | 37.50    |
|            | MYB | Review and analysis of documents                     | 0.60  | 75.00    |
| 6/28/2007  | MYB | Review and analysis of documents                     | 0.40  | 50.00    |
| 6/29/2007  | REE | Telephone calls to and from Jim DeBardelaben's office re deposition of Bonita Owensby | 0.10  | 6.00     |
|            | AWC | Review and analyze evidence                          | 1.50  | 187.50   |

For professional services rendered                                    35.00   $4,284.00

Additional charges:

|            |                                       | Qty  |        |
|------------|---------------------------------------|------|--------|
| 6/15/2007  | Long Distance Telephone Calls in June | 1.6  | 0.08   |
| 6/29/2007  | Copies in June                        | 310  | 31.00  |

Total costs                                                                $31.08

Total amount of this bill                                                   $4,315.08

Timekeeper Summary

| Name               | Hours | Rate   | Amount    |
|--------------------|-------|--------|-----------|
| Andrew W Christman | 5.40  | 125.00 | $675.00   |
| Russell E. Elebash | 1.40  | 60.00  | $84.00    |
| Matthew Y. Beam    | 28.20 | 125.00 | $3,525.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.485 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Joan Davis                                                                    Page    4

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Invoice Date: _6-5-07_ Department or Agency: _Postsecondary Education_

Style of Case _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
                    (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _20,091.60_

Total Amount of Previously Paid Services:   $ _17,882.10_

Authorized Maximum Amount:                  $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

| | | |
|---|---|---|
| 1. | Attorney - Time In Court<br>Total Hours _____ @ $ _____ per hour | $ _____ |
| 2. | Attorney - Time Out of Court<br>Total Hours _6.1_ @ $_125.00_ per hour | $ _762.50_ |
| 3. | Non-Attorney Services Total _1.10_ @ _60.00_ | $ _66.00_ |
| 4. | Court Reporter Services Total | $ _____ |
| 5. | Expenses Total | $ _4.20_ |
| | TOTAL AMOUNT DUE FOR CURRENT SERVICES | $ _832.70_ |

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects just, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _7th_
day of _June 2007_.

_Sherri C. Horton_
Notary Public          Sherri C. Horton
                        Notary Public
                        AL State at Large
My commission expires: My Comm. Expires June 28, 2010

REVIEW: _____        APPROVAL: _____
         Managing Attorney                        Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

June 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2007 | AWC | Review and revise letter to plaintiff's counsel | 0.10 | 12.50 |
| | MYB | Revise and execute correspondence | 0.10 | 12.50 |
| | REE | Telephone conversation with Dana Goolsby of Jim DeBardelaben's office re setting dates for depositions | 0.10 | 6.00 |
| | REE | Emails to and from Dana Goolsby of Jim DeBardelaben's office re deposition dates for Monica Greene, Julie Givens, Barbara Hendrix, Bonita Owensby, Douglass Chambers, James Wilson, Malcom Montgomery and James Merk | 0.20 | 12.00 |
| | REE | Letter to Dr. Chambers, Dean Wilson, Dr. Merk and Dean Montgomery re deposition dates for all parties involved | 0.10 | 6.00 |

Joan Davis                                                                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2007 | REE | Telephone call from Dr. Chambers re changes to deposition schedule | 0.10 | 6.00 |
| 5/24/2007 | MYB | Review and analysis of documents | 0.20 | 25.00 |
|  | REE | Draft, finalize and execute Notice of Deposition for Bonita Owensby | 0.40 | 24.00 |
|  | REE | Telephone conversation with Jim DeBardelaben's office re depositions | 0.10 | 6.00 |
| 5/28/2007 | AWC | Review and analyze deposition exhibits re deposition of plaintiff | 0.80 | 100.00 |
| 5/29/2007 | MYB | Review and analysis of discovery issues | 0.40 | 50.00 |
|  | REE | Telephone conversation with Jim DeBardalaben's office re depositions | 0.10 | 6.00 |
| 5/30/2007 | MYB | Review and analysis of recent Supreme Court case law re: Title VII litigation | 0.90 | 112.50 |
|  | MYB | Plan & Prepare for deposition | 0.90 | 112.50 |
|  | MYB | Review and analysis of documents | 0.70 | 87.50 |
|  | MYB | Revise and execute deposition notice | 0.20 | 25.00 |
|  | MYB | Plan & Prepare for deposition | 0.40 | 50.00 |
|  | AWC | Review and analyze recent federal law | 1.00 | 125.00 |
| 5/31/2007 | MYB | Review and analysis of documents | 0.40 | 50.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 7.20 | $828.50 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 5/31/2007 | Copies in May | 42 | 4.20 |

| | |
|---|---|
| Total costs | $4.20 |
| Total amount of this bill | $832.70 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 1.90 | 125.00 | $237.50 |
| Russell E. Elebash | 1.10 | 60.00 | $66.00 |
| Matthew Y. Beam | 4.20 | 125.00 | $525.00 |

Charges for expenses and disbursements:

Joan Davis                                                                    Page    3

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
WARRANT INFORMATION FOR LEGAL SERVICES

