# NO PDF ATTACHED TO THIS ENTRY.