Invoice Date: _5·3·07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J. F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B Hinton Jr._ Social Security # _____

Mailing Address: _P. O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
                    (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _17,882.10_

Total Amount of Previously Paid Services: $ _17,882.10_

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

| | | |
|---|---|---|
| 1. Attorney – Time In Court<br>Total Hours ____ @ $ ____ per hour | $ | |
| 2. Attorney – Time Out of Court<br>Total Hours _17.60_ @ $ _125.00_ per hour | $ | _2,200.00_ |
| 3. Non-Attorney Services Total | $ | _0_ |
| 4. Court Reporter Services Total | $ | _0_ |
| 5. Expenses Total | $ | _9.50_ |
| TOTAL AMOUNT DUE FOR CURRENT SERVICES | $ | _2,209.50_ |

STATE OF ALABAMA
_Montgomery_ COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _8th_
day of _May 2007_.

_____
Notary Public

Sherri C. Horton
Notary Public
AL State at Large
My commission expires: _My Comm. Expires June 28, 2010_

REVIEW: _____      APPROVAL: _____
         Managing Attorney                        Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

May 03, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:               5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
| 4/3/2007 | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 4/4/2007 | MYB | Review and analysis of claims | 0.40 | 50.00 |
| 4/6/2007 | MYB | Telephone call | 0.20 | 25.00 |
| | MYB | Telephone conference | 0.80 | 100.00 |
| 4/9/2007 | MYB | Review and analysis of claims | 0.80 | 100.00 |
| | MYB | Plan & Prepare for meeting and review of documentation | 0.50 | 62.50 |
| 4/10/2007 | MYB | Plan & Prepare for meeting | 0.50 | 62.50 |
| | MYB | Meeting with clients | 1.80 | 225.00 |
| | MYB | Review and analysis of claims | 1.40 | 175.00 |
| | MYB | Review and analysis of claims | 2.10 | 262.50 |
| | MYB | Review and analysis of documents | 2.30 | 287.50 |
| 4/13/2007 | MYB | Review and analysis of documents | 0.80 | 100.00 |

Joan Davis                                                                                    Page    2

|            |     |                                  | Hours | Amount |
|------------|-----|----------------------------------|-------|--------|
| 4/17/2007  | MYB | Review and analysis of documents | 0.80  | 100.00 |
| 4/30/2007  | MYB | Draft correspondence             | 0.50  | 62.50  |
|            | MYB | Review and analysis of documents | 2.50  | 312.50 |

For professional services rendered                                      17.60    $2,200.00

Additional charges:

|            |                  | Qty |      |
|------------|------------------|-----|------|
| 4/30/2007  | Copies in April  | 95  | 9.50 |

Total costs                                                                       $9.50

Total amount of this bill                                                      $2,209.50

Timekeeper Summary

| Name            | Hours | Rate   | Amount    |
|-----------------|-------|--------|-----------|
| Matthew Y. Beam | 17.60 | 125.00 | $2,200.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

Case 2:06-cv-00796-WKW-CSC    Document 39-2    Filed 03/07/2008    Page 40 of 70

STATE OF ALABAMA
STANDARD INVOICE/PROPOSAL

5880

Invoice Date: 4-6-07  Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby  v. J.F. Ingram Technical College

Court: US Middle Dist.  Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere, Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B. Hinton Jr.  Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
            (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:  $ 14299.70

Total Amount of Previously Paid Services:  $ 14299.70

Authorized Maximum Amount:  $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

1. Attorney - Time In Court
   Total Hours____ @ $____ per hour      $ 0

2. Attorney - Time Out of Court
   Total Hours 26.3 @ $____ per hour     $ 3537.50

3. Non-Attorney Services Total              $ 24.00

4. Court Reporter Services Total            $ 0

5. Expenses Total                           $ 20.90

**TOTAL AMOUNT DUE FOR CURRENT SERVICES**   $ 3582.40

STATE OF ALABAMA
Montgomery COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this 10th
day of April 2007.

Erin E. Gross
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires:_____

REVIEW: _____        APPROVAL: _____
         Managing Attorney                      Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

April 06, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I D  NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

### Professional Services

| Date | | | | Hours | Amount |
|------|------|------|--------------------------------------------|------|--------|
| 3/6/2007 | MYB | | Phone call | 0.20 | 25.00 |
| | MYB | | Phone call | 0.10 | 12.50 |
| | MYB | | Phone call | 0.20 | 25.00 |
| | MYB | | Review and analyze fax | 0.20 | 25.00 |
| 3/7/2007 | MYB | | Draft report letter to Examiners of Public Accounts | 0.40 | 50.00 |
| 3/8/2007 | MYB | | Meeting | 0.40 | 50.00 |
| 3/9/2007 | AWC | | Revise and supplement Owensby requests for production | 0.20 | 25.00 |
| | MYB | | Review and analyze federal case law | 0.60 | 75.00 |
| 3/12/2007 | MYB | | Review and analzye case law | 0.30 | 37.50 |
| | MYB | | Review case law | 1.20 | 150.00 |
| 3/13/2007 | MYB | | Review and analyze claims | 1.30 | 162.50 |
| | MYB | | Review and analyze federal case law | 0.50 | 62.50 |

Joan Davis                                                                Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/13/2007 | AWC | Continue work on discovery issues | 1.60 | 200.00 |
| 3/14/2007 | MYB | Revise and send discovery | 0.20 | 25.00 |
|  | MYB | Draft, revise and execute letter to Examiners of Public Accounts | 0.40 | 50.00 |
| 3/15/2007 | REE | File and serve Interrogatories and Requests for Production to Barbara Hendrix | 0.20 | 12.00 |
| 3/16/2007 | MYB | Plan & Prepare discovery | 0.20 | 25.00 |
| 3/20/2007 | MYB | Review and analysis of claims | 0.50 | 62.50 |
| 3/21/2007 | REE | Research to compile documents for Dean Wilson | 0.20 | 12.00 |
|  | MYB | Review and analysis of documents | 0.40 | 50.00 |
| 3/22/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
|  | MYB | Draft memo to file | 0.90 | 112.50 |
|  | MYB | Review and analysis of documents | 0.90 | 112.50 |
|  | MYB | Review and analyze issues | 1.20 | 150.00 |
|  | MYB | Review and analysis of claims | 1.20 | 150.00 |
|  | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 3/23/2007 | MYB | Review and analysis of claims | 1.50 | 187.50 |
|  | MYB | Review and analysis of case law | 1.20 | 150.00 |
| 3/26/2007 | MYB | Review and analysis of claims | 0.60 | 75.00 |
| 3/28/2007 | MYB | Review and analysis of claims | 1.30 | 162.50 |
|  | MYB | Review and analysis of claims | 0.70 | 87.50 |
| 3/29/2007 | MYB | Review and analysis of claims | 1.20 | 150.00 |
|  | MYB | Review and analysis of claims | 0.30 | 37.50 |
| 3/30/2007 | MYB | Review and analysis of claims | 1.70 | 212.50 |
|  | MYB | Review and analysis of claims | 1.50 | 187.50 |
|  | MYB | Review and analyze claims | 1.60 | 200.00 |
|  | MYB | Review and analysis of claims | 1.40 | 175.00 |

For professional services rendered          28.70   $3,561.50

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 3/30/2007 | Copies in March | 209 | 20.90 |

Total costs                                          $20.90

Total amount of this bill                     $3,582.40

Joan Davis                                                                          Page    3

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 1.80 | 125.00 | $225.00 |
| Russell E. Elebash | 0.40 | 60.00 | $24.00 |
| Matthew Y. Beam | 26.50 | 125.00 | $3,312.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
COMBINED INVOICE FOR LEGAL SERVICE

Invoice Date: 03-08-07  Department or Agency: Postsecondary Education

Style of Case: Bonita J. Owensby           v. J.F. Ingram Technical College

Court: US Middle Dist.  Case Number: 2:06 CV-796-WKW Assigned Judge: Keith Watkins

Name of Law Firm: Gidiere, Hinton, Herndon & Christman

Mailing Address: P.O. Box 4190, Montgomery AL 36103

Business Phone: Area Code 334  834-9950 Law Firm Taxpayer ID # 63-1159115

Name of Attorney: Jack B. Hinton, Jr.  Social Security #

Mailing Address: P.O. Box 4190, Montgomery, AL 36103

Business Phone: Area Code 334  834-9950

Date Appointed Deputy Attorney General: October 3 2006
            (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ 12,999.70

Total Amount of Previously Paid Services:  $ 3531.70

Authorized Maximum Amount:         $

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

   1.  Attorney – Time In Court
       Total Hours_____ @ $____ per hour       $        0

   2.  Attorney – Time Out of Court
       Total Hours 10.3 @ $125 per hour      $  1287.50

   3.  Non-Attorney Services Total           $        0

   4.  Court Reporter Services Total          $        0

   5.  Expenses Total                         $    12.50

   TOTAL AMOUNT DUE FOR CURRENT SERVICES    $  1300.00

STATE OF ALABAMA
Montgomery COUNTY

**A F F I D A V I T**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this
day of March, 2007

_____
Notary Public

Shana T. Proctor
Notary Public, AL State at Large
My Commission expires 08/01/2010

My commission expires:

REVIEW: _____        APPROVAL: _____
        Managing Attorney                        Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN

P. O. BOX 4190

MONTGOMERY, ALABAMA 36103

March 08, 2007

INVOICE SUBMITTED
TO:

Joan Davis
General Counsel & Vice Chancellor of Leg
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                    5830

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2007 | MYB | Plan & Prepare for meeting | 0.60 | 75.00 |
| | MYB | Draft memo re: contents of file | 0.90 | 112.50 |
| 2/2/2007 | MYB | Draft memo | 0.40 | 50.00 |
| | MYB | Review and analysis of documents | 0.90 | 112.50 |
| 2/6/2007 | JBH | Telephone conversation | 0.10 | 12.50 |
| 2/7/2007 | MYB | Review and analysis of documents | 2.20 | 275.00 |
| 2/11/2007 | MYB | Draft report letter | 0.60 | 75.00 |
| 2/12/2007 | MYB | Revise report letter | 0.30 | 37.50 |
| 2/13/2007 | MYB | Phone call | 0.20 | 25.00 |
| | MYB | Review and analysis of documents | 0.30 | 37.50 |
| | MYB | Review and analysis of Civil Procedure Rules | 0.30 | 37.50 |
| 2/14/2007 | MYB | Draft letter | 0.20 | 25.00 |
| | MYB | Revise and execute letter | 0.20 | 25.00 |

Joan Davis                                                                  Page    2

|            |     |                              | Hours | Amount   |
|------------|-----|------------------------------|-------|----------|
| 2/15/2007  | MYB | Phone call                   | 0.30  | 37.50    |
|            | MYB | Draft documents              | 0.30  | 37.50    |
|            | MYB | Review and analysis of fax   | 0.30  | 37.50    |
| 2/21/2007  | MYB | Draft memo                   | 0.50  | 62.50    |
|            | MYB | Review and analyze file      | 1.30  | 162.50   |
| 2/26/2007  | MYB | Meeting                      | 0.20  | 25.00    |
| 2/28/2007  | MYB | Revise documents             | 0.20  | 25.00    |

For professional services rendered                   10.30    $1,287.50

Additional charges:

|           |                    | Qty |       |
|-----------|--------------------|-----|-------|
| 2/28/2007 | Copies in February | 125 | 12.50 |

Total costs                                                     $12.50

Total amount of this bill                                    $1,300.00

Timekeeper Summary

| Name                | Hours | Rate   | Amount    |
|---------------------|-------|--------|-----------|
| Jack B. Hinton, Jr. | 0.10  | 125.00 | $12.50    |
| Matthew Y. Beam     | 10.20 | 125.00 | $1,275.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you. We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA

Invoice Date: __02-09-07__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J.F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06 CV-796-WKW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere Hinton, Herndon & Christman__

Mailing Address: __P. O. Box 4190, Montgomery AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID #__63-1159115__

Name of Attorney: __Jack B Hinton Jr.__ Social Security #_____

Mailing Address: __P. O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
(Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ __3531.70__

Total Amount of Previously Paid Services: $ __3531.70__

Authorized Maximum Amount: $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

1.  Attorney - Time In Court
    Total Hours_____ @ $_____ per hour          $ __0__

2.  Attorney - Time Out of Court
    Total Hours __74.7__ @ $ __125__ per hour       $ __9337.50__

3.  Non-Attorney Services Total                    $ __0__

4.  Court Reporter Services Total                  $ __0__

5.  Expenses Total                                 $ __130.50__

    TOTAL AMOUNT DUE FOR CURRENT SERVICES          $ __9468.00__

STATE OF ALABAMA
__Montgomery__ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct and unpaid.

Signature of Affiant

Sworn to and subscribed
before me this __12th__
day of __February 2007__

__Erin E. Gross__
Notary Public

My commission expires:_____

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

REVIEW: _____          APPROVAL: _____
        Managing Attorney                   Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103

February 09, 2007

INVOICE SUBMITTED
TO:

J.F. Ingram State Technical College

Accounts Payable
P.O. Box 220350
Deatsville AL 36022-0350

TAX I D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

Professional Services

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/3/2007 | MYB | Phone call with James Wilson | 0.30 | 37.50 |
| 1/4/2007 | MYB | Review and analysis of federal case law re: discrimination claims | 2.40 | 300.00 |
| | MYB | Review and analysis of federal case law | 2.10 | 262.50 |
| 1/5/2007 | MYB | Review and analysis of claims filed with EEOC | 1.50 | 187.50 |
| | MYB | Review and analysis of response to EEOC claim | 2.10 | 262.50 |
| | MYB | Review and analysis of federal case law re: discrimination | 1.20 | 150.00 |
| 1/9/2007 | MYB | Meeting with Ed George | 1.30 | 162.50 |
| | MYB | Phone call to Ed George | 0.20 | 25.00 |
| 1/10/2007 | MYB | Review and analysis of federal case law re: employment and Title VII | 1.80 | 225.00 |

J.F. Ingram State Technical College                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2007 | MYB | Review and analysis of federal case law addressing employment | 0.90 | 112.50 |
| 1/11/2007 | MYB | Review and analysis of federal case law re: employment | 1.40 | 175.00 |
|  | MYB | Review and analysis of federal case law re: discrimination | 1.40 | 175.00 |
| 1/17/2007 | MYB | Review and analysis of Title VII and federal case law | 2.20 | 275.00 |
|  | MYB | Review and analyze claims | 1.20 | 150.00 |
|  | MYB | Plan & Prepare for meeting with Dr. Chambers, Dr. Merk and Dean Wilson | 1.30 | 162.50 |
|  | MYB | Review and analyze application of federal case law to claims | 1.80 | 225.00 |
| 1/18/2007 | MYB | Meeting with clients and Ed George | 3.30 | 412.50 |
|  | MYB | Review and analysis of federal case law re: discrimination | 2.20 | 275.00 |
| 1/19/2007 | MYB | Review and analysis of claims | 1.40 | 175.00 |
| 1/22/2007 | MYB | Review and analyze documents provided by Douglas Chambers regarding J.F. Ingram's financial reporting | 1.50 | 187.50 |
|  | MYB | Review and analyze inter-office memos regarding job performances and the functioning of the business office | 2.10 | 262.50 |
|  | MYB | Review and analyze records and associated documents from the Examiners of Public Accounts re: J.F. Ingram | 2.80 | 350.00 |
|  | MYB | Draft letter re: meeting with clients | 1.10 | 137.50 |
| 1/23/2007 | MYB | Review and analzye documents re: operation of J.F. Ingram | 2.50 | 312.50 |
|  | MYB | Review and analyze documents re: operation of J.F. Ingram | 2.30 | 287.50 |
|  | MYB | Draft report letter re: meeting with clients | 0.80 | 100.00 |
|  | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/24/2007 | MYB | Revise report letter to Joan Davis re: January 18 meeting | 0.60 | 75.00 |
|  | MYB | Draft report letter to Joan Davis re: document review | 0.60 | 75.00 |
|  | MYB | Review and analyze documents | 1.90 | 237.50 |
|  | MYB | Draft and revise report letter | 1.40 | 175.00 |
|  | MYB | Review and analysis of documents related to the operation of J.F. Ingram | 1.60 | 200.00 |

J.F. Ingram State Technical College

Page   3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/24/2007 | MYB | Review and analysis of documents re: employment | 1.20 | 150.00 |
| 1/25/2007 | MYB | Draft, revise and execute letter | 0.80 | 100.00 |
| | MYB | Review and analyze documentation | 1.80 | 225.00 |
| | MYB | Review and analyze documents re: J.F. Ingram | 1.50 | 187.50 |
| | MYB | Review and analyze documents | 1.30 | 162.50 |
| | MYB | Review and analysis of documents related to operation of J.F. Ingram | 0.80 | 100.00 |
| 1/28/2007 | MYB | Review and analyze documents | 1.60 | 200.00 |
| 1/29/2007 | MYB | Review and analyze documents | 2.50 | 312.50 |
| | MYB | Review and analyze documents | 3.30 | 412.50 |
| 1/30/2007 | MYB | Review and analysis of documents | 1.60 | 200.00 |
| 1/31/2007 | MYB | Revise correspondence re: response to correspondence from plaintiff's counsel | 0.90 | 112.50 |
| | MYB | Draft memo re: investigative file | 1.60 | 200.00 |
| | MYB | Review and analyze investigative documents | 1.80 | 225.00 |
| | MYB | Phone call from Dr. Chambers | 0.30 | 37.50 |
| | MYB | Phone call to Ed George | 0.20 | 25.00 |
| | MYB | Phone call to Joan Davis | 0.30 | 37.50 |
| | MYB | Review and analysis of investigative file | 1.60 | 200.00 |
| | MYB | Review and analysis of documents | 0.70 | 87.50 |
| | MYB | Review and analysis of documents | 0.90 | 112.50 |

For professional services rendered

74.70   $9,337.50

Additional charges:

| | | Qty | |
|---|---|---|---|
| 1/30/2007 | Copies in January | 1305 | 130.50 |

Total costs

$130.50

Total amount of this bill

$9,468.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Y. Beam | 74.70 | 125.00 | $9,337.50 |

J.F. Ingram State Technical College                                         Page   4

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will
find this statement to be in order, but if you have any questions concerning it, please do
not hesitate to contact us at (334) 834-9950.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA

Invoice Date: _01-05-07_ Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_ v. _J.F. Ingram Technical College_

Court: _US Middle Dist._ Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere, Hinton, Herndon & Christman_

Mailing Address: _P.O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_ _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._ Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_ _834-9950_

Date Appointed Deputy Attorney General: _October 3 2006_
        (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _2959.00_

Total Amount of Previously Paid Services: $ _2381.80_

Authorized Maximum Amount: $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

| | | |
|---|---|---|
| 1. | Attorney - Time In Court<br>Total Hours _____ @ $ _____ per hour | $ _0_ |
| 2. | Attorney - Time Out of Court<br>Total Hours _4.4_ @ $ _125_ per hour | $ _550.00_ |
| 3. | Non-Attorney Services Total | $ _18.00_ |
| 4. | Court Reporter Services Total | $ _0_ |
| 5. | Expenses Total | $ _4.70_ |

**TOTAL AMOUNT DUE FOR CURRENT SERVICES** $ _572.70_

STATE OF ALABAMA
_Montgomery_ COUNTY

**AFFIDAVIT**

Before me, the undersigned Notary Public, in and for the said County and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _10th_
day of _January_ _2007_

_Erin W. Gross_
Notary Public

Erin E. Gross
Notary Public
AL State at Large
My Comm. Expires October 23, 2010

My commission expires: _____

REVIEW: _____    APPROVAL: _____
        Managing Attorney                        Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190

MONTGOMERY, ALABAMA  36103

January 05, 2007

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:          5830

Professional Services

|  | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2006 | MYB | Phone call from Dr. Chambers re: discovery | 0.20 | 25.00 |
| 12/7/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.30 | 37.50 |
|  | MYB | Draft and revise discovery plan to file with court | 0.70 | 87.50 |
|  | MYB | Review, execute and file discovery plan | 0.40 | 50.00 |
| 12/18/2006 | AWC | Draft additional interrogatories and discovery re alleged discrimination and disparate treatment | 0.80 | 100.00 |
| 12/28/2006 | REE | Execute Interrogatories to Plaintiff and serve same upon Jim DeBardelaben | 0.30 | 18.00 |
|  | MYB | Revise and execute interrogatories to be sent to plaintiff | 0.50 | 62.50 |

Joan Davis                                                                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/29/2006 | MYB | Review and analyze Alabama case law addressing sex discrimination and employment | 1.50 | 187.50 |
|  |  | For professional services rendered | 4.70 | $568.00 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 12/31/2006 | Copies in December | 47 | 4.70 |
|  | Total costs |  | $4.70 |
|  | Total amount of this bill |  | $572.70 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew W Christman | 0.80 | 125.00 | $100.00 |
| Russell E. Elebash | 0.30 | 60.00 | $18.00 |
| Matthew Y. Beam | 3.60 | 125.00 | $450.00 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost

Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
STANDARD DEPARTMENT LEGAL SERVICES INVOICE

Invoice Date: _12-6-06_    Department or Agency: _Postsecondary Education_

Style of Case: _Bonita J. Owensby_    v. _J.F. Ingram Technical College_

Court: _US Middle Dist._  Case Number: _2:06 CV-796-WKW_ Assigned Judge: _Keith Watkins_

Name of Law Firm: _Gidiere, Hinton, Herndon & Christman_

Mailing Address: _P. O. Box 4190, Montgomery AL 36103_

Business Phone: Area Code _334_  _834-9950_ Law Firm Taxpayer ID # _63-1159115_

Name of Attorney: _Jack B. Hinton Jr._    Social Security # _____

Mailing Address: _P.O. Box 4190, Montgomery, AL 36103_

Business Phone: Area Code _334_  _834-9950_

Date Appointed Deputy Attorney General: _October 3, 2006_
            (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services: $ _2381.80_

Total Amount of Previously Paid Services: $ _2381.80_

Authorized Maximum Amount:      $ _____

**CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):**

    1.  Attorney - Time In Court
        Total Hours _____ @ $ ____ per hour        $ _-0-_

    2.  Attorney - Time Out of Court
        Total Hours _4.6_ @ $ _125_ per hour       $ _575.00_

    3.  Non-Attorney Services Total                 $ _-0-_

    4.  Court Reporter Services Total               $ _-0-_

    5.  Expenses Total                              $ _2.20_

    TOTAL AMOUNT DUE FOR CURRENT SERVICES           $ _577.20_

STATE OF ALABAMA
_Montgomery_ COUNTY

A F F I D A V I T

Before me, the undersigned Notary Public, in and for the said county and State, personally appeared the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

_____
Signature of Affiant

Sworn to and subscribed
before me this _20th_
day of _December, 2006_

_____
Notary Public

**Shana T. Proctor**
Notary Public, AL State at Large
My Commission expires 08/01/2010

My commission expires: _____

REVIEW: _____        APPROVAL: _____
        Managing Attorney                       Department Head

IN ACCOUNT WITH

# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA 36103

December 06, 2006

INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130

TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES

Please reference our file no:                5830

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | AWC | Review and analyze first draft of report of parties planning meeting prepared by plaintiff's counsel | 0.30 | 37.50 |
|  | AWC | Review and analyze federal rules re report of planning meeting and scheduling conference | 0.30 | 37.50 |
|  | AWC | Telephone call to plaintiff's counsel re planning meeting | 0.10 | 12.50 |
| 11/15/2006 | MYB | Draft interrogatories to be served on plaintiff | 0.50 | 62.50 |
| 11/16/2006 | MYB | Receipt and review of email from plaintiff regarding notice of appearance | 0.10 | 12.50 |
|  | MYB | Receipt and review of email re: notice of appearance of counsel | 0.10 | 12.50 |

Joan Davis                                                            Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2006 | MYB | Revise interrogatories to be served on plaintiff | 0.30 | 37.50 |
| 11/17/2006 | MYB | Receipt and review of email re: canceling of scheduling conference | 0.10 | 12.50 |
|  | MYB | Receipt and review of email regarding order referring case from Magistrate to Judge Watkins | 0.10 | 12.50 |
|  | MYB | Receipt and review of email re: deadline for discovery plan | 0.10 | 12.50 |
| 11/20/2006 | JBH | Receipt and review of Notice of Appearance of Jim DeBardelaben | 0.10 | 12.50 |
|  | JBH | Report letter re Notice of Appearance of Jim DeBardelaben | 0.20 | 25.00 |
|  | MYB | Review and analysis of Order re: Rule 26(f) discovery plan | 0.20 | 25.00 |
|  | MYB | Review and analyze Order removing Magistrate from case | 0.20 | 25.00 |
|  | MYB | Review and analysis of requirements in Federal Rules of Civil Procedure for discovery plan and scheduling of trial | 0.80 | 100.00 |
| 11/21/2006 | JBH | Receipt and review of Orders from Judge Coody and Judge Watkins re Hearing and Rule 26 Disclosure obligations | 0.10 | 12.50 |
| 11/28/2006 | MYB | Phone call to plaintiff's counsel re: discovery plan | 0.20 | 25.00 |
|  | MYB | Review and analysis of plaintiff's counsel proposed discovery plan | 0.40 | 50.00 |
| 11/29/2006 | MYB | Phone call from Ed George re: proposed discovery plan | 0.20 | 25.00 |
| 11/30/2006 | MYB | Phone call to Dr. Chambers re: discovery plan and posture of the case | 0.20 | 25.00 |

For professional services rendered                           4.60    $575.00

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 11/29/2006 | Copies in November | 22 | 2.20 |

Total costs                                                          $2.20

Total amount of this bill                                          $577.20

Joan Davis                                                                                    Page    3

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew W Christman | 0.70 | 125.00 | $87.50 |
| Jack B. Hinton, Jr. | 0.40 | 125.00 | $50.00 |
| Matthew Y. Beam | 3.50 | 125.00 | $437.50 |

Charges for expenses and disbursements:

In-house photocopying--$0.10 per page
Mileage--$0.445 per mile (or latest government rate)

All other expenses and disbursement are billed at actual cost


Thank you for giving us the opportunity to be of service to you.  We trust that you will find this statement to be in order, but if you have any questions concerning it, please do not hesitate to contact us.

GIDIERE, HINTON, HERNDON & CHRISTMAN

STATE OF ALABAMA
Case 2:06-cv-WKW-CSC  Document 39-5  Filed 03/07/2008    Page 66 of 70
~~COMBINED INDIVIDUAL~~

Invoice Date: __11-6-06__ Department or Agency: __Postsecondary Education__

Style of Case: __Bonita J. Owensby__ v. __J.F. Ingram Technical College__

Court: __US Middle Dist.__ Case Number: __2:06 CV-796-WKW__ Assigned Judge: __Keith Watkins__

Name of Law Firm: __Gidiere, Hinton, Herndon & Christman__

Mailing Address: __P. O. Box 4190, Montgomery AL 36103__

Business Phone: Area Code __334__ __834-9950__ Law Firm Taxpayer ID # __63-1159115__

Name of Attorney: __Jack B. Hinton Jr.__ Social Security # _____

Mailing Address: __P. O. Box 4190, Montgomery, AL 36103__

Business Phone: Area Code __334__ __834-9950__

Date Appointed Deputy Attorney General: __October 3 2006__
            (Note: Attach copy of appointment letter to invoice.)

Total Amount of Previously Billed Services:    $ __0__

Total Amount of Previously Paid Services:      $ __0__

Authorized Maximum Amount:                     $ _____

CURRENT SERVICES (AS ITEMIZED IN DETAIL ON ATTACHED DOCUMENTS):

    1.  Attorney - Time In Court
        Total Hours __1.0__ @ $__125__ per hour      $ __125.00__

    2.  Attorney - Time Out of Court
        Total Hours __179__ @ $__125__ per hour       $ __2237.50__

    3.  Non-Attorney Services Total                   $ __12.00__

    4.  Court Reporter Services Total                 $ __0__

    5.  Expenses Total                                $ __7.30__

    TOTAL AMOUNT DUE FOR CURRENT SERVICES             $ __2381.80__

---

STATE OF ALABAMA
__Montgomery__ COUNTY

                    A F F I D A V I T

    Before me, the undersigned Notary Public, in and for the said County and State, personally appeared
the undersigned affiant, who is known to me and after first being duly sworn by me deposes and states under
oath as follows: that the claims for payment herewith made against the STATE OF ALABAMA reflect actual services
performed for the STATE OF ALABAMA and are in all respects true, correct, and unpaid.

                                              _____
                                              Signature of Affiant

Sworn to and subscribed
before me this __9th__
day of __November 2006__

__Sherri C. Horton__          Sherri C. Horton
Notary Public                 Notary Public
                              AL State at Large
My commission expires: ____   My Comm. Expires June 28, 2010

---

REVIEW: _____        APPROVAL: _____
        Managing Attorney                 Department Head

IN ACCOUNT WITH
# GIDIERE, HINTON, HERNDON & CHRISTMAN
P. O. BOX 4190
MONTGOMERY, ALABAMA  36103


November 06, 2006


INVOICE SUBMITTED
TO:

Joan Davis

General Counsel & Vice Chancellor of Legal & Human
Resources
State of Alabama
P.O. Box 312130
Montgomery AL 36130-2130


TAX I.D. NO 63-1159115

FOR PROFESSIONAL SERVICES


Please reference our file no:            5830


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/2/2006 | MYB | Phone call to Joan Davis to discuss representation. | 0.20 | 25.00 |
| | MYB | Receipt, review and analysis of complaint. | 0.50 | 62.50 |
| 10/3/2006 | MYB | Review and analyze complaint; develop affirmative defenses to assert in Answer. | 0.40 | 50.00 |
| | MYB | Meet with Ed Goerge to discuss the EEOC phase of the case as well as strategies for posturing the case for summary judgment. | 1.40 | 175.00 |
| | MYB | Review and analyze materials provided by Ed George regarding the EEOC complaint and response. | 1.20 | 150.00 |
| 10/4/2006 | MYB | Draft Answer to Complaint. | 0.30 | 37.50 |
| | JBH | Telephone conversation with Keith Miller re Answer to Complaint and companion case | 0.30 | 37.50 |

Joan Davis                                                          Page   2

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 10/4/2006  | JBH | Receipt and review of letter from Attorney General re Legal Services Contract                 | 0.10  | 12.50  |
| 10/9/2006  | JBH | Receipt and review of letter from State of Alabama re representation rate                     | 0.10  | 12.50  |
| 10/10/2006 | MYB | Phone call to Dr. Chambers to discuss nature of the case and set up meeting.                  | 0.50  | 62.50  |
| 10/11/2006 | MYB | Review and analysis of the federal rules of civil procedure in preparation for court ordered scheduling and status conference. | 0.60 | 75.00 |
| 10/12/2006 | MYB | Plan & Prepare for meeting with Dr. Chambers and Dean Wilson at J. F. Ingram.                 | 0.50  | 62.50  |
| 10/13/2006 | MYB | Travel to and from J.F. Ingram; meeting with Dr. Chambers and Dean Wilson re: nature of claim and plaintiff. | 3.20 | 400.00 |
|            | MYB | Phone call to Ed George to discuss EEOC response and discovery to be served on plaintiff.     | 0.30  | 37.50  |
|            | MYB | Phone call to Judge Coody's office to confirm status and scheduling conference and needed preparation for conference. | 0.20 | 25.00 |
| 10/19/2006 | MYB | Review and analysis of EEOC claim and how Alabama courts have treated a defendant named in a lawsuit after not being named in EEOC complaint. | 1.50 | 187.50 |
| 10/20/2006 | JBH | Review and execute Notice of Appearance                                                       | 0.10  | 12.50  |
|            | MYB | Review and analysis of issues in case in order to begin drafting written discovery.          | 1.70  | 212.50 |
|            | REE | File Notice of Appearance for Jack B. Hinton, Jr. in the United States District Court for the Middle District of Alabama Northern Division | 0.20 | 12.00 |
| 10/23/2006 | MYB | Revise letter to Joan Davis regarding representation.                                         | 0.30  | 37.50  |
| 10/24/2006 | JBH | Review our file, prepare for and attend status conference with Judge Coody (subsequently continued) | 1.70 | 212.50 |
|            | JBH | Receipt and review e-mail notice from Court re continuance of hearing                         | 0.10  | 12.50  |
|            | JBH | Letter to Joan Davis, Dr. Chambers and Mr. Wilson re Motion for Continuance                   | 0.20  | 25.00  |

Joan Davis                                                          Page    3

|            |     |                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------|-------|--------|
| 10/24/2006 | JBH | Receipt and review Motion for Continuance of plaintiff | 0.10 | 12.50 |
|            | JBH | Receipt and review e-mail from Court re Motion for Continuance | 0.10 | 12.50 |
|            | MYB | Phone call to Ed George re: meeting to discuss discovery strategy. | 0.20 | 25.00 |
|            | MYB | Draft and revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.80 | 100.00 |
| 10/25/2006 | MYB | Revise letter to Joan Davis re: meeting with Dr. Chambers and Dean Wilson. | 0.30 | 37.50 |
|            | MYB | Phone call to Ed George to re-schedule meeting. | 0.20 | 25.00 |
|            | MYB | Plan & Prepare for meeting with Ed George to discuss written discovery strategy. | 0.40 | 50.00 |
|            | MYB | Meeting with Ed George re: discovery strategy. | 1.10 | 137.50 |
| 10/26/2006 | AWC | Draft acknowledgement letter | 0.10 | 12.50 |
|            | AWC | Draft letter to Davis, Chambers and Wilson re answer | 0.10 | 12.50 |
| 10/30/2006 | JBH | Receipt and review of letter from Scott Rouse re representation of State of Alabama | 0.10 | 12.50 |

For professional services rendered                     19.10    $2,374.50

Additional charges:

|            |                     | Qty |      |
|------------|---------------------|-----|------|
| 10/30/2006 | Copies in October   | 73  | 7.30 |

Total costs                                                        $7.30

Total amount of this bill                                     $2,381.80

Timekeeper Summary

| Name              | Hours | Rate   | Amount   |
|-------------------|-------|--------|----------|
| Andrew W Christman | 0.20 | 125.00 | $25.00   |
| Jack B. Hinton, Jr. | 2.90 | 125.00 | $362.50  |
| Russell E. Elebash | 0.20 | 60.00  | $12.00   |

Joan Davis

Page   4

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Matthew Y. Beam | 15.80 | 125.00 | $1,975.00 |